UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI,<br><br>                                  Plaintiff,<br><br>-against-<br><br>THE HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>                                  Defendant. | Civil Case No. 1:23-cv-7935<br><br>**NOTICE OF REMOVAL** |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK:**

**PLEASE TAKE NOTICE**, that Defendant Hartford Underwriters Insurance Company ("Hartford"), by and through its attorneys, Menz Bonner Komar & Koenigsberg LLP, files this Notice of Removal, pursuant to 28 U.S.C. §§ 1332, 1441, 1446, removing the entire action from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York. This Court has original jurisdiction over this matter based on diversity jurisdiction pursuant to 28 U.S.C. § 1332.

In support of this Notice of Removal, Hartford states as follows:

**PROCEDURAL BACKGROUND**

1.      On August 3, 2023, Plaintiff Nagi Quhshi ("Plaintiff") commenced the action captioned *Nagi Quhshi v. The Hartford Underwriters Insurance Company*, Index No. 811875/2023E, in the Supreme Court of the State of New York, County of Bronx (the "State Court Action"). A copy of the Complaint filed in the State Court Action and served upon Hartford is attached hereto as **Exhibit A**.

2.      A copy of the State Court Action was served upon Hartford through CT Corporation System on August 10, 2023. *See* Exhibit A.

3. Hartford is unaware of any state court pleadings in this matter that post-date the Complaint attached as Exhibit A.

## PARTIES

4. Upon information and belief, Plaintiff Nagi Quhshi is domiciled in the State of New York in Bronx County.

5. Defendant Hartford is a citizen of Connecticut and is a corporation incorporated under the laws of the State of Connecticut, with its principal place of business in Hartford, Connecticut.

## JURISDICTION AND VENUE

6. The basis for removal is 28 U.S.C. § 1441, which generally authorizes removal of actions over which the district courts of the United States would have original jurisdiction.

7. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332, which states, "The district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."  28 U.S.C. § 1332(a)(1).

8. There is complete diversity between Plaintiff, a New York citizen, and Hartford, a Connecticut citizen.  *See* 28 U.S.C. § 1332(c)(1).

9. The amount in controversy exceeds $75,000.  In his Complaint in the State Court Action, Plaintiff "demands Judgment against the Defendant [Hartford] in the sum of $369,800.14" for alleged damage to Plaintiff's property resulting from "damage by water and other unknowns." Exhibit A at ¶¶ 6, Wherefore Clause.

10. Removal pursuant to 28 U.S.C. § 1441 is timely because removal pursuant to that provision is permissible within 30 days after service of the initial pleading on Hartford, which occurred on August 10, 2023.

11. Nothing in this Notice shall constitute a waiver of Hartford's right to object to service or jurisdiction.

12. Hartford will file promptly a copy of this Notice of Removal with the Clerk of the Supreme Court of the State of New York, County of Bronx, where the State Court Action has been pending, and will serve the same upon all adverse parties as required by 28 U.S.C. § 1446(d).

13. By filing this Notice, Hartford does not waive, and expressly reserves any rights, claims or defenses which may be available to it. *See, e.g.*, *Cantor Fitzgerald, L.P, v. Peaslee*, 88 F.3d 152, 157 (2d Cir. 1996) ("Removal does not waive any Rule 12(b) defenses.").

WHEREFORE, Defendant Hartford Underwriters Insurance Company respectfully submits this Notice of Removal removing this case from the Supreme Court of the State of New York, County of Bronx, to the United States District Court for the Southern District of New York.

Dated: Rye Brook, New York
September 7, 2023

MENZ BONNER KOMAR & KOENIGSBERG LLP

By: */s/ Michael S. Komar*
Michael S. Komar
(mkomar@mbkklaw.com)
Melissa K. Driscoll
(mdriscoll@mbkklaw.com)

800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2023, the foregoing document was sent by electronic mail to Plaintiff's counsel at altmanesq@aol.com and by first-class, postage prepaid mail, by depositing the same in a depository under the exclusive care and control of the United States Postal Service, on counsel for Plaintiff, addressed as follows:

Joseph A. Altman, Esq.
Joseph A. Altman, P.C.
654 North Terrace Avenue
Fleetwood, New York 10552

*/s/ Michael S. Komar*
MICHAEL S. KOMAR