# EXHIBIT A

**CT Corporation**
Service of Process Notification
08/10/2023
CT Log Number 544484466

## Service of Process Transmittal Summary

**TO:** Michael Johnson, Legal Assistant
The Hartford
1 HARTFORD PLZ
HARTFORD, CT 06155-0001

**RE:** **Process Served in Connecticut**

**FOR:** Hartford Underwriters Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | NAGI QUHSHI vs. THE HARTFORD UNDERWRITERS INSURANCE COMPANY |
| **DOCUMENT(S) SERVED:** | Notice, Summons, Verified Complaint, Summons And Verified Complaint, Authorization |
| **COURT/AGENCY:** | New York County Supreme Court, NY
Case # 8118752023E |
| **NATURE OF ACTION:** | Insurance Litigation |
| **PROCESS SERVED ON:** | C T Corporation System, East Hartford, CT |
| **DATE/METHOD OF SERVICE:** | By Process Server on 08/10/2023 at 13:48 |
| **JURISDICTION SERVED:** | Connecticut |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service |
| **ATTORNEY(S)/SENDER(S):** | Joseph A Altman, P.C.
654 North Terrace Avenue
Fleetwood, NY 10552
718-828-0422 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/10/2023, Expected Purge Date: 08/15/2023
Image SOP
Email Notification,  Michael Johnson  MICHAEL.JOHNSON@THEHARTFORD.COM
Email Notification,  Recipient Florida Demand Letters   AMCFLLit.Claims@thehartford.com
Email Notification,  Fiona Rosenberg  fiona.rosenberg@thehartford.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System
67 Burnside Ave
East Hartford, CT 06108
800-448-5350
MajorAccountTeam1@wolterskluwer.com |



**CT Corporation**
**Service of Process Notification**
08/10/2023
CT Log Number 544484466

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



# PROCESS SERVER DELIVERY DETAILS

| | |
|---|---|
| Date: | Thu, Aug 10, 2023 |
| Server Name: | Drop Service |

| | |
|---|---|
| Entity Served | HARTFORD UNDERWRITERS INSURANCE COMPANY |
| Case Number | 811875/2023E |
| Jurisdiction | CT |

| Inserts | |
|---|---|
| | |



SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------------X
NAGI QUHSHI

                      Plaintiff/Petitioner,

          - against -                      Index No. 811875/2023E

THE HARTFORD UNDERWRITERS INSURANCE
COMPANY

                      Defendant/Respondent.
-------------------------------------------------------------------X

## NOTICE OF ELECTRONIC FILING
### (Consensual Case)
### (Uniform Rule § 202.5-b)

**You have received this Notice because:**

    1) The Plaintiff/Petitioner, whose name is listed above, has filed this case using the New York State Courts E-filing system ("NYSCEF"), and

    2) You are a Defendant/Respondent (a party) in this case.

- **If you are represented by an attorney:**
Give this Notice to your attorney. (<u>Attorneys</u>: see "Information for Attorneys" pg. 2).

- **If you are not represented by an attorney:**
**You will be served with all documents in paper and you must serve and file your documents in paper, unless you choose to participate in e-filing.**

    <u>If</u> **you choose to participate in e-filing, you <u>must</u> have access to a computer and a scanner or other device to convert documents into electronic format, a connection to the internet, and an e-mail address to receive service of documents.**

    The benefits of participating in e-filing include:

        - serving and filing your documents electronically

        - free access to view and print your e-filed documents

        - limiting your number of trips to the courthouse

        - paying any court fees on-line (credit card needed)

**To register for e-filing or for more information about how e-filing works:**

- visit: http://www.nycourts.gov/efile-unrepresented or
- contact the Clerk's Office or Help Center at the court where the case was filed. Court contact information can be found at www.nycourts.gov

To find legal information to help you represent yourself visit www.nycourthelp.gov

## Information for Attorneys

An attorney representing a party who is served with this notice must either consent or decline consent to electronic filing and service through NYSCEF for this case.

Attorneys registered with NYSCEF may record their consent electronically in the manner provided at the NYSCEF site. Attorneys not registered with NYSCEF but intending to participate in e-filing must first create a NYSCEF account and obtain a user ID and password prior to recording their consent by going to www.nycourts.gov/efile

Attorneys declining to consent must file with the court and serve on all parties of record a declination of consent.

For additional information about electronic filing and to create a NYSCEF account, visit the NYSCEF website at www.nycourts.gov/efile or contact the NYSCEF Resource Center (phone: 646-386-3033; e-mail: nyscef@nycourts.gov).

Dated: 08/03/2023

| | |
|---|---|
| JOSEPH A ALTMAN, ESQ | 654 N TERRACE AVENUE |
| Name | Address |
| JOSEPH A ALTMAN P.C. | |
| | FLEETWOOD, NY 10552 |
| Firm Name | |
| | 917-509-5454 |
| | Phone |
| | ALTMANESQ@AOL.COM |
| | E-Mail |

To: The Hartford Underwriters Insurance Company

PO BOX 14271

LEXINGTON, KY 40512

[signature]

6/6/18

Index # 811875/23 E    Page 2 of 2    EF-3

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM                INDEX NO. 811875/2023E
NYSCEF DOC. NO. 1                                            RECEIVED NYSCEF: 08/03/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF Bronx

|  |  |
|---|---|
| NAGI QUHSHI | Index No. |
| Plaintiff(s) | Date Purchased  /  /2023 |
|  | Plaintiff designates |
|  | County as the place of trial |
|  | The basis of the venue is: |
|  | Situs of Property |
| -against- | 3141 Gunther Avenue, Bronx, New York 10469 |
| THE HARTFORD UNDERWRITERS INSURANCE COMPANY, |  |
| Defendant(s) | SUMMONS |
|  | Plaintiff Resides at 531 Tiffany Street |
|  | Bronx, New York 10474 |

To the above named defendant(s)

**You are hereby summoned** to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: Westchester, New York
8/1, 2023

Joseph A. Altman P.C.
Attorney(s) for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

Defendant's Address:
THE HARTFORD UNDERWRITERS
INSURANCE COMPANY
P.O. Box 14271
Lexington, KY 40512

C:\Users\Robin\Documents\1-ALTMAN LAW\Q\Quhshi, Nagi\S&C 7-18-23.doc

1 of 6

FILED: BRONX COUNTY CLERK 08/03/2023 03:30 PM                                    INDEX NO. 811875/2023
NYSCEF DOC. NO. 1                                                                 RECEIVED NYSCEF: 08/03/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-----------------------------------------------------------------x
NAGI QUHSHI,                                   :   INDEX NO.:        - 2023
                                               :
                         Plaintiff,            :
                                               :
        -against-                              :   **Verified Complaint**
                                               :
THE HARTFORD UNDERWRITERS                      :
INSURANCE COMPANY,                             :
                                               :
                         Defendant.            :
-----------------------------------------------------------------x

The Plaintiff, NAGI QUHSHI, by his Attorneys, JOSEPH A. ALTMAN, P.C., sets forth and alleges:

1. That at all times hereinafter mentioned, each Plaintiff was and still is an individual, resident of Bronx County, and was and still is the owner of CITY PLUS WHOLESALE CORP., transacting business at 531 TIFFANY STREET, BRONX, NEW YORK 10474.

2. That at all of the times hereinafter mentioned the Defendant, THE HARTFORD UNDERWRITERS INSURANCE COMPANY, ("Hartford") was and still is a duly Licensed Insurance Company, authorized and doing business in the State of New York.

3. That heretofore and on or about the 5th day of August, 2021, the Defendant made and issued its certain policy insurance number 765BWAM8NO9, duly signed and countersigned by its authorized agents, and delivered same to the Plaintiff, wherein and/or hereby the Defendant, in consideration of a premium duly paid by the Plaintiff to the Defendant, did insure the Plaintiff against all property loss and damage to an amount not exceeding $500,000.00, with the personal property protection including all permanent fixtures, contents pertaining to the said property, situate at No. 531 Tiffany Street, County of Bronx, City and State of New York.

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM                INDEX NO. 811875/2023E
NYSCEF DOC. NO. 1                                              RECEIVED NYSCEF: 08/03/2023

11. That the Plaintiff, before the commencement of this Action, has duly performed all of the conditions of said Policy of Insurance of his part; that more than sixty days have elapsed since the receipt by the Defendant of said proof of loss required by said Policy, and before the commencement of this Action, and that twenty-four months have not elapsed since said loss and damage occurred.

12. That the Defendant has not paid to the Plaintiff any money otherwise due, leaving a balance due on the claim for in the sum of $369,800.14. That demand for the payment of said sum has been made and refused.

WHEREFORE, the Plaintiff demands Judgment against the Defendant in the sum of $369,800.14, with interest, from July 18, 2022, together with costs and disbursements and for such other and further relief to the Court seems just and proper.

Dated:   Westchester, New York
         8\1\2023                Yours, etc.

                                 Joseph A. Altman, Esq.
                                 JOSEPH A. ALTMAN, P.C.
                                 Attorneys for Plaintiff
                                 654 North Terrace Avenue
                                 Fleetwood, New York, 10552
                                 (718) DA8-0422

C:\Users\Robin\Documents\1-ALTMAN LAW\Q\Qubshi, Nagi\S&C 7-18-23.doc

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM                INDEX NO. 811875/2023E
NYSCEF DOC. NO. 1                                             RECEIVED NYSCEF: 08/03/2023

4. That at the time of the making and issuing of said policy of insurance and at all the times thereafter until and including the 5th day of August, 2022, the Plaintiff was the sole owner of the premises situate at No. 531 Tiffany Street, County of Bronx, City and State of New York.

5. That the said policy of Insurance numbered 765BWAM8NO9 was a Commercial Business Policy as required by the Laws of the State of New York.

6. That on the 18th day of July, 2022, and while said Policy of Insurance was in full force and effect the property hereinbefore described and described in said Policy of Insurance, being a commercial business, including all permanent fixtures, pertaining to the dwelling, situate at No. 531 Tiffany Street, County of Bronx, City and State of New York was damaged by water and other unknowns in the amount of $369,800.14 for loss/damage to contents.

7. That the Plaintiff had no other policies of Insurance in effect, at the time of the loss.

8. That the liability of the Defendant under said Policy of Insurance Numbered 765BWAM8NO9 for said loss and damage to said property situate at the dwelling located at 531 Tiffany Street, County of Bronx, City and State of New York, is the sum of $369,800.14, for loss/damage to content.

9. That the Plaintiff gave to the Defendant timely notice in writing of said loss and damage.

10. That written proof of loss, in the form and as required by said Policy of Insurance, in and by which proof the Plaintiff demanded in writing that in case the Defendant failed to agree with the Plaintiff as to the amount of said loss or as to the sound value of said property, as stated in said proof, an appraisal to be and has been provided. The Plaintiff in and by said proof selected a competent and disinterested person, as its appraiser; that the Defendant has retained said proof of loss.

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM
NYSCEF DOC. NO. 1

INDEX NO. 811875/2023E
RECEIVED NYSCEF: 08/03/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

------------------------------------X
NAGI QUHSHI,

                       Plaintiff,

      -against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                       Defendant.
------------------------------------X

INDEX NO.:    - 2023

### SUMMONS AND VERIFIED COMPLAINT

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

---

**PLEASE TAKE NOTICE:**

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that an order                of which the within is a true copy           will be presented to the Hon.                    one of the Judges of the within named Court, at on           at          M. |
| Dated: | Dated: |
| Yours, etc. | Yours, etc. |
| Attorney for | Attorney for |
| Joseph A. Altman, P.C. | Joseph A. Altman, P.C. |
| 654 North Terrace Avenue | 654 North Terrace Avenue |
| Mount Vernon, New York 10552 | Mount Vernon, New York 10552 |

### ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed    SUMMONS AND VERIFIED COMPLAINT    is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM   INDEX NO. 811875/2023E
NYSCEF DOC. NO. 1                                                RECEIVED NYSCEF: 08/03/2023

STATE OF NEW YORK, COUNTY OF                                    SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
___ certification   certify that the within
    by Attorney    has been compared by me with the original and found to be a true and complete copy.
___ Attorney's     state that I am
    affirmation    the attorney of record for                                    In the within
                   action. I have read the foregoing                              and know the contents thereof; the same is true
                   to my knowledge, except as to the matters therein
                   alleged to be on information and belief, and as to those matters I believe it to be true.
                   The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.

                                                                 The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF Westchester         SS:
I, the undersigned, being duly sworn, depose and say: I am the Plaintiff
X  Individual     in the action; I have read the foregoing SUMMONS AND VERIFIED COMPLAINT
   verification                                              and know the contents thereof; the same is true to my own
                  knowledge, except as to the matters therein stated to be alleged on information and belief,
                  and as to those matters I believe it to be true.
___ corporation   the                    of
    verification  a                                         corporation and a party in the within action; I have
                  read the foregoing                        and know the contents thereof; the same is true to my knowledge,
                  except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true. This
                  verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn before me on the  1  day of  August  2023.

JOSEPH A. ALTMAN                                    NAGI QUISHI
NOTARY PUBLIC, STATE OF NEW YORK, COUNTY OF WESTCHESTER    ( If above than one Box is checked – indicate after names type of service used)
                                         I am not a party to the action, am over 18 years of age and reside at
Qualified in Westchester County,
My Commission Expires 07/31/2026
                  The undersigned, Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
                  under the penalty of perjury that:

On  7 / /        I served the within SUMMONS AND VERIFIED COMPLAINT
___ service       by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
    by mail       custody of the U.S. Postal Service within the New York State addressed to

___ Personal      by delivering a true copy of each personally to each person named below at the address indicated. I know
    service on    each person served to be the person mentioned and described in said papers as a party therein.
    an individual

___ Service by    by transmitting a copy to the following persons by __ FAX at the telephone number set forth after each name below
    electronic    __ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
    means         and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                  of the U.S. Postal Service within the New York State to the address set forth after each name,

___ Overnight     by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
    Delivery      each name below.
    Service

To:
THE HARTFORD UNDERWRITERS
INSURANCE COMPANY
P.O. Box 14271
Lexington, KY 40512

Affirm on the
    day of       2023

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM                                INDEX NO. 811875/2023E
NYSCEF DOC. NO. 2                                                            RECEIVED NYSCEF: 08/03/2023

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ___BRONX___

STATEMENT OF AUTHORIZATION FOR
ELECTRONIC FILING
(Managing Attorney Authorizing Filing Agent Entity)

I, Joseph A. Altman, Esq., (Attorney Registration No. 19116) am the managing attorney of/attorney in charge of e-filing for _____ Joseph A. Altman, P.C. _____ (the "Firm"). I hereby acknowledge and represent that the attorneys in the Firm who are authorized users of the New York State Electronic Filing System ("NYSCEF") hereby authorize any employee of Roz Silverstein & Assoc who possesses a NYSCEF filing agent ID to file documents on their behalf and at their direction, as a filing agent, in any e-filed matter in which they are counsel of record through NYSCEF, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which these attorneys have previously consented to e-filing or may hereafter consent, to any mandatory matter in which they have recorded their representation, and to any matter in which they authorize the filing agent to record consent or representation in the NYSCEF system.

This authorization extends to any and all documents these attorneys generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which these attorneys are counsel of record, shall be deemed to accompany any document in that matter filed by the filing agent on behalf of these attorneys.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account the Firm maintains with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until the Firm revokes the authorization in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: ___8/1/23___

_____[signature]_____          Bronx, New York 10459
Signature                       City, State and Zip Code

Joseph A. Altman, Esq.         718-328-0422
Print Name                      Phone

1 of 2

FILED: BRONX COUNTY CLERK 08/03/2023 03:39 PM
NYSCEF DOC. NO. 2
RECEIVED NYSCEF: 08/03/2023

| Joseph A. Altman, P.C. | altmanesq@aol.com |
|---|---|
| Firm/Department | E-Mail Address |

951 Bruckner Blvd, 1st Floor
Street Address

(6/6/13)