UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                Plaintiff,

      -v-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                Defendant.

23-CV-7935 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on September 7, 2023. Counsel for the plaintiff is directed to file an appearance with this Court no later than September 29, 2023.

    Counsel for the defendant shall serve a copy of this order on counsel for the plaintiff by September 15, 2023.

    SO ORDERED.

Dated: September 8, 2023
       New York, New York

                                          _____
                                          J. PAUL OETKEN
                                          United States District Judge