UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                Plaintiff(s),

v.

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

                Defendant(s).

23-CV-7935 (DEH)

NOTICE OF REASSIGNMENT

DALE E. HO, United States District Judge:

    This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 10, 2023
       New York, New York

                                              DALE E. HO
                                       United States District Judge