UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI, | |
|                 Plaintiff(s), | |
| v. | 23-CV-7935 (DEH) |
| THE HARTFORD UNDERWRITERS INSURANCE COMPANY, | **ORDER** |
|                 Defendant(s). | |

DALE E. HO, United States District Judge:

      The Civil Case Management Plan and Scheduling Order, issued September 29, 2023, requires the parties to complete fact discovery by February 1, 2024. *See* ECF No. 11. An order issued January 23, 2024, directed Plaintiff to "respond to Defendant's document requests and interrogatories, produce all documents responsive to Defendant's document demands or state that no such documents exist, and reply to all requests to admit by February 9, 2024." ECF No. 18. An order issued February 22, 2024, held that Plaintiff did not adequately respond to Defendant's discovery requests and directed Plaintiff to meet and confer regarding the deficiencies in Plaintiff's responses and produce responsive documents and information by March 8, 2024. ECF No. 22. An order issued March 28, 2024, directed Plaintiff to "certify which documents are responsive to each of Defendant's requests for production" and to "certify that [Plaintiff] has produced all information and documents in his possession." ECF No. 27. A conference was held on April 10, 2024, regarding Plaintiff's responses to Defendant's discovery requests.

      For the reasons discussed at the conference, it is hereby **ORDERED** that Plaintiff shall produce to Defendant a numbered list of responses to Defendant's discovery demands, with a separate entry corresponding to each interrogatory, request for production, and/or other discovery demand. For requests for production of documents, Plaintiff shall identify the

documents that are responsive to each of Defendant's requests, notwithstanding any claim that documents are self-identifying.  If Plaintiff does not have documents responsive to a request for production or information responsive to an interrogatory, Plaintiff shall state as much in the proper place.  Plaintiff shall produce these verified discovery responses to Defendant by **April 17, 2024.**

It is further **ORDERED** that the deadline in which to complete fact discovery is **ADJOURNED** to **June 7, 2024.**  The parties shall complete expert discovery by **July 26, 2024.**  The case management conference scheduled for June 21, 2024, is **ADJOURNED** to **August 7, 2024, at 11:00 A.M. EST.**  The parties shall join the conference by dialing (646) 453 – 4442 and entering the Conference ID: 805 373 619, followed by the pound sign (#).  The parties shall file a joint status letter by **July 31, 2024.**  Such letter shall state whether either party intends to file a dispositive motion and, if so, shall briefly describe the grounds for such motion.  The letter shall also include a statement as to whether the parties would like a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

Plaintiff is apprised that further non-compliance with the Court's orders may result in sanctions, including assessment of Defendant's legal fees in securing compliance and the deeming of certain matters admitted.

Dated: April 10, 2024
      New York, New York

                                         DALE E. HO
                              United States District Judge