UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI,<br><br>                        Plaintiff,<br><br>-against-<br><br>THE HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>                        Defendant. | Civil Case No. 1:23-cv-7935 (DEH)<br><br>**NOTICE OF MOTION IN SUPPORT OF DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S MOTION FOR SANCTIONS** |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Michael S. Komar, and all prior pleadings and proceedings previously filed in this action, Defendant Hartford Underwriters Insurance Company ("Hartford") will move before the Honorable Dale E. Ho, United States District Judge for the Southern District of New York, at the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007, on May 31, 2024 at 10:00 a.m., or as soon thereafter as counsel may be heard, for an order pursuant to Fed. R. Civ. P. 37(b)(2)(A) striking Plaintiff's Complaint and dismissing this action. In the alternative, Hartford requests an Order deeming it admitted that the items of inventory and merchandise for which Plaintiff seeks insurance coverage from Hartford were not damaged and/or precluding Plaintiff from presenting any witnesses or evidence supporting its damages claims in this action. In addition, pursuant to Fed. R. Civ. P.37(b)(2)(C), Hartford further seeks an Order directing that Plaintiff reimburse Hartford for all its expenses, including attorney's fees, incurred by Hartford in making the instant sanctions motion and multiple submissions seeking to compel Plaintiff to respond to Hartford's discovery demands and produce documents in this action, including the instant motion and its January 11, 2024, February 15, 2024,

March 21, 2024, April 5, 2024 and April 22, 2024 letter submissions, together with such further and additional relief as the Court deems just and proper.

Dated: Rye Brook, New York
       May 9, 2024

Respectfully submitted,

MENZ BONNER KOMAR &
KOENIGSBERG LLP

By:    *Michael S. Komar*
       Michael S. Komar
       (mkomar@mbkklaw.com)
       Melissa K. Driscoll
       (mdriscoll@mbkklaw.com)

800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*