UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI,<br><br>                              Plaintiff,<br><br>-against-<br><br>THE HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>                              Defendant. | Civil Case No. 1:23-cv-7935 (DEH)<br><br>**DECLARATION OF MICHAEL S. KOMAR IN SUPPORT OF DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S MOTION FOR SANCTIONS** |

Michael S. Komar, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a member of Menz Bonner Komar & Koenigsberg LLP, counsel for Defendant Hartford Underwriters Insurance Company ("Hartford"). I submit this declaration in support of Hartford's motion for sanctions, pursuant to Fed. R. Civ. P. 37(b)(2)(A), striking Plaintiff Nagi Quhshi's ("Plaintiff") Complaint and dismissing this action. In the alternative, Hartford seeks an Order directing that it is deemed admitted for purposes of this action that the items of inventory and merchandise for which Plaintiff seeks insurance coverage from Hartford were not damaged and/or precluding Plaintiff from presenting any witnesses or evidence supporting its damages claims in this action. In addition, pursuant to Fed. R. Civ. P.37(b)(2)(C), Hartford further seeks an Order directing that Plaintiff reimburse Hartford for all its expenses, including attorneys' fees, incurred by Hartford in making the instant application and the multiple submissions seeking to compel Plaintiff to comply with his discovery obligations and timely and properly respond to Hartford's discovery demands and produce documents in this action, including the instant sanctions motion and its January 11, 2024, February 15, 2024, March 21, 2024, April 5, 2024 and April 22, 2024 letter submissions.

2. A true and correct copy of the Civil Case Management Plan and Scheduling Order entered on September 29, 2023 (ECF Doc. No. 11) is attached hereto as Exhibit A.

3. A true and correct copy of Hartford's First Set of Requests for Production of Documents to Plaintiff, dated October 20, 2023, is attached hereto as Exhibit B.

4. A true and correct copy of Hartford's First Set of Interrogatories to Plaintiff, dated October 20, 2023, is attached hereto as Exhibit C.

5. A true and correct copy of Hartford's First Set of Requests for Admissions to Plaintiff (excluding exhibits A and B), dated December 1, 2023, is attached hereto as Exhibit D.

6. A true and correct copy of Hartford's January 11, 2024 letter submission (ECF Doc. No. 14) is attached hereto as Exhibit E.

7. A true and correct copy of the Court's Order dated January 12, 2024 (ECF Doc. No. 15) is attached hereto as Exhibit F.

8. A true and correct copy of the Court's Order dated January 18, 2024 (ECF Doc. No. 16) is attached hereto as Exhibit G.

9. A true and correct copy of Plaintiff's January 19, 2024 letter submission (ECF Doc. No. 17) is attached hereto as Exhibit H.

10. A true and correct copy of the Court's Order dated January 23, 2024 (ECF Doc. No. 18) is attached hereto as Exhibit I.

11. A true and correct copy of Hartford's February 15, 2024 letter submission (ECF Doc. No. 19) is attached hereto as Exhibit J. Exhibit J also includes true and correct copies of Plaintiff's responses to Hartford's interrogatories (ECF Doc. No. 19-2), Plaintiff's responses

to Hartford's requests to admit (ECF Doc. No. 19-3), and Plaintiff's responses to Hartford's requests for production of documents (ECF Doc. No. 19-4).

12. A true and correct copy of the Court's Order dated February 16, 2024 (ECF Doc. No. 20) is attached hereto as <u>Exhibit K</u>.

13. A true and correct copy of Plaintiff's February 21, 2024 letter submission (ECF Doc. No. 21) is attached hereto as <u>Exhibit L</u>.

14. A true and correct copy of the Court's Order dated February 22, 2024 (ECF Doc. No. 22) is attached hereto as <u>Exhibit M</u>.

15. A true and correct copy of Hartford's March 21, 2024 letter submission (ECF Doc. No. 23) is attached hereto as <u>Exhibit N</u>. Hartford's letter submissions includes as exhibits true and correct copies of emails from Plaintiff's counsel to Hartford's counsel dated March 8, 2024 (ECF Doc. No. 23-1) and March 10, 2024 (ECF Doc. No. 23-2).

16. A true and correct copy of the Court's Order dated March 22, 2024 (ECF Doc. No. 24) is attached hereto as <u>Exhibit O</u>.

17. A true and correct copy of Plaintiff's March 27, 2024 letter submission (ECF Doc. No. 26) is attached hereto as <u>Exhibit P</u>.

18. A true and correct copy of the Court's Order dated March 28, 2024 (ECF Doc. No. 27) is attached hereto as <u>Exhibit Q</u>.

19. A true and correct copy of Hartford's April 5, 2024 letter submission (ECF Doc. No. 28) is attached hereto as <u>Exhibit R</u>.

20. Attached as <u>Exhibit S</u> is a true and correct copy of an April 8, 2024 email from Plaintiff's counsel to Hartford's counsel attaching Plaintiff's supplemental response to Hartford's interrogatories and Plaintiff's notice of cross-deposition to Hartford.

21. A true and correct copy of the Court's Order dated April 8, 2024 (ECF Doc. No. 29) is attached hereto as Exhibit T.

22. A true and correct copy of Plaintiff's April 10, 2024 letter submission (ECF Doc. No. 30) that attached Plaintiff's supplemental response to Hartford's interrogatories is attached hereto as Exhibit U.

23. A true and correct copy of the Court's Order dated April 10, 2024 (ECF Doc. No. 31) is attached hereto as Exhibit V.

24. A true and correct copy of Hartford's April 22, 2024 letter submission (ECF Doc. No. 32) is attached hereto as Exhibit W.

25. A true and correct copy of the Court's Order dated April 23, 2024 (ECF Doc. No. 31) is attached hereto as Exhibit X.

26. A true and correct copy of Plaintiff's April 29, 2024 letter submission (ECF Doc. No. 34) is attached hereto as Exhibit Y.

27. A true and correct copy of the Court's Order dated April 29, 2024 (ECF Doc. No. 35) is attached hereto as Exhibit Z.

28. A true and correct copy of the Court's Order dated May 6, 2024 (ECF Doc. No. 36) is attached hereto as Exhibit AA.

29. True and correct copies of Hartford's invoices for the period December 1, 2023 to April 29, 2024 are attached hereto as Exhibit BB, Exhibit CC, and Exhibit DD. A timesheet reflecting Hartford's counsel's unbilled time from May 1, 2024 to May 8, 2024 is attached hereto as Exhibit EE. The time entries that are unrelated to the instant motion have been redacted because they are not relevant to the present motion and reflect privileged information and counsel's strategy.

30. As reflected in the foregoing invoices and timesheets, the following attorneys' fees were incurred in an effort to cause Plaintiff to comply with his discovery obligations in this action and after repeatedly not complying with this Court's Orders:

- $849.00 in connection with Hartford's preparation of its January 11, 2024 letter submission (ECF Doc. No. 14);

- $1,815.00 in connection with Hartford's preparation of its February 15, 2024 letter submission (ECF Doc. No. 19);

- $432.00 in connection with Hartford's preparation of its March 21, 2024 letter submission (ECF Doc. No. 23);

- $1,417.50 in connection with Hartford's preparation of its April 5, 2024 letter submission (ECF Doc. No. 28);

- $1,554.00 in connection with Hartford's preparation of its April 22, 2024 letter submission (ECF Doc. No. 32);

- $6,006.00 in connection with Hartford's preparation of the instant motion.

31. Based on the amounts identified in paragraph 30 above, Hartford seeks a total award of $12,073.50 as part of the instant sanctions motion.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 9, 2024.

*Michael S. Komar*
MICHAEL S. KOMAR