# **EXHIBIT G**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI,<br><br>       Plaintiff(s),<br><br>     v.<br><br>THE HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>       Defendant(s). | 23-CV-7935 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  On January 11, 2024, Defendant filed a letter regarding Plaintiff's alleged non-participation in discovery, seeking an order compelling Plaintiff to respond to various requests for discovery. *See* Dkt. No. 14. An order issued January 12, 2024, directed Plaintiff to file a letter in response. *See* Dkt. No. 15. No such letter was filed. It is hereby **ORDERED** that Plaintiff shall file the required letter as soon as possible and no later than **January 19, 2024.**

Dated: January 18, 2024
   New York, New York

                               DALE E. HO
                            United States District Judge