# EXHIBIT I

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                              Plaintiff(s),

                    v.                                          23-CV-7935 (DEH)

THE HARTFORD UNDERWRITERS                                       **ORDER**
INSURANCE COMPANY,

                              Defendant(s).

DALE E. HO, United States District Judge:

       The Civil Case Management Plan and Scheduling Order, issued September 29, 2023,

requires the parties to complete fact discovery by February 1, 2024.  *See* Dkt. No. 11.  On

January 11, 2024, Defendant filed a letter regarding Plaintiff's alleged non-participation in

discovery, seeking an order compelling Plaintiff to respond to various requests for discovery.

*See* Dkt. No. 14.  An order issued January 12, 2024, directed Plaintiff to file a letter in response.

*See* Dkt. No. 15.  No such letter was filed.  An order issued January 18, 2024, extended

Plaintiff's deadline to file the required letter.  *See* Dkt. No. 16.  On January 19, 2024, Plaintiff

filed the letter.  *See* Dkt. No. 17.  Plaintiff requests an additional seventy days in which to

complete discovery.  Plaintiff's letter offers substantially no justification for his failure to timely

complete discovery.

       It is hereby **ORDERED** that Defendant's request for an order compelling discovery is

**GRANTED.**  Plaintiff shall respond to Defendant's document requests and interrogatories,

produce all documents responsive to Defendant's document demands or state that no such

documents exist, and reply to all requests to admit by **February 9, 2024.**  It is further

**ORDERED** that Plaintiff's request for thirty days subsequent to its responses to Defendant's

discovery demands in which to complete depositions is **GRANTED.**  The parties shall complete

any depositions and all fact discovery by **March 11, 2024.**  The parties shall complete any expert discovery by **April 26, 2024.**  The parties shall appear for a case management conference on **May 8, 2024, at 2:00 P.M. EST.**  The parties shall join the conference by dialing (646) 453 – 4442 and entering the Conference ID: 805 373 619, followed by the pound sign (#).  The parties shall file a joint status letter by **May 1, 2024.**  Such letter shall state whether either party intends to file a dispositive motion and, if so, shall briefly describe the grounds for such motion.  The letter shall also include a statement as to whether the parties would like a referral for settlement discussions before the assigned Magistrate Judge or through the District's Mediation Program.

In light of the procedural history of this case, Plaintiff is apprised that further extensions of the discovery schedule will not be granted absent a showing of extraordinary circumstances.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 14.

Dated: January 23, 2024
     New York, New York

DALE E. HO
United States District Judge