# EXHIBIT L

**Law Offices of**
# Joseph A. Altman, P.C.

**654 North Terrace Avenue**
**Fleetwood, New York 10552**

Phone: (718) DA8-0422
Fax: (718) 378-4898      E-mail:AltmanEsq@aol.com
*Service of papers will not be accepted via fax and/or e- mail.*

FREDERICK P. ALTMAN (1928-1997)
JOSEPH A. ALTMAN*

*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR

February 21, 2024

Honorable Dale E. Ho, UUDJ
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

RE:    Quhshi v. Hartford Underwriters Insurance Company
       Case No.: 1:23-cv-7935-DEH

Dear Judge Ho:

As the Plaintiff's attorney, in re the above action, we herein set forth that the Plaintiff has timely and properly responded to the Defendant's Discovery Demands, with the Plaintiff's Responses (200 plus pages without the Exhibits annexed) hereby annexed as Exhibit "A" (The Plaintiff's Response to the Defendant's 1st Set of Interrogatories), Exhibit "B" (Plaintiff's Response to the Defendant's Requests for Production of Documents) and Exhibit "C", (Plaintiff's Response to the Defendant's Requests to Admit).

That the Defendant's Missing Documents letter has been responded to as well, as per this letter. Notably, I spoke to the Defendant's attorney, on February 16, 2024, wherein it appears that the Defendant wants to conduct a non-party deposition of the Plaintiff's son ("Omar") and the Plaintiff's employee ("Zahi"), who can both be served at the Plaintiff's subject business premises.

As to the identity of the Plaintiff's Adjuster, Brian Edwards, the Defendant subpoenaed and received the Adjuster's file, and has all of the Plaintiff's documents (i.e. proof of losses), with reference to the within claim.

Furthermore, the Plaintiff has no issue with providing the Defendant with all of the Defendant's Discovery Demands, and intends to do so, on a continuing basis, once any missing items are specifically identified.

Notably, the Defendant has sufficient documents to conduct Depositions, which would be the best manner in which to next proceed.


Respectfully submitted,

Very truly yours,

Joseph A. Altman P.C.

BY:   Joseph A. Altman, Esq.

Cc:   MENZ BONNER KOMAR & KOENIGSBERG LLP
      800 Westchester Avenue, Suite 641-N
      Rye Brook, New York 10573
      Tel.: (914) 949-0222
      (mkomar@mbkklaw.com)
      (mdriscoll@mbkklaw.com)

Ex " A "

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                      Plaintiff,

        -against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                      Defendant.

Civil Case No. 1:23-cv-7935

## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF IS AS FOLLOWS:

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify all persons with knowledge or information concerning the allegations in the

Complaint and state the subjects of their knowledge or information.

### RESPONSE TO INTERROGATORY NO. 1:

Plaintiff, son (Omar), employees, Adjuster, Brian Evans, for Eastern Public

### INTERROGATORY NO. 2:

Identify all persons with knowledge or information concerning the specific items of

property you allege were damaged by or as a result of the Event, inventories of all damaged and

undamaged property, the precise location of each item of property that you allege was damaged

at the time that the property was damaged by or as a result of the Event, the costs incurred to

Acquire any property before it was allegedly damaged by or as a result of the Event, and proof of ownership of each item of property you allege was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 2**:

Plaintiff, son (Omar), employees, Adjuster (Brian Edwards/Eastern Public), ZAHI

**INTERROGATORY NO. 3**:

Identify all persons with knowledge or information concerning how, when, or where the Event occurred.

**RESPONSE TO INTERROGATORY NO. 3**:

Plaintiff, son (Omar), Brian Edwards for Eastern Public/ Adjuster, ZAHI

**INTERROGATORY NO. 4**:

Identify all persons with knowledge or information supporting your assertion that each item of property you allege was damaged was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 4**:

Plaintiff, son (Omar), Brian Edwards for Eastern Public/ Adjuster, ZAHI

**INTERROGATORY NO. 5**:

Identify all persons with knowledge or information concerning any and all reasonable steps you or any other person took to protect from further damage the property you allege was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 5**:

Plaintiff could not take action due to Vacate Order

**INTERROGATORY NO. 6**:

Identify all persons with knowledge or information concerning the replacement cost of all property you allege was damaged by or as a result of the Event, including, but not limited to, any property appraisals.

**RESPONSE TO INTERROGATORY NO. 6**:

Plaintiff, Adjuster, Mr. Brian Edwards, Eastern Public

**INTERROGATORY NO. 7**:

Identify all persons with knowledge or information concerning all amounts incurred to replace property you allege was damaged by or as a result of the Event, for which you seek coverage from Hartford in this action, including but not limited to invoices, itemized receipts, canceled checks, and any other proof of payment.

**RESPONSE TO INTERROGATORY NO. 7**:

Plaintiff, Adjuster, Mr. Brian Edwards/Eastern Public

**INTERROGATORY NO. 8**:

Identify all persons with knowledge or information concerning any amounts you have already obtained from any source as payment for the value of the property you alleged was damaged by or as the result of the Event.

**RESPONSE TO INTERROGATORY NO. 8**:

No Money has been received

**INTERROGATORY NO. 9**:

Identify all persons employed by or acting on behalf of Eastern that have knowledge or information concerning the Event and/or the property you alleged was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 9**:

Adjuster, Mr. Brian Edwards/Eastern Public

**INTERROGATORY NO. 10**:

Identify all persons with knowledge or information concerning the relationship between Plaintiff and any of the following: City Plus Wholesale Corp., City Plus Cash and Carry, Corp., Zahi, City Plus Zahi, Zahi Wholesale Corp. and Omar Quhshi.

**RESPONSE TO INTERROGATORY NO. 10**:

Plaintiff, Omar

**INTERROGATORY NO. 11**:

Identify all persons with knowledge or information concerning the entity or individual who paid for or purchased the items and/or goods for which Plaintiff now seeks recovery by way of this lawsuit.

**RESPONSE TO INTERROGATORY NO. 11**:

Plaintiff, ZAHI

**INTERROGATORY NO. 12**:

Identify all persons with knowledge or information concerning the cause of the loss/damage referenced in paragraph 6 of the Complaint in this lawsuit.

**RESPONSE TO INTERROGATORY NO. 12**:

Plaintiff, ZAHI, Landlord (name unknown)

**INTERROGATORY NO. 13**:

Identify each person you expect to call as a witness at trial of this action, and for each witness identify the subject matter and substance of the facts on which each person is expected to testify.

**RESPONSE TO INTERROGATORY NO. 13**:

Plaintiff, Adjuster Brian Edwards– prima facie case as to cause of loss and damages, Fire Dept.,
name of witness, to be produce by NYCFD is unknown

**INTERROGATORY NO. 14**:

Identify persons with knowledge or information, relevant to how you calculated each and
every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 14**:

Plaintiff, Adjuster, Brian Edwards

**INTERROGATORY NO. 15**:

Identify all persons with knowledge or information about the documents and records
maintained by Plaintiff, City Plus Wholesale Corp., City Plus Cash and Carry, Corp., Zahi, City
Plus Zahi, Zahi Wholesale Corp. and/or Omar Quhshi concerning the purchase and sale of
property and inventory kept at the Premises between January 1, 2022 and present, including
without limitation, inventory lists, invoices, purchase orders, sales receipts, contracts, delivery
receipts, bills of lading, shipping statements, waybills, packing lists, proofs of delivery, carrier
manifests and certificates of origin.

**RESPONSE TO INTERROGATORY NO. 15**:

Plaintiff, Adjuster, Brian Edwards.

**INTERROGATORY NO. 16**:

Set forth the computation of each and every element of damages alleged in the
Complaint.

**RESPONSE TO INTERROGATORY NO. 16**:

List of damages same as #2 document request, and was provided via the subpoena on Eastern
Public.

**INTERROGATORY NO. 17:**

Identify and describe all documents supporting the facts alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 17:**

All documents already provided, see Defendant's document demand and the plaintiff's response, which incorporates the response to the subpoena on Eastern Public.

**INTERROGATORY NO. 18:**

Identify and describe all documents supporting each and every element of damages alleged

in the Complaint.

**RESPONSE TO INTERROGATORY NO. 18:**

All documents already provided, as per the Defendant's Demands, see #17 above, a duplicative demand.

**INTERROGATORY NO. 19**

Identify the location and/or custodian of all documents identified in response to the above

Interrogatories.

**RESPONSE TO INTERROGATORY NO. 19:**

Plaintiff, Adjuster/ Brian Edwards/Eastern Public.

**INTERROGATORY NO. 20:**

.Identify all documents and physical evidence that you intend to rely on in support of your

claims against Hartford.

**RESPONSE TO INTERROGATORY NO. 20:**

All documents already provided, as per the Defendant's Demands and the plaintiff's responses to the document demand.

8

Dated: Westchester, New York
       February 9, 2024

                                   Joseph A. Altman, P.C.

By: _____
                              JOSEPH A. ALTMAN, ESQ.
                              Attorneys for Plaintiff
                              654 North Terrace Avenue
                              Fleetwood, New York, 10552
                              (718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

8

VERIFICATION

_√nagi Quhshi_, being duly sworn, deposes and says:

I am the plaintiff  I have read the foregoing answer and know the contents thereof.  The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true.  To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_____
Sign Name

× _nagi Quhshi_
Print Name

Sworn to before me this

9 day of Febry 2024.

_____
Notary Public
JOSEPH A. ALTMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires 07-31-2026

4

STATE OF NEW YORK, COUNTY OF                                    SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
____ **certification**        certify that the within
    **by Attorney**     has been compared by me with the original and found to be a true and complete copy.
____ **Attorney's**          state that I am
    **affirmation**     the attorney(s) of record for                                                    in the within
                action;    I have read the foregoing                                    and know the contents thereof; the same is true
                to my knowledge, except as to the matters therein
                alleged to be on information and belief; and as to those matters I believe it to be true.
                The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                             _____

DATED:                                                                                    The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF    Westchester                              SS:
I, the undersigned, being duly sworn, depose and say:

X ___ **individual**       in the action; I have read the foregoing  **RESPONSE TO THE DEFENDANT HARTFORD**
    **verification**    **INSURANCE COMPANY'S REQUESTS  FOR INTEROGATORIES**
                and know the contents thereof; the same is true to my own  knowledge, except as to the matters therein stated to be alleged on
                information and belief,  and as to those matters I believe it to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the    day of    February, 2024                _____

                                       NAGI QUHSHI

STATE OF NEW YORK, COUNTY OF WESTCHESTER        ss:        ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On  2/ 9 /24  /  I served the within  **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD**
**UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO**
**PLAINTIFF**

____ **service**          by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
    **by mail**        custody of the U.S. Postal Service within the New York State addressed to

____ **Personal**         by delivering a true copy of each personally to each person named below at the address indicated. I know
    **service on**     each person served to be the person mentioned and described in said papers *as a party therein.*
    **an individual**
_X__ **Service by**       by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
    **electronic**     ____ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
    **means**          and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                of the U.S. Postal Service within the New York State  to the address set forth after each name.
____ **Overnight**        by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
    **Delivery**       each name below.
    **Service**

              MENZ BONNER KOMAR & KOENIGSBERG LLP
               *Attorneys for Defendant*
               *Hartford Underwriters Insurance Company*
               800 Westchester Avenue, Suite 641-N
               Rye Brook, New York 10573
               Tel.: (914) 949-0222
               (mkomar@mbkklaw.com)
               (mdriscoll@mbkklaw.com)

                                          _____
                                        Joseph A. Altman Esq.

Affirm on the
  9th. day of February, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------x

NAGI QUHSHI                                              CIVIL CASE NO:  23-cv-7935(jpo)

                              Plaintiffs,

        -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                              Defendants.
-----------------------------------------------------------------------------x


## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422


                                        Service of a copy of the within
                                        is hereby admitted.

TO:

                                        Dated:

Attorney(s) for


PLEASE TAKE NOTICE:

NOTICE OF ENTRY                                  NOTICE OF SETTLEMENT
that the within is a (certified) true copy of a      that an order                          of which the within
duly entered in the office of the clerk of the       is a true copy                  will be presented to the
within named court on                                 Hon.                        one of the judges of the
                                                      within named Court, at
                                                      on                    at                    M.
Dated:                                                Dated:
    Yours, etc.                                          Yours, etc.
    Attorney for                                         Attorney for

    Joseph A. Altman, P.C.                               Joseph A. Altman, P.C.
    654 North Terrace Avenue                             654 North Terrace Avenue
    Fleetwood, New York, 10552                           Fleetwood, New York, 10552


ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby
certifies that the annexed **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD
UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO
PLAINTIFF** is to the best of my knowledge and upon information and belief, formed after an inquiry
reasonable under the circumstances, that the presentation of said papers or contentions therein are not
frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

Ex "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                    Plaintiff,

          -against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                    Defendant.

Civil Case No. 1:23-cv-7935

## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS IS AS FOLLOWS:

All Responses, except as otherwise indicted, are annexed as Exhibits "1" → "35", which correspond to the Defendant's Demands, with the documents provided by the adjusted, pursuant to the subpoena seved on Eastern Public.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. See # 2→4 below, as #1 is duplicative of # 2, 3, and 4

2. Adjuster has provided this set of documents

3. Adjuster has provided this set of documents

4. Annexed

5. Annexed

6. Annexed – water destroyed documents which are no longer available, wherein some payments were made in cash.

7. Annexed

8. Annexed

9. Annexed

10. Stock Certificate

11. Plaintiff 's son

12. Stock Certificate

13. 10, 12, 13 are dublicative

14. None as to others – Zahi is an Employee W-2

15. Adjuster has provide this set of documents, see subpoena.

16. 15/16 are duplicative – roof collapsed, See Fire Marshall's Report.

17. Roof collapsed, See Fire Marshall's Report

18. Vacate Order, too dangerous to go back to site of event.

19. Provided in response to the subpoena responded to by the adjuster.

20. Provided in response to the subpoena responded to by the adjuster.

21. None, no payments made

22. Adjuster provided via Subpoena

23. Adjuster provided via Subpoena

24. Adjuster provided via Subpoena

25. Adjuster provided via Subpoena

26. Adjuster provided via Subpoena

27. Same as 25/26, which are duplicative.

28. Adjuster provided via subpoena

29. Fire Marshal, see the Fire Marshal's report.

30. Lease

31. Shelving Hi/Lo, see Adjuster's response to subpoena

32. Vacate order provided, all documents relating to same are not in the plaintiff's possession, and if available are a public record

33. Plaintiff's tax return is not material and or relevant, as plaintiff already responded that the

subject losses are not on the return.

34. See annexed

35. Too broad to respond, as a demand has to be detailed and specific not vague and indefinite.

Dated: Westchester, New York
February 9, 2024

Joseph A. Altman, P.C.

By: _____

JOSEPH A. ALTMAN, ESQ.
Attorneys for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

STATE OF NEW YORK, COUNTY OF _____ SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,

| | |
|---|---|
| ___ certification | certify that the within |
| by Attorney | has been compared by me with the original and found to be a true and complete copy. |
| ___ Attorney's | state that I am |
| affirmation | the attorney(s) of record for _____ in the within |
| | action; ___ I have read the foregoing _____ and know the contents thereof; the same is true |
| | to my knowledge, except as to the matters therein |
| | alleged to be on information and belief; and as to those matters I believe it to be true. |
| | The reason this verification is made by me and not by |

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.

_____
The name signed must be printed beneath

DATED:

STATE OF NEW YORK, COUNTY OF   Westchester                    SS:
I, the undersigned, being duly sworn, depose and say:

X   __individual__   in the action; I have read the foregoing **RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS**
     verification   **INSURANCE COMPANY'S REQUESTS  FOR PRODUCTION OF DOCUMENTS**
     and know the contents thereof; the same is true to my own  knowledge, except as to the matters therein stated to be alleged on
     information and belief,  and as to those matters I believe it to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the     day of   February, 2024

_____
NAGI QUHSHI

STATE OF NEW YORK, COUNTY OF WESTCHESTER        ss:      ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On  2/ 9/24  /   I served the within **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD**
**UNDERWRITERS INSURANCE COMPANY'S REQUESTS  FOR PRODUCTION OF**
**DOCUMENTS**

| | |
|---|---|
| ___ service | by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and |
| by mail | custody of the U.S. Postal Service within the New York State addressed to |
| ___ Personal | by delivering a true copy of each personally to each person named below at the address indicated.  I know |
| service on | each person served to be the person mentioned and described in said papers *as a party therein.* |
| an individual | |
| x_ Service by | by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below |
| electronic | ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose, |
| means | and by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody |
| | of the U.S. Postal Service within the New York State  to the address set forth after each name. |
| ___ Overnight | by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after |
| Delivery | each name below. |
| Service | |

MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
 (mdriscoll@mbkklaw.com)

_____
Joseph A. Altman Esq.

Affirm on the
9th  day of February, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------x

NAGI QUHSHI                                        CIVIL CASE NO:  23-cv-7935(jpo)

                Plaintiffs,

      -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                Defendants.
--------------------------------------------------------------------------x


**PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS**
**INSURANCE COMPANY'S REQUESTS  FOR PRODUCTION OF DOCUMENTS**

Joseph A. Altman, P.C.

Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

---

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

---

PLEASE TAKE NOTICE:

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that an order      of which the within is a true copy      will be presented to the Hon.      one of the judges of the within named Court, at |
| | on      at      M. |
| Dated: | Dated: |
| Yours, etc. | Yours, etc. |
| Attorney for | Attorney for |
| Joseph A. Altman, P.C. | Joseph A. Altman, P.C. |
| 654 North Terrace Avenue | 654 North Terrace Avenue |
| Fleetwood, New York, 10552 | Fleetwood, New York, 10552 |

ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby
certifies that the annexed **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD**
**UNDERWRITERS INSURANCE COMPANY'S REQUESTS  FOR PRODUCTION OF**
**DOCUMENTS**   is to the best of my knowledge and upon information and belief, formed after an inquiry
reasonable under the circumstances, that the presentation of said papers or contentions therein are not
frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

$\varepsilon_x$ " $C$ "

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                Plaintiff,         Civil Case No. 1:23-cv-7935

     -against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

               Defendant.

## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT IS AS FOLLOWS:

### REQUEST TO ADMIT NO. 1

Admit that a true and correct copy of the Hartford Policy is attached hereto as **Exhibit A**.

### RESPONSE TO REQUEST TO ADMIT NO. 1
*ADMIT*

### REQUEST TO ADMIT NO. 2

Admit that Hartford issued the Hartford Policy to the named insured, Nagi Quhshi.

### RESPONSE TO REQUEST TO ADMIT NO. 2
*ADMIT*

### REQUEST TO ADMIT NO. 3

Admit that City Plus Wholesale Corp. is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 3
*DENY*

### REQUEST TO ADMIT NO. 4

Admit that City Plus Cash and Carry, Corp. is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 4**
*DENY*


**REQUEST TO ADMIT NO. 5**

Admit that Omar Quhshi is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 5**
*ADMIT*


**REQUEST TO ADMIT NO. 6**

Admit that Zahi City Wholesale is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 6**
*ADMIT*


**REQUEST TO ADMIT NO. 7**

Admit that Zahi City Wholesale Corp. is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 7**
*ADMIT*


**REQUEST TO ADMIT NO. 8**

Admit that City Plus Zahi is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 8**
*ADMIT*


**REQUEST TO ADMIT NO. 9**

Admit that Zahi is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 9**
*ADMIT*

_____

## REQUEST TO ADMIT NO. 10

Admit that the Premises was added as a scheduled premises under the Hartford Policy on

or about January 8, 2022.

## RESPONSE TO REQUEST TO ADMIT NO. 10
*ADMIT*

## REQUEST TO ADMIT NO. 11

Admit that 1180 Randall LLC owned the Premises at the time of the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 11
*DENY*

## REQUEST TO ADMIT NO. 12

Admit that Plaintiff did not own the Premises at the time of the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 12
*ADMIT*

## REQUEST TO ADMIT NO. 13

Admit that Plaintiff did not rent the Premises or space on the Premises at the time of the

Event.

## RESPONSE TO REQUEST TO ADMIT NO. 13
*DENY*

## REQUEST TO ADMIT NO. 14

Admit that the Lease for the Premises at the time of the Event is not between Plaintiff and

the landlord of the Premises.

## RESPONSE TO REQUEST TO ADMIT NO. 14
*DENY*

**REQUEST TO ADMIT NO. 15**

Admit that prior to the Event, Plaintiff never incurred costs related to the Premises' fixtures, alterations, installations, or additions that cannot legally be removed from the Premises.

**RESPONSE TO REQUEST TO ADMIT NO. 15**

*DENY*

**REQUEST TO ADMIT NO. 16**

Admit that Plaintiff did not own the property that Plaintiff alleges was damaged by or as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 16**
*DENY*

**REQUEST TO ADMIT NO. 17**

Admit that Plaintiff did not pay for or purchase the property that Plaintiff alleges was damaged by or as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 17**
*DENY*

**REQUEST TO ADMIT NO. 18**

Admit that Plaintiff never purchased items and/or goods intended to replace property that Plaintiff alleges was damaged by or as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 18**
*DENY*

**REQUEST TO ADMIT NO. 19**

Admit that Plaintiff retained Eastern Public to act on Plaintiff's behalf with respect to Plaintiff's claim for damages sustained to the Premises as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 19**
*ADMIT*

**REQUEST TO ADMIT NO. 20**

Admit that a true and correct copy of the Property Report for Nagi Quhshi dated December 20, 2022 (the "Property Report"), prepared by Eastern Public for Plaintiff, is attached hereto as **Exhibit B** (bates stamped PROPERTY REPORT 001-064).

**RESPONSE TO REQUEST TO ADMIT NO. 20**
*DENY – need copy of Report, please send.*

**REQUEST TO ADMIT NO. 21**

Admit that the Property Report is the only document that Plaintiff provided to Hartford setting forth and containing information reflecting any amounts incurred to replace the property that Plaintiff alleges was damaged by or as a result of the Event and for which Plaintiff seeks recovery from Hartford in this action.

**RESPONSE TO REQUEST TO ADMIT NO. 21**
*DENY – see adjuster's report provided, sent by adjuster, in response to subpoena on Eastern Public.*

**REQUEST TO ADMIT NO. 22**

Admit that pages 002-003 of the Property Report set forth all amounts incurred to replace the property Plaintiff alleges was damaged by or as a result of the Event and for which Plaintiff seeks recovery from Hartford in this action.

**RESPONSE TO REQUEST TO ADMIT NO. 22**
*DENY – see adjuster's report provided, sent by adjuster, in response to subpoena on Eastern Public.*

**REQUEST TO ADMIT NO. 23**

Admit that pages 004-064 of the Property Report do not identify Plaintiff Nagi Quhshi as

either the purchaser or the individual or entity to which the invoices are billed.

## RESPONSE TO REQUEST TO ADMIT NO. 23
*DENY – see adjuster's report, sent in response to subpoena to Eastern Public.*

## REQUEST TO ADMIT NO. 24

Admit that pages 004-064 of the Property Report contain all documents reflecting any

amounts incurred to replace the property that Plaintiff alleges was damaged by or as a result of the

Event.

## RESPONSE TO REQUEST TO ADMIT NO. 24
*DENY – see adjuster's report provided in response to subpoena to Eastern Public.*

## REQUEST TO ADMIT NO. 25

Admit that the image files and video recording files produced by Plaintiff in this action on
October 18, 2023 in connection with Plaintiff's Rule 26 Disclosures constitute all the photographs,
video recordings, and any other visual representations or audio recordings depicting the Event or
the property that Plaintiff alleges was damaged by or as a result of the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 25
*ADMIT – with additional photos to be turned over when and if located.*

## REQUEST TO ADMIT NO. 26

Admit that a Vacate Order was issued for the Premises on July 18, 2022.

## RESPONSE TO REQUEST TO ADMIT NO. 26
*ADMIT*

## REQUEST TO ADMIT NO. 27

Admit that You did not list or seek or identify any deductions on your tax returns for the

tax year 2022 with respect to any casualty loss associated with the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 27
*ADMIT*

Dated: Westchester, New York
       February   9 , 2024

                              Joseph A. Altman, P.C.

                              *[signature]*

                         By: _____
                              JOSEPH A. ALTMAN, ESQ.
                              Attorneys for Plaintiff
                              654 North Terrace Avenue
                              Fleetwood, New York, 10552
                              (718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
 *Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
 (mdriscoll@mbkklaw.com)


STATE OF NEW YORK,
                              ss)
COUNTY OF WESTCHESTER

**X  *INDIVIDUAL  VERIFICATION***
I, the undersigned, being duly sworn, depose and say:
**I, Nagi Quhshi am the Plaintiff** in this action;
I have read the foregoing **RESPONSE TO THE DEFENDANT HARTFORD
UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT**  and know the
contents thereof; the same is true to my own knowledge, except as to the matters therein stated to
be alleged on information and belief, and as to those matters I believe it to be true.
Sworn to before me
on the   9th.day of    February , 2024            see next page.

                              _____
                              **Nagi Quhshi**

VERIFICATION

_Inagi Quhshi_____, being duly sworn, deposes and says:

Notry to Admit

I am the _Plaintiff_ I have read the foregoing ⌄ and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

X _____
                Sign Name

_Inagi Quhshi_
            Print Name

Sworn to before me this

_9th_ day of _Feb_, _2024_.

_____
        Notary Public

JOSEPH A. ALTMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires 07-31-2026

4

STATE OF NEW YORK, COUNTY OF                                            SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,

_____ certification    certify that the within
by Attorney    has been compared by me with the original and found to be a true and complete copy.
_____ Attorney's    state that I am
affirmation    the attorney(s) of record for                                    in the within
action;    I have read the foregoing                    and know the contents thereof; the same is true
to my knowledge, except as to the matters therein
alleged to be on information and belief; and as to those matters I believe it to be true.
The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
_____
The name signed must be printed beneath

DATED:

STATE OF NEW YORK, COUNTY OF                                            SS:
I, the undersigned, being duly sworn, depose and say:
X   _____ individual    in the action; I have read the foregoing
verification                                            and know the contents thereof; the same is true to my own
knowledge, except as to the matters therein stated to be alleged on information and belief,
and as to those matters I believe it to be true.
_____ corporation    the                                    of
verification    a                                    corporation and a party in the within action; I have
read the foregoing                                    and know the contents thereof; the same is true to my knowledge,
except as to the matters therein stated to be alleged upon information and belief; and as to those matters I believe it to be true. This
verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the        day of

STATE OF NEW YORK, COUNTY OF WESTCHESTER        ss:        ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On  2/9 /24        I served the within  **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD
UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT**
_____ service    by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
by mail    custody of the U.S. Postal Service within the New York State addressed to

_____ Personal    by delivering a true copy of each personally to each person named below at the address indicated.  I know
service on    each person served to be the person mentioned and described in said papers *as a party therein.*
an individual
x_ Service by    by transmitting a copy to the following persons by ___ **FAX** at the telephone number set forth after each name below
electronic    _____ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
means    and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
of the U.S. Postal Service within the New York State  to the address set forth after each name.
_____ Overnight    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
Delivery    each name below.
Service
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*                                    800
Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
 (mdriscoll@mbkklaw.com)

_____
Joseph A. Altman Esq.

Affirm on the
9th day of February, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

NAGI QUHSHI                                    CIVIL CASE NO:  23-cv-7935(jpo)

                        Plaintiffs,

        -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                        Defendants.
-------------------------------------------------------------------------x


## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

Service of a copy of the within
is hereby admitted.

TO:

                                                Dated:

Attorney(s) for

PLEASE TAKE NOTICE:

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that the within ... of which the within is a true copy ... will be presented to the Hon. ... one of the judges of the within named Court, at on ... at ... M. |
| Dated: | Dated: |
| Yours, etc. | Yours, etc. |
| Attorney for | Attorney for |
| Joseph A. Altman, P.C. 654 North Terrace Avenue Fleetwood, New York, 10552 | Joseph A. Altman, P.C. 654 North Terrace Avenue Fleetwood, New York, 10552 |

ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.