# EXHIBIT N

# MENZ BONNER KOMAR & KOENIGSBERG LLP

ATTORNEYS AT LAW

**800 WESTCHESTER AVENUE, SUITE 641-N**

TEL: (914) 949-0222          RYE BROOK, NEW YORK 10573          FAX: (914) 997-4117

www.mbkklaw.com

March 21, 2024

**VIA ECF**

Honorable Dale E. Ho, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

Re:    Quhshi v. Hartford Underwriters Ins. Co., Case No. 1:23-cv-7935-DEH

**DISCOVERY DISPUTE, REQUEST FOR CONFERENCE AND EXTENSION REQUEST LETTER MOTION**

Dear Judge Ho:

This firm represents defendant Hartford Underwriters Insurance Company ("Hartford") in connection with the above-referenced action.  We write pursuant to paragraph 4(k) and 2(e) of Your Honor's Individual Rules & Practices to alert the Court to ongoing efforts to obtain discovery responses from Plaintiff Nagi Quhshi ("Plaintiff"), to request a conference to address the same, and for an extension of the April 5, 2024 deposition deadline.

As Your Honor may recall, on February 22, 2024, Your Honor ordered the parties to meet and confer regarding the deficiencies in Plaintiff's responses, as identified in Defendant's letter, and for Plaintiff to produce responsive documents and information as soon as possible and no later than March 8, 2024.  ECF Doc. No. 22.  The parties met and conferred on March 8, 2024.  On March 10, 2024, Plaintiff's counsel forwarded emails that purport to respond to Hartford's "missing document request" and forwarded an email chain between attorney Altman and Eastern Public, LLC ("Eastern Public"), the adjuster retained by Plaintiff following the loss.  True and correct copies of Mr. Altman's March 8, 2024 and March 10, 2024 emails are attached hereto as Exhibit A and Exhibit B.  Attachments to the emails have not been included.

As reflected in Exhibit A, Mr. Altman wrote to Brian C. Evans of Eastern Public and referenced document requests.  On March 6, 2024, Mr. Evans wrote to Mr. Altman advising that Tori Kelly was the primary adjuster on the file and that he did "not see any documents (sic) request annexed to your letter that we have or that has not already been provided."  On that same date, Ms. Kelly responded to Mr. Altman addressing the numbered requests on a list provided by Mr. Altman.  *See* Exhibit A hereto.  On March 8, 2024, Mr. Altman wrote to the undersigned purporting to add his client's response "inside the parentheses ( ) to follow the insurance company's response to items 1-6."  *Id.*  However, no amended written responses to Hartford's document demands or interrogatories were served.

Since that time, the parties have conferred concerning the same and Plaintiff's counsel has stated that he has provided Hartford with all documents and information.  The undersigned has pressed for written responses for a number of reasons that have been conveyed to Plaintiff's

Honorable Dale E. Ho, U.S.D.J.
March 21, 2024
Page **2** of **2**

counsel. First, an email from a non-party, Eastern Public[1], providing information to Plaintiff's counsel does not comply with Plaintiff's obligation to produce to Hartford all documents and information in his possession, custody and control. Second, and as detailed in Hartford's original motion to compel (ECF Doc. No. 14), Hartford's interrogatories request the identity of individuals with knowledge specific to this lawsuit and the subjects of those individual's knowledge. Items 2 and 3 in Eastern Public's March 6, 2024 email purport to provide the full names and addresses of the individuals formerly identified in Plaintiff's interrogatory responses as "son (Omar)" and "ZAHI" but this email response from Eastern Public does not identify to which interrogatories this information is responsive and fails to identify the subject of the knowledge that these individuals have. In addition, in his initial responses, Plaintiff identified "employees" without providing any further detail. No employees have been identified in interrogatory responses to date. Third, even if the email forwarded from Eastern Public contained all responsive information to Hartford's interrogatories (which it does not), Hartford is entitled to certified interrogatory responses from Plaintiff certifying that Plaintiff has provided all information in his possession, custody and control. Finally, with respect to the additional documents produced by Plaintiff, pursuant to the Federal Rules of Civil Procedure 34, Hartford is entitled to written responses to its document demands that state whether or not the documents have been or will be produced or Plaintiff's grounds for objecting to production of the same.

Hartford requires this information to determine which individuals, unidentified employees, and/or corporate representatives of entities it will depose with respect to Plaintiff's claim for insurance. Hartford will require additional time to subpoena these unidentified non-parties and complete multiple depositions.

Hartford thanks the Court for its time and attention to this matter and looks forward to discussing the same with the Court.

Respectfully submitted,

*Melissa K. Driscoll*

Melissa K. Driscoll

Attachments

cc:    Joseph A. Altman (via ECF)

---

[1] Hartford independently subpoenaed documents form Eastern Public and Eastern Public provided documents in response to that subpoena.

Case 1:23-cv-07935-DEH-KHP   Document 37-16   Filed 05/09/24   Page 4 of 9

# EXHIBIT A

| From: | Joseph Altman Esq. |
| To: | Michael Komar; Melissa Driscoll |
| Subject: | Fw: Quhshi v Hartford, discovery |
| Date: | Friday, March 8, 2024 9:56:23 PM |
| Attachments: | 531 Tiffany-PP Claim-20221221.pdf |

[EXTERNAL]

Dear Counsellors:

Please see email below, which responds to your missing document request. I added my client's response, which are inside the parentheses ( ) to follow the insurance company's response to items 1-6; kindly ignore the reference to any exhibit markers; please contact me with any questions, thank you. Also, the reference to Brian Edwards should be to Brian Evans and Tori Kelly was the primary adjuster on the file, who is then another witness who can testify to the loss.

**LAW OFFICES of JOSEPH A. ALTMAN P.C.**

654 North Terrace Avenue

Fleetwood, New York 10552

**phone: 718-328-0422 / fax: 718-378-4898**

**cell: 917-509-5454**

Service of papers will not be accepted via fax and/or e-mail.

FREDERICK P. ALTMAN (1928-1997)
JOSEPH A. ALTMAN*
*member NY & NJ Bar

Thank you.

Very truly yours,

*Joseph A. Altman*

Joseph A. Altman. Esq.

Confidential Notice: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

----- Forwarded Message -----
From: Tori Kelly <tori@easternpublic.com>
To: Joseph Altman <altmanesc@aol.com>
Cc: Brian Evans <brian@easternpublic.com>; "cityplusswholesale@gmail.com" <cityplusswholesale@gmail.com>
Sent: Wednesday, March 6, 2024 at 12:45:51 PM EST
Subject: Re: Quhshi v Hartford, discovery

To specifically address the numbered requests on the list you provided:

1. we were not provided this documentation so it is not in the file; tax returns for corp.(City Plus, 2023/22 are being sent by a separate email, and as well as the 2023 personal returns, as to 2022, same have not been located, and once located same will be sent).
2. name/address you should already have; (Ali Zahi Allahabi, 1888 Holland Avenue, apt 2B, Bronx NY 10462)
3. son's name/address - we were not made privy to(Omar Quhshi, 119 W. 116th. Street, Apt 2A, NY NY 10026)
4. Brian Evans is the correct name spelling
5. photos can help support water damage occurrence [link] found in D. GENERAL > PICTURES
6. inventory purchase orders/invoice/receipts [link] found in B. PERSONAL PROPERTY > BUSINESS PERSONAL PROPERTY > 531 Tiffany-Invoices-2022-updated 20221208

Hopefully this helps.

photo

**Tori Kelly, P.A.**
Adjuster, Eastern Public, LLC

997 Third Avenue, Ste 406, New York, NY 10017
(929) 999-4674
(929) 990-7599
EasternPublic.com

This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.



Hello Joseph,

Some of the documentation listed in that letter, we have previously shared with you and the insured. I'm not certain if it was missed or unable to be accessed, but I will refresh the shared files here. I hope you are able to access them through DropBox (and identical files through Google Drive) links below. If you are still having any difficulties, please let us know and we can try to provide an alternative method of getting the files to you.

Dropbox link - https://www.dropbox.com/scl/fo/gl0w05o9miumnbp81tidb/h?rlkey=n1o8alscvexap5mamlsz3sjuv&dl=0
Google Drive link - https://drive.google.com/drive/folders/1pd9ooBxdVX_Nu0-4KzqQqfZ8wu7fPz3p?usp=sharing

Best regards,

photo 

**Tori Kelly, P.A.**
Adjuster, Eastern Public, LLC

697 Third Avenue, Ste 408, New York, NY 10017
(929) 999-4674
(929) 990-7599
EasternPublic.com

---

This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.



On Wed, Mar 6, 2024 at 9:53 AM Joseph Altman <altmanesq@aol.com> wrote:
The documents on the letter are what is missing. If you have any, please and and send me the missing docs you have. Thank you.
Sent from my iPhone

On Mar 6, 2024, at 8:28 AM, Brian Evans <brian@easternpublic.com> wrote:

Dear Mr. Altman,

Your letter lists my name as "Brian Edwards", note that my name is "Brian EVANS". Also, Tori Kelly, copied here, was the primary adjuster on this file for Eastern Public. Otherwise, I do not see any documents request annexed to your letter that we have or that has not already been provided.

Please let me know if anything else is needed. Thank you.

photo 

**Brian C. Evans, P.A., C.P.A.U.**
CEO, Eastern Public, LLC

697 Third Avenue, Ste 408, New York, NY 10017
(929) 999-4674
(929) 732-4524
EasternPublic.com

---

This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.

| | |
|---|---|
| **From:** | Joseph Altman Esq. |
| **To:** | Michael Komar; Melissa Driscoll |
| **Subject:** | Quhshi v Hartford |
| **Date:** | Friday, March 8, 2024 10:32:15 PM |
| **Attachments:** | 20240308230025957.pdf |

[EXTERNAL]

Dear Counsellors: Annexed please find the 2023/2022 tax returns for City Plus and the 2022 personal return for the plaintiff; kindly review and contact me with any questions, thank you.

**LAW OFFICES of JOSEPH A. ALTMAN P.C.**

**654 North Terrace Avenue**

**Fleetwood, New York 10552**

**phone: 718-328-0422 / fax: 718-378-4898**

**cell: 917-509-5454**

Service of papers will not be accepted via fax and/or e- mail.

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN***
***member NY & NJ Bar**

Thank you.

 Very truly yours,

Joseph A. Altman, Esq.

Confidential Notice: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

----- Forwarded Message -----
**From:** "fax@altmanlaw.org" <fax@altmanlaw.org>
**To:** Joseph <altmanesq@aol.com>
**Sent:** Friday, March 8, 2024 at 10:26:17 PM EST
**Subject:** Message from "RNP583879265DCE"

This E-mail was sent from "RNP583879265DCE" (IM C4500).

Scan Date: 03.08.2024 23:00:25 (-0500)
Queries to: fax@altmanlaw.org

# EXHIBIT B

| From: | Joseph Altman |
|---|---|
| To: | Michael Komar; Melissa Driscoll |
| Subject: | Quhshi v Hartford |
| Date: | Sunday, March 10, 2024 6:10:31 PM |
| Attachments: | 20240310183917496.pdf |

[EXTERNAL]

Dear Counsellors:  Annexed please find my client's W2, with the names and addresses of its employees and the 2022 ind and corp tax return. Please advise if anything else is needed. Thank you.

Sent from my iPhone