# EXHIBIT P

Law Offices of

# _____Joseph A. Altman, P.C._____

**654 North Terrace Avenue**          Phone: (718) DA8-0422
**Fleetwood, New York 10552**          Fax: (718) 378-4898          E-mail:AltmanEsq@aol.com
                                        *Service of papers will not be accepted via fax and/or e- mail.*

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN\***

**\*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR**

March 27, 2024

Honorable Dale E. Ho, UUDJ
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

RE:     Quhshi v. Hartford Underwriters Insurance Company
        Case No.: 1:23-cv-7935-DEH

Dear Judge Ho:

        As the attorney for the Plaintiff, in furtherance of the Court's March 22, 2024 Order, we hereby respond to the March 21,2024 letter from the Defendant's attorney.  In order to clarify the Plaintiff's position, following a detailed telephone conversation with the Defendant's two (2) attorneys, I identified the six (6) items for which the Defendant needed further clarification and information.  In my March 8, 2024 cover letter (email), these items were then provided on March 8, 2024 and March 10, 2024.  Thereafter, when I next spoke with the Defendant's attorney, my concern was that the Defendant had all of the missing information/documentation, requested, wherein it is my understanding that the Defendant does have the requested missing information/documentation, but it appears that the Defendant seeks the Responses to be "certified" by the Plaintiff, and that my email with the documents/information was not sufficient.  As advised to the Defendant's attorney, if necessary, the Plaintiff can certify each Response, wherein many of the documents, i.e., tax returns, speak for themselves.  As to the employees, the Defendant asked for the names and addresses of the

Plaintiff's employees, and now has this information, wherein these employees are not the Plaintiff's witnesses with any special knowledge of the claim, other than being employees of the Plaintiff, wherein  the Plaintiff, his son "Omar", and the two (2) adjusters have been identified as the Plaintiff's witnesses, which have actual knowledge of the claim, the losses and damages.

As indicated by the Defendant, the Defendant has the Adjuster's files, (pursuant to a subpoena) and a link was provided, by the Plaintiff to the Defendant, regarding the Defendant's specific Discovery Demands and the Plaintiff's responses thereto.  That if anything else is needed, the Plaintiff will continue to cooperate and to respond.

That upon speaking with the Defendant's attorney, I am unclear if the issue is that the Defendant wants all of the Discovery Responses to be amended, to include the supplemental information, or if a Supplemental Response is needed, which supplements the prior Responses.  I did comment to the Defendant's attorney that the documents which were provided are self-identifying, therein any issue could be easily resolved, at the Plaintiff's EBT, as the Plaintiff, under oath, can certify each document as well.

In any event, if the Court orders that supplemental documents provided on March 8, 2024 and on March 10, 2024.  are to be incorporated into a Supplemental Response, then the Plaintiff respectfully requests one (1) week to do so.

Respectfully submitted,

Very truly yours,

Joseph A. Altman P.C.

BY:  Joseph A. Altman, Esq.

Cc:    MENZ BONNER KOMAR & KOENIGSBERG LLP
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)