# EXHIBIT S

| | |
|---|---|
| **From:** | Joseph Altman Esq. |
| **To:** | Melissa Driscoll; Michael Komar |
| **Subject:** | Supplemental Documents |
| **Date:** | Monday, April 8, 2024 8:23:45 AM |
| **Attachments:** | pla"s supp response TO FIRST SET INTERROGATORIES 4-1-24.docx |
| | Notice of Deposition 3-23-24.docx |

[EXTERNAL]

## LAW OFFICES of JOSEPH A. ALTMAN P.C.
654 North Terrace Avenue
Fleetwood, New York 10552
phone: 718-328-0422 / fax: 718-378-4898
cell: 917-509-5454
Service of papers will not be accepted via fax and/or e- mail.

FREDERICK P. ALTMAN (1928-1997)
JOSEPH A. ALTMAN*
*member NY & NJ Bar

Please see the annexed documents which were inadvertently left off last week's email. I apologize for the confusion and delay.

Thank you.

Very truly yours,

*[signature]*

Joseph A. Altman, Esq.

Confidential Notice: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

                     Plaintiff,

-against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                     Defendant.

Civil Case No. 1:23-cv-7935

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF IS AS FOLLOWS:

### INTERROGATORIES

AS TO ALL RESPONSES which identify Brian Evans, Tori Kelly P.A., both of Eastern Public, is added to. INTERROGATORIES #3, 4, 6, 7, 9, 12, 14, 15 and 19.

INTERROGATORY # 16 – Damages computation is supplemented by the Exhibits annexed to the Supplemental Responses to the Document Demand, which, in any event, have been previously provided.

INTERROGATORIES # 17, 18, and 20 and are supplemented by the exhibits annexed to the Supplemental Responses to the Document Demand, which, in any event, has been previously provided.

Dated: Westchester, New York
       April   , 2024

                                    Joseph A. Altman, P.C.

                          By: _____
                               JOSEPH A. ALTMAN, ESQ.
                               Attorneys for Plaintiff
                               654 North Terrace Avenue
                               Fleetwood, New York, 10552
                               (718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

UNITED STATES DISTRICT COURT SOUTHERN
DISTRICT OF NEW YORK

|  |  |
|---|---|
| NAGI QUHSHI, <br><br> Plaintiff, <br><br> -against- <br><br> THE HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | Civil Case No. 1:23-cv-7935-DEH <br><br> **AMENDED NOTICE TO TAKE CROSS-DEPOSITION BY ORAL EXAMINATION** |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, Plaintiff, by its attorneys, Joseph A. Altman P.C., will take the deposition by oral examination, before a person authorized by the law in the place of examination to administer oaths, of Defendant, Hartford Underwriters Insurance company's claims adjuster, who is familiar with the claims file herein, namely, David Matheson, Senior Claims Representative, at the offices of Menz Bonner Komar & Koenigsberg LLP, 800 Westchester Avenue, Suite 641-N, Rye Brook, New York 10573, on April 5, 2024 at 2:00 P.M.., or at such other time and place as may be agreed upon in writing by counsel for the parties. The deposition shall continue day-to-day until completed. The deposition shall be recorded by stenographic means, with the Defendant's witness to bring its claims file, and any other documents upon which the Defendant denied the Plaintiff's claim.

Dated: Westchester, New York
       April    , 2024

                                             Joseph A. Altman, P.C.

                                             *Joseph A. Altman* (signature)

                                             By: _____
                                             JOSEPH A. ALTMAN, ESQ.
                                             Altmanesq@aol.com
                                             Attorneys for Plaintiff, Nagi Quhs
                                             654 North Terrace Avenue
                                             Fleetwood, New York, 10552
                                             (718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
Attorneys for Defendant
Hartford Underwriters Insurance Company
Michael S. Komar (mkomar@mbkklaw.com)
Melissa K. Driscoll (mdriscoll@mbkklaw.com)
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222