# EXHIBIT Y

Law Offices of

# Joseph A. Altman, P.C.

**654 North Terrace Avenue**
**Fleetwood, New York 10552**

**Phone: (718) DA8-0422**
**Fax: (718) 378-4898      E-mail:AltmanEsq@aol.com**
*Service of papers will not be accepted via fax and/or e- mail.*

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN\***

**\*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR**

April 29, 2024

Honorable Dale E. Ho, UUDJ
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

RE:    Quhshi v. Hartford Underwriters Insurance Company
       Case No.: 1:23-cv-7935-DEH

Dear Judge Ho:

My apologies for the delay in responding to the Court's April 23, 2024 Order, by April 26, 2024.  I was on trial on April 26, 2024, and did not realize that the letter was not completed and sent until now.

As to providing additional Discovery, following the April 10, 2024 conference, where the Court reviewed the Defendant's Objections and the Plaintiff's Responses, and then the Court's April 10, 2024 Order was entered, which did not rule that the Plaintiff needed to further respond; hence, it is the Plaintiff's position that the Order speaks for itself.

Accordingly, we believe that the Responses the Plaintiff had provided are the proper Responses and contain the necessary information.  In fact, what I recall from the April 10, 2024 Conference, concerning the Interrogatories, is the Defendant complained that the Plaintiff did not respond individually to each Demand, but, upon review, the Court noted that the Responses, although brief, did respond to each Demand, which were verified.

Accordingly, it is the Plaintiff's position that the Plaintiff has properly responded to the Defendant's Discovery Demands, and will continue to provide whatever information and documents it has to the Defendant, as is required.

Respectfully submitted,

Joseph A. Altman P.C.

BY:   Joseph A. Altman, Esq.


Cc:   **VIA ECF**
      MENZ BONNER KOMAR & KOENIGSBERG LLP
      800 Westchester Avenue, Suite 641-N
      Rye Brook, New York 10573
      Tel.: (914) 949-0222
      (mkomar@mbkklaw.com)
      (mdriscoll@mbkklaw.com)