# EXHIBIT AA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI,<br><br>        Plaintiff,<br><br>    v.<br><br>THE HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>        Defendant. | 23-CV-7935 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

An order issued April 29, 2024, directed Plaintiff to "produce a numbered list of responses to Defendant's discovery demands . . . as soon as possible and no later than May 3, 2024" and to "file a letter on ECF by May 3, 2024, affirming that he has done so." *See* ECF No. 35. No such letter was filed.

It is hereby **ORDERED** that Plaintiff shall produce the required list of discovery responses to Defendant as soon as possible and file the required letter on ECF by **May 8, 2024.** Plaintiff is advised that failure to comply with the Court's orders may result in sanctions, including dismissal of this action.

Dated: May 6, 2024
   New York, New York

                  _____
                  DALE E. HO
                  United States District Judge