# EXHIBIT BB

# Menz Bonner Komar & Koenigsberg LLP

800 Westchester Avenue
Suite 641-N
Rye Brook, NY 10573

Invoice submitted to:
The Hartford
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

February 15, 2024

Invoice #15334



The Hartford																												Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/22/2023 | MKD | ▮. | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
| 1/2/2024 | MK | ▮ | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
| 1/3/2024 | MKD | ▮ | ▮ | ▮ |
| 1/8/2024 | MKD | ▮ | ▮ | ▮ |
| 1/10/2024 | MKD | ▮ | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
| 1/11/2024 | MK | Reviewed and revised draft letter submission to Court re discovery dispute with Plaintiff. | 0.40<br>300.00/hr | 120.00 |
|  | LW | ▮. | ▮ | ▮ |
|  | MKD | Drafted letter motion to Judge Ho re plaintiff's failure to respond to discovery. | 2.10<br>270.00/hr | 567.00 |
|  | MKD | ▮ | ▮ | ▮ |
|  | MKD | ▮ | ▮ | ▮ |
|  | MKD | Drafted/revised/finalized letter submission to Judge Ho re plaintiff's failure to respond to discovery per comments from A. Trevethick. | 0.60<br>270.00/hr | 162.00 |

The Hartford                                                                                                    Page    3

|            |     | Hrs/Rate | Amount |
|------------|-----|----------|--------|
| 1/12/2024  | MK  | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
| 1/15/2024  | MK  | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
| 1/17/2024  | MKD | ■        | ■      |
| 1/18/2024  | LW  | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
| 1/19/2024  | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
|            | MKD | ■        | ■      |
| 1/23/2024  | MKD | ■        | ■      |

The Hartford                                                                                     Page      4

|            |     |                                  | Hrs/Rate | Amount |
|------------|-----|----------------------------------|----------|--------|
| 1/23/2024  | MKD | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉       | ▉▉     |
| 1/29/2024  | MKD | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | ▉▉       | ▉▉     |
|            |     | For professional services rendered | ▉▉     | ▉▉     |
|            |     | Additional Charges :             |          |        |
| 1/19/2024  |     | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ |          | ▉▉     |
|            |     | Total additional charges         |          | ▉▉     |
|            |     | Total amount of this bill        |          | ▉▉     |