# EXHIBIT CC

# Menz Bonner Komar & Koenigsberg LLP

800 Westchester Avenue
Suite 641-N
Rye Brook, NY 10573

*Invoice submitted to:*
The Hartford
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

April 10, 2024

Invoice #15378



The Hartford                                                                                           Page    2

|            |     |                                                                                                                                                         | Hrs/Rate           | Amount   |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------|--------------------|----------|
| 2/12/2024  | MKD | ███████████████████████████████████                                                                                                                     | ███                | ███      |
|            | MKD | ███████████████████████████████████████████                                                                                                             | ███                | ███      |
|            | MKD | ██████████████████████████████████                                                                                                                      | ███                | ███      |
| 2/13/2024  | MKD | Drafted letter submission to Judge Ho re plaintiff's deficient discovery responses and production, analysis of same, and motion to compel.             | 4.50 270.00/hr     | 1,215.00 |
| 2/14/2024  | MK  | Reviewed and revised draft letter submission to Judge Ho re discovery deadlines and plaintiff's discovery responses.                                   | 1.10 300.00/hr     | 330.00   |
|            | MKD | Drafted/revised ltr. to Judge Ho re plaintiff's deficient discovery responses and production per M. Komar comments.                                    | 0.50 270.00/hr     | 135.00   |
|            | MKD | ████████████████████████████                                                                                                                            | ███                | ███      |
|            | MKD | ██████████████████████████████                                                                                                                          | ███                | ███      |
| 2/15/2024  | LW  | █████████████████████████                                                                                                                               | ███                | ███      |
|            | MKD | ████████████████████████████                                                                                                                            | ███                | ███      |
|            | MKD | Revised/finalized ltr. to Judge Ho re plaintiff's deficient discovery responses and production and request for extension of discovery deadline per client comments. | 0.50 270.00/hr     | 135.00   |
|            | MKD | ████████████████████████████████████.                                                                                                                   | ███                | ███      |
|            | MKD | ███████████████████████████████                                                                                                                         | ███                | ███      |
| 2/16/2024  | MK  | █████████████████████████████████████                                                                                                                   | ███                | ███      |
|            | MK  | ████████████████████████                                                                                                                                | ███                | ███      |
|            | MKD | ████████████████████████████████████                                                                                                                    | ███                | ███      |
|            | MKD | ███                                                                                                                                                     | ███                | ███      |

The Hartford                                                                                                     Page    3

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/2024 | MKD ■■■ | ■ | ■ |
| 2/17/2024 | MKD ■■■ | ■ | ■ |
| 2/18/2024 | MKD ■■■ | ■ | ■ |
| 2/19/2024 | MK ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
| 2/21/2024 | MK ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
| 2/22/2024 | MK ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |
|  | MKD ■■■ | ■ | ■ |



The Hartford                                                                 Page    4



The Hartford                                                                                           Page    5

|            |     |                                                                                                                                   | Hrs/Rate        | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 3/20/2024  | MKD | Drafted letter to Judge Ho re motion for a conference, to compel discovery responses and for extension of discovery deadlines.    | 1.40 270.00/hr  | 378.00 |
|            | MKD | ███████████████████████████████████████████████                                                                                    | ███             | ███    |
|            | LW  | ███████████████████████████████████████████████                                                                                    | ███             | ███    |
| 3/21/2024  | MKD | Revised letter to Judge Ho re motion for a conference, to compel discovery responses and for extension of discovery deadlines per client comments. | 0.20 270.00/hr  | 54.00  |
| 3/22/2024  | MK  | ███████████████████████████████████████████████                                                                                    | ███             | ███    |
|            | MK  | ███████████████████████████████████████████████                                                                                    | ███             | ███    |
|            | MKD | ███████████████████████                                                                                                           | ███             | ███    |
|            | MKD | ███████████████████████                                                                                                           | ███             | ███    |
|            | LW  | ███████████████████████████████████████████████                                                                                    | ███             | ███    |
| 3/23/2024  | MK  | ███████████████████████████████                                                                                                   | ███             | ███    |
|            | MKD | ███████████████████████████████                                                                                                   | ███             | ███    |
| 3/25/2024  | MKD | ███████████████████████████████████████                                                                                            | ███             | ███    |
|            | MKD | ███████████████████████████████████████                                                                                            | ███             | ███    |
| 3/26/2024  | MKD | ███████████████████████████████████                                                                                                | ███             | ███    |
|            | MKD | ███████████████████████████████████████                                                                                            | ███             | ███    |
|            | MKD | ███████████████████████████████████████                                                                                            | ███             | ███    |

The Hartford																								Page    6



|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 3/27/2024 | LW ▮▮▮ | ▮ | ▮ |
|  | MKD ▮▮▮ | ▮ | ▮ |
|  | MKD ▮▮▮ | ▮ | ▮ |
| 3/28/2024 | MK ▮▮▮ | ▮ | ▮ |
|  | MKD ▮▮▮ | ▮ | ▮ |
|  | MKD ▮▮▮ | | |
|  | MKD ▮▮▮ | ▮ | ▮ |
|  | MKD ▮▮▮ | ▮ | ▮ |
|  | LW ▮▮▮ | ▮ | ▮ |
| 3/29/2024 | MKD ▮▮▮ | ▮ | ▮ |
|  | LW ▮▮▮ | ▮ | ▮ |
|  | LW ▮▮▮ | ▮ | ▮ |

For professional services rendered ▮ ▮

**Additional Charges :**

| 2/15/2024 | ▮▮▮ | ▮ |
|  | ▮▮▮ | ▮ |
| 3/26/2024 | ▮▮▮ | ▮ |

The Hartford                                                                 Page      7



| | Amount |
|---|---|
| 3/26/2024 ███████████ | ███ |
| ███████████ | ███ |
| ███████████████ | ███ |
| █████████████████ | ███ |
| ████████████ | ███ |
| Total additional charges | ███ |
| Total amount of this bill | ███ |