# EXHIBIT DD

# Menz Bonner Komar & Koenigsberg LLP

800 Westchester Avenue
Suite 641-N
Rye Brook, NY 10573

*Invoice submitted to:*
The Hartford
Hartford Plaza
690 Asylum Avenue
Hartford, CT 06115

May 7, 2024

Invoice #15395



Professional Services

The Hartford                                                                                              Page    2

|            |     |                                                                                                                                                                             | Hrs/Rate        | Amount  |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----------------|---------|
| 4/4/2024   | LW  | Reviewed Plaintiff's discovery responses and document production to date and prepared draft letter to Court re update on Plaintiff's non-compliance and need for court conference and extension of discovery deadlines. | 3.60 255.00/hr  | 918.00  |
| 4/5/2024   | MK  | Reviewed and revised draft letter submission to Court re plaintiff's failure to properly respond to discovery and comply with the Court's Order. | 0.60 300.00/hr  | 180.00  |
|            | MKD | ████████████████████████████████████████████████████████ sponses. | ██ | ██ |
|            | MKD | ████████████████████████████████████████████████ | ██ | ██ |
|            | MKD | Reviewed/revised letter submission to court re plaintiff's failure to properly respond to discovery. | 0.90 270.00/hr | 243.00 |
|            | MKD | █████████████████████████████████████ | ██ | ██ |
|            | LW  | Reviewed and revised letter to Court re update on Plaintiff's non-compliance and need for court conference and extension of discovery deadlines. | 0.30 255.00/hr | 76.50 |
|            | LW  | ████████████████████████████████ | ██ | ██ |
| 4/8/2024   | MK  | ██████████████████████████████████████████ | ██ | ██ |
|            | MK  | ████████████████████████████████████████ | ██ | ██ |
|            | MKD | ██████████████████████████████████████ | ██ | ██ |
|            | MKD | ████████████████████████████████ | ██ | ██ |
|            | MKD | ██████████████████████████████████████████████ | ██ | ██ |
|            | MKD | ████████████████████████████████ | ██ | ██ |
|            | MKD | ████████████████████████ | ██ | ██ |
| 4/10/2024  | MK  | ██████████████████████. | ██ | ██ |

The Hartford                                                                                          Page     3

|            |     |                                                                                                       | Hrs/Rate          | Amount  |
|------------|-----|-------------------------------------------------------------------------------------------------------|-------------------|---------|
| 4/10/2024  | MKD | ███████████████████████████████████████████████                                                       | ███               | ███     |
|            | MKD | ███████████████████████                                                                               | ███               | ███     |
|            | MKD | █████████████████████████████████                                                                     | ███               | ███     |
|            | MKD | ██████████████████████████████████████                                                                | ███               | ███     |
|            | MKD | █████████████████████████████████████                                                                 | ███               | ███     |
|            | MKD | ██████████████                                                                                        | ███               | ███     |
| 4/11/2024  | LW  | ████████████████████████████████████                                                                  | ███               | ███     |
| 4/12/2024  | MK  | ███████████████████████████████                                                                       | ███               | ███     |
|            | MKD | ██████████████████████                                                                                | ███               | ███     |
|            | LW  | ██████████████████████████                                                                            | ███               | ███     |
| 4/18/2024  | MKD | █████████████████████████████                                                                         | ███               | ███     |
| 4/19/2024  | MKD | ████████████████████                                                                                  | ███               | ███     |
|            | MKD | Drafted discovery letter and sanctions motion to Court.                                               | 2.30<br>270.00/hr | 621.00  |
| 4/22/2024  | MK  | Reviewed and revised draft letter to Court seeking sanctions for non-compliance w/ Court Orders.      | 0.50<br>300.00/hr | 150.00  |
|            | MK  | ██████████████████████████████████                                                                    | ███               | ███     |
|            | MKD | █████████████                                                                                         | ███               | ███     |
|            | MKD | Reviewed/drafted/finalized discovery letter to Judge Ho re failure to comply with order/sanctions.    | 2.10<br>270.00/hr | 567.00  |

The Hartford                                                                                     Page     4

|            |     |                                                                                              | Hrs/Rate        | Amount   |
|------------|-----|----------------------------------------------------------------------------------------------|-----------------|----------|
| 4/22/2024  | MKD | Legal research re discovery non-compliance and sanctions issues for letter submission to Judge Ho. | 0.80 270.00/hr  | 216.00   |
| 4/23/2024  | MK  | [redacted].                                                                                  | [redacted]      | [redacted] |
|            | MKD | [redacted]                                                                                   | [redacted]/hr   | [redacted] |
|            | MKD | [redacted]                                                                                   | [redacted]      | [redacted] |
| 4/25/2024  | MKD | Drafted motion for sanctions per Court Order.                                                | 4.10 270.00/hr  | 1,107.00 |
|            | MKD | Legal research re sanctions issues.                                                          | 1.70 270.00/hr  | 459.00   |
| 4/26/2024  | MKD | Drafted memo of law in support of sanctions motion.                                          | 2.40 270.00/hr  | 648.00   |
| 4/28/2024  | MK  | Reviewed and revised draft motion for sanctions.                                             | 0.80 300.00/hr  | 240.00   |
|            | MKD | [redacted].                                                                                  | [redacted]      | [redacted] |
| 4/29/2024  | MKD | Drafted/revised memorandum of law.                                                           | 2.30 270.00/hr  | 621.00   |
|            | MKD | [redacted].                                                                                  | [redacted]      | [redacted] |
|            | MKD | [redacted]                                                                                   | [redacted]      | [redacted] |
|            | MKD | [redacted]                                                                                   | [redacted]      | [redacted] |
|            | MKD | [redacted]                                                                                   | [redacted]      | [redacted] |
|            | MKD | Prepared draft Komar Declaration in support of sanctions motion and preparation of exhibits to same. | 2.30 270.00/hr  | 621.00   |
|            | MK  | [redacted]                                                                                   | [redacted]      | [redacted] |
|            | MK  | [redacted].                                                                                  | [redacted]      | [redacted] |

The Hartford                                                                                          Page     5

|            |    | Hrs/Rate | Amount |
|------------|----|----------|--------|
| 4/29/2024 MK | ■■■■■■■■■■■■■■■■■■■■■■■■ | ■■ | ■■ |

For professional services rendered                                                    ■     ■■

Additional Charges :

4/1/2024  Gotham Process fee for service of subpoena upon A. Zahi to produce documents.          ■■

Gotham Process fee for service of subpoena upon Eastern Public, LLC to testify at a deposition.   ■■

Total additional charges                                                                          ■■

Total amount of this bill                                                                         ■■