| 5/8/2024 | Menz Bonner Komar & Koenigsberg LLP | |
|---|---|---|
| 3:34 PM | Slip Listing | Page 1 |

### Selection Criteria

Slip.Transaction Date  5/1/2024 - 5/8/2024
Clie.Selection         Include: HART.QUHSHI
Slip.Classification    Open

Rate Info - identifies rate source and level

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Matter | Units / DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 172637<br>5/6/2024<br>WIP<br>TIME<br>Drafted/revised memorandum of law in support of sanctions motion to incorporate reference to 4/29/24 Order. | Melissa K. Driscoll<br>Draft/Revise<br>HART.QUHSHI<br>Written Motions and Su | 1.80<br>0.00 | 270.00<br>T | 486.00 |
| 172638<br>5/6/2024<br>WIP<br>TIME<br>[redacted] | Melissa K. Driscoll<br>[redacted]<br>HART.QUHSHI<br>Written Motions and Su | [redacted]<br>0.00 | [redacted]<br>T | [redacted] |
| 172639<br>5/6/2024<br>WIP<br>TIME<br>[redacted] | Melissa K. Driscoll<br>[redacted]<br>HART.QUHSHI<br>Written Motions and Su | [redacted]<br>0.00 | [redacted]<br>T | [redacted] |
| 172640<br>5/6/2024<br>WIP<br>TIME<br>[redacted] | Melissa K. Driscoll<br>[redacted]<br>HART.QUHSHI<br>Written Motions and Su | [redacted]<br>0.00 | [redacted]<br>T | [redacted] |
| 172643<br>5/6/2024<br>WIP<br>TIME<br>Drafted/revised attorney declaration, including fees and recent order. | Melissa K. Driscoll<br>Draft/Revise<br>HART.QUHSHI<br>Written Motions and Su | 0.90<br>0.00 | 270.00<br>T | 243.00 |
| 172670<br>5/6/2024<br>WIP<br>TIME<br>[redacted] | Michael S. Komar<br>[redacted]<br>HART.QUHSHI<br>Analysis/Strategy | [redacted]<br>0.00 | [redacted]<br>T@2 | [redacted] |

| 5/8/2024 | Menz Bonner Komar & Koenigsberg LLP | |
|---|---|---|
| 3:34 PM | Slip Listing | Page 2 |

| Slip ID / Dates and Time / Posting Status / Description | Attorney / Activity / Client / Matter | Units / DNB Time | Rate / Rate Info / Bill Status | Slip Value |
|---|---|---|---|---|
| 172677  TIME<br>5/6/2024<br>WIP<br>[redacted] | Michael S. Komar<br>[redacted]<br>HART.QUHSHI<br>Written Motions and Su | [redacted]<br>0.00 | [redacted]<br>T@2 | [redacted] |
| 172691  TIME<br>5/7/2024<br>WIP<br>Reviewed and revised draft Komar Declaration and Notice of Motion in support of sanctions application. | Michael S. Komar<br>Draft/Revise<br>HART.QUHSHI<br>Discovery Motions | 0.50<br>0.00 | 300.00<br>T@2 | 150.00 |
| 172706  TIME<br>5/7/2024<br>WIP<br>Drafted/revised attorney declaration re new order and invoices. | Melissa K. Driscoll<br>Draft/Revise<br>HART.QUHSHI<br>Written Motions and Su | 0.50<br>0.00 | 270.00<br>T | 135.00 |
| 172707  TIME<br>5/7/2024<br>WIP<br>Reviewed invoices for expenses on each letter submission to compel and prepared same for attorney declaration. | Melissa K. Driscoll<br>Review/Analyze<br>HART.QUHSHI<br>Written Motions and Su | 2.10<br>0.00 | 270.00<br>T | 567.00 |
| 172717  TIME<br>5/7/2024<br>WIP<br>[redacted] | Michael S. Komar<br>[redacted]<br>HART.QUHSHI<br>Discovery Motions | [redacted]<br>0.00 | [redacted]<br>T@2 | [redacted] |
| 172740  TIME<br>5/8/2024<br>WIP<br>Drafted/revised memo, declaration per client comments and to include recent order. | Melissa K. Driscoll<br>Draft/Revise<br>HART.QUHSHI<br>Written Motions and Su | 2.70<br>0.00 | 270.00<br>T | 729.00 |

Grand Total

Billable  [redacted]  [redacted]
Unbillable
Total