UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI,<br><br>                        Plaintiff,<br><br>v.<br><br>THE HARTFORD UNDERWRITERS INSURANCE COMPANY,<br><br>                        Defendant. | 23-CV-7935 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

      An order issued April 10, 2024, set deadlines for fact and expert discovery and scheduled a case management conference following the close of fact discovery. *See* ECF No. 31. Orders issued April 23, 2024, April 29, 2024, and May 6, 2024, directed Plaintiff to produce supplemental discovery responses and certify to the Court that he had done so. *See* ECF Nos. 33, 35, 36. To date, Plaintiff has not complied with these orders. On May 9, 2024, Defendant filed a motion for sanctions. *See* ECF No. 37.

      It is hereby **ORDERED** that the deadlines in which to complete fact and expert discovery and the post-discovery case management conference are **ADJOURNED**, pending adjudication of Defendant's motion for sanctions and further order from the Court regarding next steps in this litigation. In accordance with the order issued April 29, 2024, Plaintiff shall file any opposition to the motion for sanctions by **May 24, 2024.** Defendant shall file any reply by **June 4, 2024.** If no opposition is filed by May 24, 2024, the motion will be deemed fully-briefed and adjudicated.

Dated: May 10, 2024
       New York, New York

                                                        DALE E. HO
                                                 United States District Judge