UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NAGI QUHSHI,                                    :   Case No.: 1:23-cv-7935
                                                :
                    Plaintiff,          :   **Affirmation in Opposition**
                                                :
            -against-                        :
                                                :
THE HARTFORD UNDERWRITERS                       :
INSURANCE COMPANY,                              :
                                                :
                    Defendant.         :
------------------------------------------------------------x

        Joseph A. Altman, Esq., an attorney duly licensed to practice law before this Court, and before the Courts of the State of New York, hereby affirms the following statements to be true under the penalties of perjury:

        1.    That I am a member of the law firm of Joseph A. Altman, P.C., attorneys for the Plaintiff, NAGI QUHSHI, and, as such, am fully familiar with the facts and circumstances herein.

        2.    That this Affirmation is respectfully submitted in opposition to the Defendant's motion for sanctions.

        3.    That annexed hereto as Exhibit A is a copy of the Plaintiff's response to Interrogatories, served on February 9, 2024.

        4.    That annexed hereto as Exhibit B is a copy of the Plaintiff's response to Defendant's document request, served on February 9, 2024. Documents were provided, as stated therein.

        5.    That annexed hereto as Exhibit C is a copy of the Plaintiff's response to Defendant's Request to Admit, served on February 9, 2024.

6. That annexed hereto as Exhibit D is a copy of the emails sent to the Defendant, containing further discovery replies and a link to a dropbox folder with documents.

7. That annexed hereto as Exhibit E is a copy of the email containing Plaintiff's W-2s and tax returns.

8. That annexed hereto as Exhibit F is a copy of the Plaintiff's supplemental response to Interrogatories, which was filed with the Court on April 10, 2024.

9. That annexed hereto as Exhibit G is a copy of the Plaintiff's supplemental response to Defendant's Document Requests.

10. That annexed hereto as Exhibit H is a copy of the Plaintiff's second supplemental response to Interrogatories.

11. That annexed hereto as Exhibit I is a copy of the Plaintiff's second supplemental response to Defendant's Document Requests, with some of the documents.

12. That annexed hereto as Exhibits J, K, and L are copies of the documents provided in the second supplemental to Defendant's Document Requests.

WHEREFORE, for all the foregoing reasons, the Defendants' Motion must be denied, along with such other and further relief as this Court deems just and proper.

Dated: Westchester, New York
       May 24, 2024

_____
JOSEPH A. ALTMAN, ESQ.

STATE OF NEW YORK, COUNTY OF                              SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
____certification    certify that the within
by Attorney        has been compared by me with the original and found to be a true and complete copy.
____Attorney's     state that I am
affirmation        the attorney(s) of record for                                in the within
                   action;   I have read the foregoing                          and know the contents thereof; the same is true
                   to my knowledge, except as to the matters therein
                   alleged to be on information and belief; and as to those matters I believe it to be true.
                   The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                _____
DATED:                                                                          The name signed must be printed beneath


STATE OF NEW YORK, COUNTY OF    Westchester                    SS:
I, the undersigned, being duly sworn, depose and say:
____individual      in the action; I have read the foregoing
verification
                   and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on
                   information and belief, and as to those matters I believe it to be true.


The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the    day of    February, 2024
                                                                                _____


STATE OF NEW YORK, COUNTY OF WESTCHESTER     ss:         ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On  5/24/24          I served the within **PLAINTIFF'S AFFIRMATION IN OPPOSITION TO MOTION** w/ Exhibits
____service          by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
by mail              custody of the U.S. Postal Service within the New York State addressed to

____Personal         by delivering a true copy of each personally to each person named below at the address indicated. I know
service on           each person served to be the person mentioned and described in said papers *as a party therein*.
an individual

_x__Service by       by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
electronic           ____E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
means                and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                     of the U.S. Postal Service within the New York State  to the address set forth after each name.

____Overnight        by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
Delivery             each name below.
Service                                  VIA ECF
                   **MENZ BONNER KOMAR & KOENIGSBERG LLP**
                   *Attorneys for Defendant*
                   *Hartford Underwriters Insurance Company*
                   800 Westchester Avenue, Suite 641-N
                   Rye Brook, New York 10573
                   Tel.: (914) 949-0222
                   (mkomar@mbkklaw.com)
                   (mdriscoll@mbkklaw.com)

                                                    _____
                                                          Joseph A. Altman Esq.

Affirm on the
24TH. day of MAY, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NAGI QUHSHI                                          CIVIL CASE NO:  23-cv-7935(jpo)

                                Plaintiffs,

        -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                                Defendants.
-----------------------------------------------------------------x

## PLAINTIFF'S AFFIRMATION IN OPPOSITION TO MOTION

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

---

TO:
                                             Service of a copy of the within
                                             is hereby admitted.

                                             Dated:
Attorney(s) for

---

PLEASE TAKE NOTICE:

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that an order                      of which the within is a true copy                    will be presented to the Hon.                     one of the judges of the within named Court, at on                at                M. |
| Dated:<br>Yours, etc.<br>Attorney for | Dated:<br>Yours, etc.<br>Attorney for |
| Joseph A. Altman, P.C.<br>654 North Terrace Avenue<br>Fleetwood, New York, 10552 | Joseph A. Altman, P.C.<br>654 North Terrace Avenue<br>Fleetwood, New York, 10552 |

## ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S AFFIRMATION IN OPPOSITION TO MOTION** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.