# Exhibit A

Ex "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

               Plaintiff,

-against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

               Defendant.

Civil Case No. 1:23-cv-7935

### PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF IS AS FOLLOWS:

### INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify all persons with knowledge or information concerning the allegations in the Complaint and state the subjects of their knowledge or information.

**RESPONSE TO INTERROGATORY NO. 1:**

Plaintiff, son (Omar), employees, Adjuster, Brian Evans, for Eastern Public

**INTERROGATORY NO. 2:**

Identify all persons with knowledge or information concerning the specific items of property you allege were damaged by or as a result of the Event, inventories of all damaged and undamaged property, the precise location of each item of property that you allege was damaged at the time that the property was damaged by or as a result of the Event, the costs incurred to

Acquire any property before it was allegedly damaged by or as a result of the Event, and proof of ownership of each item of property you allege was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff, son (Omar), employees, Adjuster (Brian Edwards/Eastern Public), ZAHI

**INTERROGATORY NO. 3:**

Identify all persons with knowledge or information concerning how, when, or where the Event occurred.

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiff, son (Omar), Brian Edwards for Eastern Public/ Adjuster, ZAHI

**INTERROGATORY NO. 4:**

Identify all persons with knowledge or information supporting your assertion that each item of property you allege was damaged was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 4:**

Plaintiff, son (Omar), Brian Edwards for Eastern Public/ Adjuster, ZAHI

**INTERROGATORY NO. 5:**

Identify all persons with knowledge or information concerning any and all reasonable steps you or any other person took to protect from further damage the property you allege was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 5:**

Plaintiff could not take action due to Vacate Order

**INTERROGATORY NO. 6**:

Identify all persons with knowledge or information concerning the replacement cost of all property you allege was damaged by or as a result of the Event, including, but not limited to, any property appraisals.

**RESPONSE TO INTERROGATORY NO. 6**:

Plaintiff, Adjuster, Mr. Brian Edwards, Eastern Public

**INTERROGATORY NO. 7**:

Identify all persons with knowledge or information concerning all amounts incurred to replace property you allege was damaged by or as a result of the Event, for which you seek coverage from Hartford in this action, including but not limited to invoices, itemized receipts, canceled checks, and any other proof of payment.

**RESPONSE TO INTERROGATORY NO. 7**:

Plaintiff, Adjuster, Mr. Brian Edwards/Eastern Public

**INTERROGATORY NO. 8**:

Identify all persons with knowledge or information concerning any amounts you have already obtained from any source as payment for the value of the property you alleged was damaged by or as the result of the Event.

**RESPONSE TO INTERROGATORY NO. 8**:

No Money has been received

**INTERROGATORY NO. 9**:

Identify all persons employed by or acting on behalf of Eastern that have knowledge or information concerning the Event and/or the property you alleged was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 9:**

Adjuster, Mr. Brian Edwards/Eastern Public

**INTERROGATORY NO. 10:**

Identify all persons with knowledge or information concerning the relationship between Plaintiff and any of the following: City Plus Wholesale Corp., City Plus Cash and Carry, Corp., Zahi, City Plus Zahi, Zahi Wholesale Corp. and Omar Quhshi.

**RESPONSE TO INTERROGATORY NO. 10:**

Plaintiff, Omar

**INTERROGATORY NO. 11:**

Identify all persons with knowledge or information concerning the entity or individual who paid for or purchased the items and/or goods for which Plaintiff now seeks recovery by way of this lawsuit.

**RESPONSE TO INTERROGATORY NO. 11:**

Plaintiff, ZAHI

**INTERROGATORY NO. 12:**

Identify all persons with knowledge or information concerning the cause of the loss/damage referenced in paragraph 6 of the Complaint in this lawsuit.

**RESPONSE TO INTERROGATORY NO. 12:**

Plaintiff, ZAHI, Landlord (name unknown)

**INTERROGATORY NO. 13:**

Identify each person you expect to call as a witness at trial of this action, and for each witness identify the subject matter and substance of the facts on which each person is expected to testify.

**RESPONSE TO INTERROGATORY NO. 13**:

Plaintiff, Adjuster Brian Edwards– prima facie case as to cause of loss and damages, Fire Dept., name of witness, to be produce by NYCFD is unknown

**INTERROGATORY NO. 14**:

Identify persons with knowledge or information, relevant to how you calculated each and every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 14**:

Plaintiff, Adjuster, Brian Edwards

**INTERROGATORY NO. 15**:

Identify all persons with knowledge or information about the documents and records maintained by Plaintiff, City Plus Wholesale Corp., City Plus Cash and Carry, Corp., Zahi, City Plus Zahi, Zahi Wholesale Corp. and/or Omar Quhshi concerning the purchase and sale of property and inventory kept at the Premises between January 1, 2022 and present, including without limitation, inventory lists, invoices, purchase orders, sales receipts, contracts, delivery receipts, bills of lading, shipping statements, waybills, packing lists, proofs of delivery, carrier manifests and certificates of origin.

**RESPONSE TO INTERROGATORY NO. 15**:

Plaintiff, Adjuster, Brian Edwards.

**INTERROGATORY NO. 16**:

Set forth the computation of each and every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 16**:

List of damages same as #2 document request, and was provided via the subpoena on Eastern Public.

**INTERROGATORY NO. 17**:

Identify and describe all documents supporting the facts alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 17**:

All documents already provided, see Defendant's document demand and the plaintiff's response, which incorporates the response to the subpoena on Eastern Public.

**INTERROGATORY NO. 18**:

Identify and describe all documents supporting each and every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 18**:

All documents already provided, as per the Defendant's Demands, see #17 above, a duplicative demand.

**INTERROGATORY NO. 19**

Identify the location and/or custodian of all documents identified in response to the above Interrogatories.

**RESPONSE TO INTERROGATORY NO. 19**:

Plaintiff, Adjuster/ Brian Edwards/Eastern Public.

**INTERROGATORY NO. 20**:

Identify all documents and physical evidence that you intend to rely on in support of your claims against Hartford.

**RESPONSE TO INTERROGATORY NO. 20**:

All documents already provided, as per the Defendant's Demands and the plaintiff's responses to the document demand.

8

Dated: Westchester, New York
February 9, 2024

                                                Joseph A. Altman, P.C.

*/s/ Joseph A. Altman*

By: _____
JOSEPH A. ALTMAN, ESQ.
Attorneys for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

8

VERIFICATION

√nagi Quhshi, being duly sworn, deposes and says:

I am the plaintiff I have read the foregoing answer and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_____
Sign Name

x nagi Quhshi
Print Name

Sworn to before me this
9 day of Febry 2024.

_____
Notary Public
JOSEPH A. ALTMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires 07-31-2026

4

STATE OF NEW YORK, COUNTY OF                                    SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
___ certification    certify that the within
by Attorney         has been compared by me with the original and found to be a true and complete copy.
___ Attorney's      state that I am
affirmation         the attorney(s) of record for                                                    in the within
                    action;    I have read the foregoing                                             and know the contents thereof; the same is true
                    to my knowledge, except as to the matters therein
                    alleged to be on information and belief; and as to those matters I believe it to be true.
                    The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                        _____
DATED:                                                                                  The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF    Westchester                      SS:
I, the undersigned, being duly sworn, depose and say:
X ___individual     in the action; I have read the foregoing **RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS**
verification        **INSURANCE COMPANY'S REQUESTS FOR INTERROGATORIES**
                    and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on
                    information and belief, and as to those matters I believe it to be true.


The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the    day of    February, 2024          _____
                                                                NAGI QUHSHI


STATE OF NEW YORK, COUNTY OF WESTCHESTER        ss:         ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at                    -

The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On 2/ 9 /24    I served the within **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD**
**UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO**
**PLAINTIFF**
___service          by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
by mail             custody of the U.S. Postal Service within the New York State addressed to

___Personal         by delivering a true copy of each personally to each person named below at the address indicated. I know
service on          each person served to be the person mentioned and described in said papers *as a party therein.*
an individual
x ___Service by     by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
electronic          ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
means               and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                    of the U.S. Postal Service within the New York State to the address set forth after each name.
___Overnight        by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
Delivery            each name below.
Service

MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

                                                            _____
                                                            Joseph A. Altman Esq.

Affirm on the
9th. day of February, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
NAGI QUHSHI                                    CIVIL CASE NO: 23-cv-7935(jpo)
                        Plaintiffs,

        -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                        Defendants.
-----------------------------------------------------------------x

## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

Service of a copy of the within
is hereby admitted.

TO:
                                        Dated:
Attorney(s) for

PLEASE TAKE NOTICE:

NOTICE OF ENTRY                                NOTICE OF SETTLEMENT
that the within is a (certified) true copy of a    that an order                  of which the within
duly entered in the office of the clerk of the     is a true copy          will be presented to the
within named court on                              Hon.                    one of the judges of the
                                                   within named Court, at
                                                   on            at           M.
Dated:                                          Dated:
    Yours, etc.                                     Yours, etc.
    Attorney for                                    Attorney for

Joseph A. Altman, P.C.                          Joseph A. Altman, P.C.
654 North Terrace Avenue                        654 North Terrace Avenue
Fleetwood, New York, 10552                      Fleetwood, New York, 10552

ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.