Exhibit B

Ex "B"

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAGI QUHSHI,

                        Plaintiff,

-against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                       Defendant.

Civil Case No. 1:23-cv-7935

### PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS IS AS FOLLOWS:

All Responses, except as otherwise indicted, are annexed as Exhibits "1" → "35", which correspond to the Defendant's Demands, with the documents provided by the adjusted, pursuant to the subpoena seved on Eastern Public.

### REQUESTS FOR PRODUCTION OF DOCUMENTS

1. See # 2→4 below, as #1 is duplicative of # 2, 3, and 4

2. Adjuster has provided this set of documents

3. Adjuster has provided this set of documents

4. Annexed

5. Annexed

6. Annexed – water destroyed documents which are no longer available, wherein some payments were made in cash.

7. Annexed

8. Annexed

9. Annexed

10. Stock Certificate

11. Plaintiff's son

12. Stock Certificate

13. 10, 12, 13 are dublicative

14. None as to others – Zahi is an Employee W-2

15. Adjuster has provide this set of documents, see subpoena.

16. 15/16 are duplicative – roof collapsed, See Fire Marshall's Report.

17. Roof collapsed, See Fire Marshall's Report

18. Vacate Order, too dangerous to go back to site of event.

19. Provided in response to the subpoena responded to by the adjuster.

20. Provided in response to the subpoena responded to by the adjuster.

21. None, no payments made

22. Adjuster provided via Subpoena

23. Adjuster provided via Subpoena

24. Adjuster provided via Subpoena

25. Adjuster provided via Subpoena

26. Adjuster provided via Subpoena

27. Same as 25/26, which are duplicative.

28. Adjuster provided via subpoena

29. Fire Marshal, see the Fire Marshal's report.

30. Lease

31. Shelving Hi/Lo, see Adjuster's response to subpoena

32. Vacate order provided, all documents relating to same are not in the plaintiff's possession, and if available are a public record

33. Plaintiff's tax return is not material and or relevant, as plaintiff already responded that the

subject losses are not on the return.

34. See annexed

35. Too broad to respond, as a demand has to be detailed and specific not vague and indefinite.

Dated: Westchester, New York
February 9, 2024

                                            Joseph A. Altman, P.C.

By: _____
JOSEPH A. ALTMAN, ESQ.
Attorneys for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

STATE OF NEW YORK, COUNTY OF                                                         SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
___certification      certify that the within
   by Attorney       has been compared by me with the original and found to be a true and complete copy.
___Attorney's        state that I am
   affirmation       the attorney(s) of record for                                              in the within
                     action;    I have read the foregoing                                       and know the contents thereof; the same is true
                     to my knowledge, except as to the matters therein
                     alleged to be on information and belief; and as to those matters I believe it to be true.
                     The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.
                                                                                     _____
                                                                                     The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF    Westchester                       SS:
I, the undersigned, being duly sworn, depose and say:
X  _Individual       In the action; I have read the foregoing RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS
    verification     INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS
                     and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on
                     information and belief, and as to those matters I believe it to be true.


The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the    day of   February, 2024        _____
                                                            NAGI QUHSHI

STATE OF NEW YORK, COUNTY OF WESTCHESTER        ss:        ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say;  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On 2/ 9/24      I served the within PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD
UNDERWRITERS INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF
DOCUMENTS
___service        by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
   by mail       custody of the U.S. Postal Service within the New York State addressed to

___Personal       by delivering a true copy of each personally to each person named below at the address indicated.  I know
   service on    each person served to be the person mentioned and described in said papers as a party therein.
   an individual
 x_Service by    by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below
   electronic    ___E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
   means         and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                 of the U.S. Postal Service within the New York State to the address set forth after each name.
___Overnight      by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
   Delivery     each name below.
   Service

MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

                                                            _____
                                                            Joseph A. Altman Esq.

Affirm on the
9th day of February, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

NAGI QUHSHI                                       CIVIL CASE NO: 23-cv-7935(jpo)

                Plaintiffs,

    -against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                Defendants.
----------------------------------------------------------------x

### PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS

Joseph A. Altman, P.C.

Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

---

TO:

Attorney(s) for

Service of a copy of the within is hereby admitted.

Dated:

---

PLEASE TAKE NOTICE:

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that an order     of which the within is a true copy     will be presented to the Hon.     one of the judges of the within named Court, at on     at     M. |
| Dated: Yours, etc. Attorney for | Dated: Yours, etc. Attorney for |
| Joseph A. Altman, P.C. 654 North Terrace Avenue Fleetwood, New York, 10552 | Joseph A. Altman, P.C. 654 North Terrace Avenue Fleetwood, New York, 10552 |

### ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.