Exhibit C

Ex "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NAGI QUHSHI,

                Plaintiff,

-against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                Defendant.

Civil Case No. 1:23-cv-7935

---

### PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT IS AS FOLLOWS:

**REQUEST TO ADMIT NO. 1**

    Admit that a true and correct copy of the Hartford Policy is attached hereto as **Exhibit A**.

**RESPONSE TO REQUEST TO ADMIT NO. 1**
*ADMIT*

**REQUEST TO ADMIT NO. 2**

    Admit that Hartford issued the Hartford Policy to the named insured, Nagi Quhshi.

**RESPONSE TO REQUEST TO ADMIT NO. 2**
*ADMIT*

**REQUEST TO ADMIT NO. 3**

    Admit that City Plus Wholesale Corp. is not an insured under the Hartford Policy.

**RESPONSE TO REQUEST TO ADMIT NO. 3**
*DENY*

**REQUEST TO ADMIT NO. 4**

    Admit that City Plus Cash and Carry, Corp. is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 4
*DENY*


### REQUEST TO ADMIT NO. 5

Admit that Omar Quhshi is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 5
*ADMIT*


### REQUEST TO ADMIT NO. 6

Admit that Zahi City Wholesale is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 6
*ADMIT*


### REQUEST TO ADMIT NO. 7

Admit that Zahi City Wholesale Corp. is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 7
*ADMIT*


### REQUEST TO ADMIT NO. 8

Admit that City Plus Zahi is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 8
*ADMIT*


### REQUEST TO ADMIT NO. 9

Admit that Zahi is not an insured under the Hartford Policy.

### RESPONSE TO REQUEST TO ADMIT NO. 9
*ADMIT*

### REQUEST TO ADMIT NO. 10

Admit that the Premises was added as a scheduled premises under the Hartford Policy on or about January 8, 2022.

### RESPONSE TO REQUEST TO ADMIT NO. 10
*ADMIT*

### REQUEST TO ADMIT NO. 11

Admit that 1180 Randall LLC owned the Premises at the time of the Event.

### RESPONSE TO REQUEST TO ADMIT NO. 11
*DENY*

### REQUEST TO ADMIT NO. 12

Admit that Plaintiff did not own the Premises at the time of the Event.

### RESPONSE TO REQUEST TO ADMIT NO. 12
*ADMIT*

### REQUEST TO ADMIT NO. 13

Admit that Plaintiff did not rent the Premises or space on the Premises at the time of the Event.

### RESPONSE TO REQUEST TO ADMIT NO. 13
*DENY*

### REQUEST TO ADMIT NO. 14

Admit that the Lease for the Premises at the time of the Event is not between Plaintiff and the landlord of the Premises.

### RESPONSE TO REQUEST TO ADMIT NO. 14
*DENY*

**REQUEST TO ADMIT NO. 15**

Admit that prior to the Event, Plaintiff never incurred costs related to the Premises' fixtures, alterations, installations, or additions that cannot legally be removed from the Premises.

**RESPONSE TO REQUEST TO ADMIT NO. 15**

*DENY*

**REQUEST TO ADMIT NO. 16**

Admit that Plaintiff did not own the property that Plaintiff alleges was damaged by or as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 16**
*DENY*

**REQUEST TO ADMIT NO. 17**

Admit that Plaintiff did not pay for or purchase the property that Plaintiff alleges was damaged by or as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 17**
*DENY*

**REQUEST TO ADMIT NO. 18**

Admit that Plaintiff never purchased items and/or goods intended to replace property that Plaintiff alleges was damaged by or as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 18**
*DENY*

**REQUEST TO ADMIT NO. 19**

Admit that Plaintiff retained Eastern Public to act on Plaintiff's behalf with respect to Plaintiff's claim for damages sustained to the Premises as a result of the Event.

**RESPONSE TO REQUEST TO ADMIT NO. 19**
*ADMIT*

**REQUEST TO ADMIT NO. 20**

Admit that a true and correct copy of the Property Report for Nagi Quhshi dated December 20, 2022 (the "Property Report"), prepared by Eastern Public for Plaintiff, is attached hereto as **Exhibit B** (bates stamped PROPERTY REPORT 001-064).

**RESPONSE TO REQUEST TO ADMIT NO. 20**
*DENY – need copy of Report, please send.*

**REQUEST TO ADMIT NO. 21**

Admit that the Property Report is the only document that Plaintiff provided to Hartford setting forth and containing information reflecting any amounts incurred to replace the property that Plaintiff alleges was damaged by or as a result of the Event and for which Plaintiff seeks recovery from Hartford in this action.

**RESPONSE TO REQUEST TO ADMIT NO. 21**
*DENY – see adjuster's report provided, sent by adjuster, in response to subpoena on Eastern Public.*

**REQUEST TO ADMIT NO. 22**

Admit that pages 002-003 of the Property Report set forth all amounts incurred to replace the property Plaintiff alleges was damaged by or as a result of the Event and for which Plaintiff seeks recovery from Hartford in this action.

**RESPONSE TO REQUEST TO ADMIT NO. 22**
*DENY – see adjuster's report provided, sent by adjuster, in response to subpoena on Eastern Public.*

**REQUEST TO ADMIT NO. 23**

Admit that pages 004-064 of the Property Report do not identify Plaintiff Nagi Quhshi as

either the purchaser or the individual or entity to which the invoices are billed.

## RESPONSE TO REQUEST TO ADMIT NO. 23
*DENY – see adjuster's report, sent in response to subpoena to Eastern Public.*

## REQUEST TO ADMIT NO. 24

Admit that pages 004-064 of the Property Report contain all documents reflecting any amounts incurred to replace the property that Plaintiff alleges was damaged by or as a result of the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 24
*DENY – see adjuster's report provided in response to subpoena to Eastern Public.*

## REQUEST TO ADMIT NO. 25

Admit that the image files and video recording files produced by Plaintiff in this action on October 18, 2023 in connection with Plaintiff's Rule 26 Disclosures constitute all the photographs, video recordings, and any other visual representations or audio recordings depicting the Event or the property that Plaintiff alleges was damaged by or as a result of the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 25
*ADMIT – with additional photos to be turned over when and if located.*

## REQUEST TO ADMIT NO. 26

Admit that a Vacate Order was issued for the Premises on July 18, 2022.

## RESPONSE TO REQUEST TO ADMIT NO. 26
*ADMIT*

## REQUEST TO ADMIT NO. 27

Admit that You did not list or seek or identify any deductions on your tax returns for the tax year 2022 with respect to any casualty loss associated with the Event.

## RESPONSE TO REQUEST TO ADMIT NO. 27
*ADMIT*

Dated: Westchester, New York
February 9 , 2024

Joseph A. Altman, P.C.

By: *Joseph A. Altman*
JOSEPH A. ALTMAN, ESQ.
Attorneys for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

STATE OF NEW YORK,
                ss)
COUNTY OF WESTCHESTER

**X** *INDIVIDUAL VERIFICATION*

I, the undersigned, being duly sworn, depose and say:
**I, Nagi Quhshi am the Plaintiff** in this action;
I have read the foregoing **RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT** and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on information and belief, and as to those matters I believe it to be true.
Sworn to before me
on the 9th .day of February , 2024      see next page.

_____
**Nagi Quhshi**

VERIFICATION

Nagi Quhshi, being duly sworn, deposes and says:

I am the Plaintiff. I have read the foregoing Notice to Admit and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

X _____
Sign Name

Nagi Quhshi
Print Name

Sworn to before me this
9th day of Feb, 2024.

_____
Notary Public

JOSEPH A. ALTMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires 07-31-2026

4

STATE OF NEW YORK, COUNTY OF            SS:

I, the undersigned, an attorney admitted to practice in the courts of New York State,

___ certification by Attorney    certify that the within

has been compared by me with the original and found to be a true and complete copy.

___ Attorney's affirmation    state that I am the attorney(s) of record for           in the within

action;    I have read the foregoing            and know the contents thereof; the same is true

to my knowledge, except as to the matters therein

alleged to be on information and belief; and as to those matters I believe it to be true.

The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

I affirm that the foregoing statements are true, under the penalties of perjury.

_____

The name signed must be printed beneath

DATED:

STATE OF NEW YORK, COUNTY OF           SS:

I, the undersigned, being duly sworn, depose and say:

X ___ individual verification    in the action; I have read the foregoing

      and know the contents thereof; the same is true to my own

knowledge, except as to the matters therein stated to be alleged on information and belief,

and as to those matters I believe it to be true.

___ corporation verification    the         of

a         corporation and a party in the within action; I have

read the foregoing           and know the contents thereof; the same is true to my knowledge,

except as to the matters therein stated to be alleged upon information and belief; and as to those matters I believe it to be true. This

verification is made by me because the above party is a corporation and I am an officer thereof.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:

Sworn to before me on the    day of

STATE OF NEW YORK, COUNTY OF WESTCHESTER      ss:      ( if more than one box is checked - indicate after names type of service used)

I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law in the Courts of the State of New York, affirms,

under the penalty of perjury that:

On 2/9/24    I served the within **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT**

___ service by mail    by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State addressed to

___ Personal service on an individual    by delivering a true copy of each personally to each person named below at the address indicated. I know each person served to be the person mentioned and described in said papers *as a party therein.*

_x_ Service by electronic means    by transmitting a copy to the following persons by ___ FAX at the telephone number set forth after each name below ___ E-Mail address set forth after each name below, which was designated by the attorney for such purpose, and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the New York State to the address set forth after each name.

___ Overnight Delivery Service    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after each name below.

MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*                800
Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

*/s/ Joseph A. Altman*

Joseph A. Altman Esq.

Affirm on the
9th day of February, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

NAGI QUHSHI                                                    CIVIL CASE NO: <u>23-cv-7935(jpo)</u>

                  Plaintiffs,

   -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                  Defendants.
-----------------------------------------------------------------x

## PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

Service of a copy of the within
is hereby admitted.

TO:

Dated:

Attorney(s) for

PLEASE TAKE NOTICE:

NOTICE OF ENTRY
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the
within named court on

Dated:
   Yours, etc.
   Attorney for

   Joseph A. Altman, P.C.
   654 North Terrace Avenue
   Fleetwood, New York, 10552

NOTICE OF SETTLEMENT
that an order                of which the within
is a true copy          will be presented to the
Hon.                       one of the judges of the
within named Court, at
on                   at                        M.

Dated:
   Yours, etc.
   Attorney for

   Joseph A. Altman, P.C.
   654 North Terrace Avenue
   Fleetwood, New York, 10552

## ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS TO ADMIT** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.