Exhibit D

| | |
|---|---|
| **From:** | Joseph Altman Esq. |
| **To:** | Michael Komar; Melissa Driscoll |
| **Subject:** | Fw: Quhshi v Hartford, discovery |
| **Date:** | Friday, March 8, 2024 9:56:23 PM |
| **Attachments:** | 531 Tiffany-PP Claim-20221221.pdf |

**[EXTERNAL]**

Dear Counsellors:

Please see email below, which responds to your missing document request. I added my client's response, which are inside the parentheses ( ) to follow the insurance company's response to items 1-6; kindly ignore the reference to any exhibit markers; please contact me with any questions, thank you. Also, the reference to Brian Edwards should be to Brian Evans and Tori Kelly was the primary adjuster on the file, who is then another witness who can testify the loss.

**LAW OFFICES of JOSEPH A. ALTMAN P.C.**
**654 North Terrace Avenue**
**Fleetwood, New York 10552**
**phone: 718-328-0422 / fax: 718-378-4898**
**cell: 917-509-5454**
Service of papers will not be accepted via fax and/or e- mail.

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN\***
**\*member NY & NJ Bar**

Thank you.

Very truly yours,

*Joseph A. Altman*

Joseph A. Altman, Esq.

Confidential Notice: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

----- Forwarded Message -----
**From:** Tori Kelly <tori@easternpublic.com>
**To:** Joseph Altman <altmanesc@aol.com>
**Cc:** Brian  Evans  <brian@easternpublic.com>;  "cityplusswholesale@gmail.com"  <cityplusswholesale@gmail.com>
**Sent:** Wednesday, March 6, 2024 at 12:45:51 PM EST
**Subject:** Re: Quhshi v Hartford, discovery

To specifically address the numbered requests on the list you provided:

1. we were not provided this documentation so it is not in the file; tax returns for corp.(City Plus, 2023/22 are being sent by a separate email, and as well as the 2023 personal returns, as to 2022, same have not been located, and once located same will be sent).
2. name/address you should already have; (Ali Zahi Allahabi, 1888 Holland Avenue, apt 2B, Bronx NY 10462)
3. son's name/address - we were not made privy to(Omar Quhshi, 119 W. 116th. Street, Apt 2A, NY NY 10026)
4. Brian Evans is the correct name spelling
5. photos can help support water damage occurrence [link] found in  D. GENERAL > PICTURES
6. inventory purchase orders/invoice/receipts [link] found in  B. PERSONAL PROPERTY > BUSINESS PERSONAL PROPERTY > 531 Tiffany-Invoices-2022-updated 20221208

Hopefully this helps.

photo

**Tori Kelly, P.A.**
**Adjuster, Eastern Public, LLC**

697 Third Avenue, Ste 406, New York, NY 10017
(929) 999-4674
(929) 990-7599
EasternPublic.com

This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.



Hello Joseph,

Some of the documentation listed in that letter, we have previously shared with you and the insured. I'm not certain if it was missed or unable to be accessed, but I will refresh the shared files here. I hope you are able to access them through DropBox (and identical files through Google Drive) links below. If you are still having any difficulties, please let us know and we can try to provide an alternative method of getting the files to you.

Dropbox link - https://www.dropbox.com/scl/fo/gl0w05o9miumnbp81tidb/h?rlkey=n1o8alscvexap5mamlsz3sjuy&dl=0
Google Drive link - https://drive.google.com/drive/folders/1pd9ooBxdVX_Nu0-4KzqQqfZ8wu7fPz3p?usp=sharing

Best regards,

photo

**Tori Kelly, P.A.**
**Adjuster, Eastern Public, LLC**
697 Third Avenue, Ste 405, New York, NY 10017
(929) 999-4674
(929) 990-7599
EasternPublic.com

This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.



On Wed, Mar 6, 2024 at 9:53 AM Joseph Altman <altmanesq@aol.com> wrote:
> The documents on the letter are what is missing. If you have any, please and send me the missing docs you have.
> Thank you.
> Sent from my iPhone

>> On Mar 6, 2024, at 8:28 AM, Brian Evans <brian@easternpublic.com> wrote:

>> Dear Mr. Altman,

>> Your letter lists my name as "Brian Edwards", note that my name is "Brian EVANS". Also, Tori Kelly, copied here, was the primary adjuster on this file for Eastern Public. Otherwise, I do not see any documents request annexed to your letter that we have or that has not already been provided.

>> Please let me know if anything else is needed. Thank you.

photo

**Brian C. Evans, P.A., C.P.A.U.**
**CEO, Eastern Public, LLC**
697 Third Avenue, Ste 405, New York, NY 10017
(929) 999-4674
(929) 732-4524
EasternPublic.com

This transmission and the information it contains, including any attachments, is intended solely for the named addressee(s). It is confidential and may contain legally privileged information. The unauthorized use, disclosure or copying of this transmission is strictly prohibited. Please notify us by telephone or return email if this has been sent to you in error.

| From: | Joseph Altman Esq. |
|---|---|
| To: | Michael Komar; Melissa Driscoll |
| Subject: | Quhshi v Hartford |
| Date: | Friday, March 8, 2024 10:32:15 PM |
| Attachments: | 20240308230025957.pdf |

[EXTERNAL]

Dear Counsellors: Annexed please find the 2023/2022 tax returns for City Plus and the 2022 personal return for the plaintiff; kindly review and contact me with any questions, thank you.

### LAW OFFICES of JOSEPH A. ALTMAN P.C.
**654 North Terrace Avenue**
**Fleetwood, New York 10552**
**phone: 718-328-0422 / fax: 718-378-4898**
**cell: 917-509-5454**
Service of papers will not be accepted via fax and/or e- mail.

**FREDERICK P. ALTMAN (1928-1997)**
**JOSEPH A. ALTMAN***
**\*member NY & NJ Bar**

Thank you.

Very truly yours,

Joseph A. Altman, Esq.

Confidential Notice: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

----- Forwarded Message -----
**From:** "fax@altmanlaw.org" <fax@altmanlaw.org>
**To:** Joseph <altmanesq@aol.com>
**Sent:** Friday, March 8, 2024 at 10:26:17 PM EST
**Subject:** Message from "RNP583879265DCE"

This E-mail was sent from "RNP583879265DCE" (IM C4500).

Scan Date: 03.08.2024 23:00:25 (-0500)
Queries to: fax@altmanlaw.org