# Exhibit E

| | |
|---|---|
| From: | Joseph Altman |
| To: | Michael Komar; Melissa Driscoll |
| Subject: | Quhshi v Hartford |
| Date: | Sunday, March 10, 2024 6:10:31 PM |
| Attachments: | 20240310183917496.pdf |

[EXTERNAL]

Dear Counsellors: Annexed please find my client's W2, with the names and addresses of its employees and the 2022 ind and corp tax return. Please advise if anything else is needed. Thank you.

Sent from my iPhone