Exhibit F

Law Offices of
# Joseph A. Altman, P.C.

| | |
|---|---|
| 654 North Terrace Avenue | Phone: (718) DA8-0422 |
| Fleetwood, New York 10552 | Fax: (718) 378-4898    E-mail:AltmanEsq@aol.com |
| | *Service of papers will not be accepted via fax and/or e-mail.* |

FREDERICK P. ALTMAN (1928-1997)
JOSEPH A. ALTMAN*

*MEMBER NEW YORK, NEW JERSEY & FLORIDA BAR

April 10, 2024

Honorable Dale E. Ho, UUDJ
United States District Court
Southern District of New York
40 Foley Square, Courtroom 905
New York, New York 10007

RE:   Quhshi v. Hartford Underwriters Insurance Company
      Case No.: 1:23-cv-7935-DEH

Dear Judge Ho:

In furtherance of today's 2:00 PM telephone conference, annexed is **the Plaintiff's Supplemental Response to the Defendant Hartford Underwriters Insurance Company's First Set of Interrogatories**, which was to have been emailed to the Defendant's attorney, but was not emailed until April 8, 2024.

Respectfully submitted,

Very truly yours,

Joseph A. Altman P.C.

*/s/ Joseph A. Altman/*

BY:   Joseph A. Altman, Esq.

Cc:   MENZ BONNER KOMAR & KOENIGSBERG LLP
      800 Westchester Avenue, Suite 641-N
      Rye Brook, New York 10573
      Tel.: (914) 949-0222
      (mkomar@mbkklaw.com)
      (mdriscoll@mbkklaw.com)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAGI QUHSHI, <br><br> Plaintiff, <br><br> -against- <br><br> THE HARTFORD UNDERWRITERS INSURANCE COMPANY, <br><br> Defendant. | Civil Case No. 1:23-cv-7935 |

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF IS AS FOLLOWS:**

**INTERROGATORIES**

AS TO ALL RESPONSES which identify Brian Evans, Tori Kelly P.A., both of Eastern Public, are added to INTERROGATORIES # 2,3, 4, 6, 7, 9, 13, 14, 15 and 19.

INTERROGATORY # 16 – Damages computation is supplemented by the Exhibits annexed to the Supplemental Responses to the Document Demand as Exhibit "A" and Exhibit "B", which, in any event, have been previously provided.

INTERROGATORIES # 17, 18, and 20 and are supplemented by the exhibits annexed to the Supplemental Responses to the Document Demand, which, in any event, have been previously provided.

Dated: Westchester, New York
    April 4, 2024

Joseph A. Altman, P.C.

By: _____
JOSEPH A. ALTMAN, ESQ.
Attorneys for Plaintiff
654 North Terrace Avenue
Fleetwood, New York, 10552
(718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

VERIFICATION

nagi Quhshi , being duly sworn, deposes and says:

I am the Plaintiff. I have read the foregoing Annexed Supplemental Response As to the A's 1st SRJ interrogatories and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

/nagi
Sign Name

nagi Quhshi
Print Name

Sworn to before me this
3 day of April, 2024.

_____
Notary Public

JOSEPH A. ALTMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires 07-31-2026

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
NAGI QUHSHI                                      CIVIL CASE NO: 23-cv-7935(jpo)
                       Plaintiffs,

-against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                       Defendants.
-------------------------------------------------------------------x

## PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

TO:

Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated:

PLEASE TAKE NOTICE:

- **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the
within named court on

Dated:
   Yours, etc.
   Attorney for

   Joseph A. Altman, P.C.
   654 North Terrace Avenue
   Fleetwood, New York, 10552

- **NOTICE OF SETTLEMENT**
that an order                of which the within
is a true copy              will be presented to the
Hon.                        one of the judges of the
within named Court, at
on           at          M.
Dated:
   Yours, etc.
   Attorney for

   Joseph A. Altman, P.C.
   654 North Terrace Avenue
   Fleetwood, New York, 10552

## ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

