# Exhibit G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| NAGI QUHSHI, | |
|---|---|
| Plaintiff, | Civil Case No. 1:23-cv-7935 |
| -against- | |
| THE HARTFORD UNDERWRITERS INSURANCE COMPANY, | |
| Defendant. | |

PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT
HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS
FOR PRODUCTION OF DOCUMENTS IS AS FOLLOWS:

All Responses, except as otherwise indicted, are annexed as Exhibits "1" → "35", which correspond to the Defendant's Demands.

**REQUESTS FOR PRODUCTION OF DOCUMENTS**

4. Plaintiff to provide proof of payment

5. 

*Annexed as Exhibit "A" are the inventory purchase orders/invoices/receipts which the Plaintiff is in possession of.*

7. Annexed as Exhibit "A"

9. Annexed as Exhibit "A"

24. *Annexed as Exhibit "B" are the photos which support the water damage occurrence.*

33. Annexed as Exhibit "C" are the Plaintiff's requested 2022 tax returns.

34. Annexed as Exhibit "D" are the requested 2022 business tax returns (CitiPlus) and W-2 Statements which are in the Plaintiff's Possession of the Plaintiff wherein the Plaintiff does not have any other business tax returns.

Dated: Westchester, New York
      April 4, 2024

                                                    Joseph A. Altman, P.C.

By: _____
     JOSEPH A. ALTMAN, ESQ.
     Attorneys for Plaintiff
     654 North Terrace Avenue
     Fleetwood, New York, 10552
     (718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)