# Exhibit H

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

NAGI QUHSHI,

                       Plaintiff,

-against-

THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                       Defendant.

Civil Case No. 1:23-cv-7935

### PLAINTIFF'S 2nd SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF IS AS FOLLOWS:

**INTERROGATORY NO. 1:**

Identify all persons with knowledge or information concerning the allegations in the Complaint and state the subjects of their knowledge or information.

**RESPONSE TO INTERROGATORY NO. 1:**

Plaintiff, Plaintiff's son, Omar Quhshi, 110 W. 116th Street, Apt. 2A, New York, New York 10029; employees Yisely Sosa, 574 E. 138th Street, Apt. 1C, Bronx, New York 10454; Allahabi Zahi, 1868 Holland Avenue, Apt. 2B, Bronx, New York 10462; and Adjuster(s) Brian Edwards and Tori Kelly PA, for Eastern Public, 697 3rd Avenue, Suite 406, New York, New York 10017.

**INTERROGATORY NO. 2:**

Identify all persons with knowledge or information concerning the specific items of property you allege were damaged by or as a result of the Event, inventories of all damaged and undamaged property, the precise location of each item of property that you allege was damaged at the time that the property was damaged by or as a result of the Event, the costs incurred to acquire any property before it was allegedly damaged by or as a result of the Event, and proof of ownership of each item of property you allege was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 2:**

Plaintiff, son (Omar), employee, Allahabi Zahi, Adjusters Brian Edwards and Tori Kelly, P.C.

**INTERROGATORY NO. 3:**

Identify all persons with knowledge or information concerning how, when, or where the Event occurred.

**RESPONSE TO INTERROGATORY NO. 3:**

Plaintiff, Plaintiff's son, Omar Quhshi, 110 W. 116th Street, Apt. 2A, New York, New York 10029; Yisely Sosa, 574 E. 138th Street, Apt. 1C, Bronx, New York 10454; employee Allahabi Zahi, 1868 Holland Avenue, Apt. 2B, Bronx, New York 10462; and Adjuster Brian Edwards and Tori Kelly PA, for Eastern Public, 697 3rd Avenue, Suite 406, New York, New York 10017.

**INTERROGATORY NO. 4:**

Identify all persons with knowledge or information supporting your assertion that each item of property you allege was damaged was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 4:**

Plaintiff, Plaintiff's son, Omar Quhshi, 110 W. 116th Street, Apt. 2A, New York, New York 10029; Yisely Sosa, 574 E. 138th Street, Apt. 1C, Bronx, New York 10454; employee Allahabi Zahi, 1868 Holland Avenue, Apt. 2B, Bronx, New York 10462; and Adjuster Brian Edwards and Tori Kelly PA, for Eastern Public, 697 3rd Avenue, Suite 406, New York, New York 10017.

**INTERROGATORY NO. 5:**

Identify all persons with knowledge or information concerning any and all reasonable steps you or any other person took to protect from further damage the property you allege was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 5:**

Plaintiff could not take action due to Vacate Order

**INTERROGATORY NO. 6:**

Identify all persons with knowledge or information concerning the replacement cost of all property you allege was damaged by or as a result of the Event, including, but not limited to, any property appraisals.

**RESPONSE TO INTERROGATORY NO. 6:**

Plaintiff, and the Adjuster(s), Mr. Brian Edwards, and Tori Kelly PA, Eastern Public.

**INTERROGATORY NO. 7:**

Identify all persons with knowledge or information concerning all amounts incurred to replace property you allege was damaged by or as a result of the Event, for which you seek coverage from Hartford in this action, including but not limited to invoices, itemized receipts, canceled checks, and any other proof of payment.

**RESPONSE TO INTERROGATORY NO. 7:**

Plaintiff, and Adjuster(s) Brian Edwards and Tori Kelly PA, for Eastern Public, 697 3rd Avenue, Suite 406, New York, New York 10017.

**INTERROGATORY NO. 8:**

Identify all persons with knowledge or information concerning any amounts you have already obtained from any source as payment for the value of the property you alleged was damaged by or as the result of the Event.

**RESPONSE TO INTERROGATORY NO. 8:**

No Money has been received

**INTERROGATORY NO. 9:**

Identify all persons employed by or acting on behalf of Eastern that have knowledge or information concerning the Event and/or the property you alleged was damaged by or as a result of the Event.

**RESPONSE TO INTERROGATORY NO. 9:**

Adjusters, Brian Edwards and Tori Kelly P.A.

**INTERROGATORY NO. 10:**

Identify all persons with knowledge or information concerning the relationship between Plaintiff and any of the following: City Plus Wholesale Corp., City Plus Cash and Carry, Corp., Zahi, City Plus Zahi, Zahi Wholesale Corp. and Omar Quhshi.

**RESPONSE TO INTERROGATORY NO. 10:**

Plaintiff, and Omar Quhshi

**INTERROGATORY NO. 11:**

Identify all persons with knowledge or information concerning the entity or individual who paid for or purchased the items and/or goods for which Plaintiff now seeks recovery by way of this lawsuit.

**RESPONSE TO INTERROGATORY NO. 11:**

Plaintiff, and Allahabi Zahi

**INTERROGATORY NO. 12:**

Identify all persons with knowledge or information concerning the cause of the loss/damage referenced in paragraph 6 of the Complaint in this lawsuit.

**RESPONSE TO INTERROGATORY NO. 12:**

Plaintiff, Allahabi Zahi, Landlord (name unknown), Brian Edwards and Tori Kelly P.A., Adjusters.

**INTERROGATORY NO. 13:**

Identify each person you expect to call as a witness at trial of this action, and for each witness identify the subject matter and substance of the facts on which each person is expected to testify.

**RESPONSE TO INTERROGATORY NO. 13:**

Plaintiff, Adjuster – prima facie case as to cause of loss and damages, Fire Dept.

**INTERROGATORY NO. 14:**

Identify persons with knowledge or information, relevant to how you calculated each and every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 14:**

Plaintiff, Adjusters, Brian Edwards and Tori Kelly P.A.

**INTERROGATORY NO. 15:**

Identify all persons with knowledge or information about the documents and records maintained by Plaintiff, City Plus Wholesale Corp., City Plus Cash and Carry, Corp., Zahi, City Plus Zahi, Zahi Wholesale Corp. and/or Omar Quhshi concerning the purchase and sale of property and inventory kept at the Premises between January 1, 2022 and present, including without limitation, inventory lists, invoices, purchase orders, sales receipts, contracts, delivery receipts, bills of lading, shipping statements, waybills, packing lists, proofs of delivery, carrier manifests and certificates of origin.

**RESPONSE TO INTERROGATORY NO. 15:**

Plaintiff, Adjusters, Brian Edwards and Tori Kelly P.A.

**INTERROGATORY NO. 16:**

Set forth the computation of each and every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 16**:

List of damages same as #2 document request, and was provided via the subpoena on Eastern Public, with the damages computation supplemented by the Exhibits annexed to the 2nd Supplemental Responses to the Document Demand, which, in any event has been previously provided.

**INTERROGATORY NO. 17**:

Identify and describe all documents supporting the facts alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 17**:

All documents already provided, and are supplemented by the Exhibits annexed to the Supplemental Responses to the Document Demand.

**INTERROGATORY NO. 18**:

Identify and describe all documents supporting each and every element of damages alleged in the Complaint.

**RESPONSE TO INTERROGATORY NO. 18**:

All documents already provided, as per the Defendant's Demands and are supplemented by the Exhibits annexed to the Supplemental Responses to the Document Demand.

**INTERROGATORY NO. 19**

Identify the location and/or custodian of all documents identified in response to the above Interrogatories.

**RESPONSE TO INTERROGATORY NO. 19**:

Plaintiff, Adjusters, Brian Edwards and Tori Kelly P.A.

**INTERROGATORY NO. 20**:

Identify all documents and physical evidence that you intend to rely on in support of your claims against Hartford.

## **RESPONSE TO INTERROGATORY NO. 20**:

All documents already provided, as per the Defendant's Demands and are supplemented by the Exhibits annexed to the Supplemental Responses to the Document Demand

Dated: Westchester, New York
      May 22, 2024

                                      Joseph A. Altman, P.C.

                          By: _____
                                 JOSEPH A. ALTMAN, ESQ.
                                 Attorneys for Plaintiff
                                 654 North Terrace Avenue
                                 Fleetwood, New York, 10552
                                 (718) 328-0422

TO:
MENZ BONNER KOMAR & KOENIGSBERG LLP
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

      I affirm this 22 day of May, 2024, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

                                                              Nagi Quhshi

# VERIFICATION

_Nagi Quhshi_, being duly sworn, deposes and says:

I am the plaintiff  I have read the foregoing answer, 2nd Supplement A to D's demand for interrogatories, and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters I believe them to be true. To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22 NYCRR).

_____
Sign Name

x _Nagi Quhshi_
Print Name

State of NY
County of Westchester

Sworn to before me this
22 day of MAY 2024

_____
JOSEPH A. ALTMAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AL4805116
Qualified in Westchester County
My Commission Expires 07-31-2026

4

STATE OF NEW YORK, COUNTY OF                                SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
____certification    certify that the within
by Attorney          has been compared by me with the original and found to be a true and complete copy.
Attorney's           state that I am
affirmation          the attorney(s) of record for                                           in the within
                     action;    I have read the foregoing                                    and know the contents thereof; the same is true
                     to my knowledge, except as to the matters therein
                     alleged to be on information and belief; and as to those matters I believe it to be true.
                     The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.

                                                                                 _____
                                                                                 The name signed must be printed beneath
DATED:

STATE OF NEW YORK, COUNTY OF    Westchester                    SS:
I, the undersigned, being duly sworn, depose and say:
X ___individual      in the action; I have read the foregoing
                     and know the contents thereof; the same is true to my own knowledge, except as to the matters therein stated to be alleged on
                     information and belief, and as to those matters I believe it to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the    day of   , 2024            _____

STATE OF NEW YORK, COUNTY OF WESTCHESTER        ss:       ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say:  I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On 5/2?/24    /   I served the within **PLAINTIFF'S 2nd SUPPLEMENTAL RESPONSE TO THE
DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF
INTERROGATORIES TO PLAINTIFF**

____service          by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
by mail              custody of the U.S. Postal Service within the New York State addressed to

____Personal         by delivering a true copy of each personally to each person named below at the address indicated. I know
service on           each person served to be the person mentioned and described in said papers *as a party therein.*
an individual
X____Service by      by transmitting a copy to the following persons by ____ FAX at the telephone number set forth after each name below
electronic           ____E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
means                and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
                     of the U.S. Postal Service within the New York State  to the address set forth after each name.
____Overnight        by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
Delivery             each name below.
Service

                MENZ BONNER KOMAR & KOENIGSBERG LLP
                *Attorneys for Defendant*
                *Hartford Underwriters Insurance Company*
                800 Westchester Avenue, Suite 641-N
                Rye Brook, New York 10573
                Tel.: (914) 949-0222
                (mkomar@mbkklaw.com)
                (mdriscoll@mbkklaw.com)

                                                   _____
                                                   Joseph A. Altman Esq.

Affirm on the
24 day of May, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NAGI QUHSHI                                CIVIL CASE NO: 23-cv-7935(jpo)
                         Plaintiffs,

              -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,
                              Defendants.
------------------------------------------------------------X

## PLAINTIFF'S 2nd SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF

Joseph A. Altman, P.C.
Attorney(s) for
Plaintiff
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

---

TO:

Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated:

PLEASE TAKE NOTICE:

| NOTICE OF ENTRY | NOTICE OF SETTLEMENT |
|---|---|
| that the within is a (certified) true copy of a duly entered in the office of the clerk of the within named court on | that an order               of which the within is a true copy            will be presented to the Hon.                         one of the judges of the within named Court, at on                at                M. |
| Dated: Yours, etc. Attorney for | Dated: Yours, etc. Attorney for |
| Joseph A. Altman, P.C. 654 North Terrace Avenue Fleetwood, New York, 10552 | Joseph A. Altman, P.C. 654 North Terrace Avenue Fleetwood, New York, 10552 |

ATTORNEY'S CERTIFICATION

JOSEPH A. ALTMAN, ESQ., an attorney duly admitted to the Courts of the state of New York, hereby certifies that the annexed **PLAINTIFF'S 2nd SUPPLEMENTAL RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** is to the best of my knowledge and upon information and belief, formed after an inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

