Exhibit K

TT's 2022 tax Returns

EXHIBIT **C**

From: Joseph Altman altmanesq@aol.com
Subject: Quhshi v Hartford
Date: Mar 10, 2024 at 6:10:13 PM
To: Michael Komar MKomar@mbkklaw.com, Melissa Driscoll
MDriscoll@mbkklaw.com
Bcc: altmanesq@aol.com

Dear Counsellors:  Annexed please find my client's W2, with the names and addresses of its employees and the 2022 ind and corp tax return. Please advise if anything else is needed. Thank you.

pdf **Tap to Download**
**20240310183917496.pdf**
2.5 MB

Sent from my iPhone

| Form **1040** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2022** | OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space. |
|---|---|---|---|---|

**Filing Status**
Check only one box.

[ ] Single  [X] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| NAGI N | QUHSHI | |
| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
| SENA A | AL QUBLANI | |

Home address (number and street). If you have a P.O. box, see instructions. — 110 W 116TH STREET APT 2A   Apt. no.

City, town, or post office. If you have a foreign address, also complete spaces below. — NEW YORK   State NY   ZIP code 10026

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

**Digital Assets** — At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction** — Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — You: [ ] Were born before January 2, 1958  [ ] Are blind  Spouse: [ ] Was born before January 2, 1958  [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here [ ].

| (1) First name      Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| WSAM AL-QUBLANI | | SON | [X] | |
| ANWAR N QUHSHI | | SON | [X] | |
| OMAR N AL QAHSHI | | SON | [X] | |
| SHUHD N AL QUHSHI | | DAUGHTER | [ ] | [X] |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | Amount |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | 1a | 9,930 |
| b | Household employee wages not reported on Form(s) W-2 | 1b | |
| c | Tip income not reported on line 1a (see instructions) | 1c | |
| d | Medicaid waiver payments not reported on Form W-2 (see instructions) | 1d | |
| e | Taxable dependent care benefits from Form 2441, line 26 | 1e | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | 1f | |
| g | Wages from Form 8919, line 6 | 1g | |
| h | Other earned income (see instructions) | 1h | |
| i | Nontaxable combat pay election (see instructions) | 1i | |
| z | Add lines 1a through 1h | 1z | 9,930 |

Attach Sch. B if required.

| | | | | | Amount |
|---|---|---|---|---|---|
| 2a | Tax-exempt interest | 2a | b | Taxable interest | 2b |
| 3a | Qualified dividends | 3a | b | Ordinary dividends | 3b |
| 4a | IRA distributions | 4a | b | Taxable amount | 4b |
| 5a | Pensions and annuities | 5a | b | Taxable amount | 5b |
| 6a | Social security benefits | 6a | b | Taxable amount | 6b |
| c | If you elect to use the lump-sum election method, check here (see instructions) [ ] | | | | |

**Standard Deduction for—**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

| | | | Amount |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] | 7 | |
| 8 | Other income from Schedule 1, line 10 | 8 | 15,327 |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your total income | 9 | 25,257 |
| 10 | Adjustments to income from Schedule 1, line 26 | 10 | 1,083 |
| 11 | Subtract line 10 from line 9. This is your adjusted gross income | 11 | 24,174 |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 12 | 25,900 |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13 | 0 |
| 14 | Add lines 12 and 13 | 14 | 25,900 |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your taxable income | 15 | 0 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

BCA

Form **1040** (2022)

| SCHEDULE 1 (Form 1040) | **Additional Income and Adjustments to Income** | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | **2022**<br>Attachment Sequence No. **01** |

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR. | Your social security number |
|---|---|
| NAGI N QUHSHI & SENA A AL QUBLANI | |

**Part I   Additional Income**

| | | | |
|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes . . . . . . . . . . . | **1** | |
| 2a | Alimony received . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Date of original divorce or separation agreement (see instructions): _____ | | |
| 3 | Business income or (loss). Attach Schedule C . . . . . . . . . . . . . . . . | **3** | 15,327 |
| 4 | Other gains or (losses). Attach Form 4797 . . . . . . . . . . . . . . . . . | **4** | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E . . . . | **5** | |
| 6 | Farm income or (loss). Attach Schedule F . . . . . . . . . . . . . . . . . | **6** | |
| 7 | Unemployment compensation . . . . . . . . . . . . . . . . . . . . . | **7** | |
| 8 | Other income: | | |
| a | Net operating loss . . . . . . . . . . . . . . . . **8a** ( ) | | |
| b | Gambling . . . . . . . . . . . . . . . . . . . . **8b** | | |
| c | Cancellation of debt . . . . . . . . . . . . . . . . **8c** | | |
| d | Foreign earned income exclusion from Form 2555 . . . . . **8d** ( ) | | |
| e | Income from Form 8853 . . . . . . . . . . . . . . . **8e** | | |
| f | Income from Form 8889 . . . . . . . . . . . . . . . **8f** | | |
| g | Alaska Permanent Fund dividends . . . . . . . . . . . **8g** | | |
| h | Jury duty pay . . . . . . . . . . . . . . . . . . . **8h** | | |
| i | Prizes and awards . . . . . . . . . . . . . . . . . **8i** | | |
| j | Activity not engaged in for profit income . . . . . . . . . **8j** | | |
| k | Stock options . . . . . . . . . . . . . . . . . . . **8k** | | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property . . . . **8l** | | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) . . . . . . . . . . . . . . . . . . **8m** | | |
| n | Section 951(a) inclusion (see instructions) . . . . . . . . **8n** | | |
| o | Section 951A(a) inclusion (see instructions) . . . . . . . **8o** | | |
| p | Section 461(l) excess business loss adjustment . . . . . . . **8p** | | |
| q | Taxable distributions from an ABLE account (see instructions) . . **8q** | | |
| r | Scholarship and fellowship grants not reported on Form W-2 . . **8r** | | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d . . . . . . . . . . . . . . . . **8s** ( ) | | |
| t | Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental section 457 plan . . . . . . . . . . **8t** | | |
| u | Wages earned while incarcerated . . . . . . . . . . . **8u** | | |
| z | Other income. List type and amount: _____ **8z** | | |
| 9 | Total other income. Add lines 8a through 8z . . . . . . . . . . . . . . . . | **9** | |
| 10 | Combine lines 1 through 7 and 9. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 . . . . . . | **10** | 15,327 |

For Paperwork Reduction Act Notice, see your tax return instructions.                                    Schedule 1 (Form 1040) 2022
BCA

| SCHEDULE 2<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Additional Taxes**<br><br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Form1040* for instructions and the latest information. | OMB No. 1645-0074<br><br>**2022**<br>Attachment<br>Sequence No.  **02** |
|---|---|---|

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR<br>NAGI N QUHSHI & SENA A AL QUBLANI | Your social security number |
|---|---|

| Part I | Tax | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 . . . . . . . . . | 2 | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 . . . . . . . . . . | 3 | |

| Part II | Other Taxes | | | |
|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . | | 4 | 2,165 |
| 5 | Social security and Medicare tax on unreported tip income.<br>Attach Form 4137 . . . . . . . . . . . . . . . | 5 | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach<br>Form 8919 . . . . . . . . . . . . . . . . | 6 | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 . . . . . . . . . | | 7 | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required.<br><br>If not required, check here . . . . . . . . . . . . . . . . ☐ | | 8 | |
| 9 | Household employment taxes. Attach Schedule H . . . . . . . . . . . | | 9 | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required . . . . . . . | | 10 | |
| 11 | Additional Medicare Tax. Attach Form 8959 . . . . . . . . . . . . | | 11 | |
| 12 | Net investment income tax. Attach Form 8960 . . . . . . . . . . . | | 12 | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life<br>insurance from Form W-2, box 12 . . . . . . . . . . . . . . | | 13 | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots<br>and timeshares . . . . . . . . . . . . . . . . | | 14 | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price<br>over $150,000 . . . . . . . . . . . . . . . . . | | 15 | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 . . . . . . . . . | | 16 | |

*(continued on page 2)*

**For Paperwork Reduction Act Notice, see your tax return instructions.**    Schedule 2 (Form 1040) 2022
BCA

| SCHEDULE C<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Profit or Loss From Business**<br>(Sole Proprietorship)<br>Go to *www.irs.gov/ScheduleC* for Instructions and the latest Information.<br>Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | OMB No. 1545-0074<br>**2022**<br>Attachment<br>Sequence No. 09 |
|---|---|---|

| Name of proprietor | Social security number (SSN) |
|---|---|
| NAGI N QUHSHI | € |

| A | Principal business or profession, including product or service (see instructions) | B Enter code from instructions |
|---|---|---|
| | MANAGER | 445110 |

| C | Business name. If no separate business name, leave blank. | D Employer ID number (EIN) (see instr.) |
|---|---|---|
| | CITY PLUS WHOLESALE CORP | |

| E | Business address (including suite or room no.) ▶ 170 W 233RD ST |
|---|---|
| | City, town or post office, state, and ZIP code BRONX NY 10463 |

F Accounting method:   (1) [X] Cash   (2) [ ] Accrual   (3) [ ] Other (specify)

G Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . . .   [ ] Yes [X] No

H If you started or acquired this business during 2022, check here . . . . . . . . . . . ▶ [ ]

I Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . . . [ ] Yes [X] No

J If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . [ ] Yes [ ] No

## Part I   Income

| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ [ ] | 1 | 15,327 |
|---|---|---|---|
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 15,327 |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 15,327 |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶ | 7 | 15,327 |

## Part II   Expenses. Enter expenses for business use of your home only on line 30.

| 8 | Advertising . . . . . . . | 8 | | | 18 | Office expense (see instructions) . | 18 | |
|---|---|---|---|---|---|---|---|---|
| 9 | Car and truck expenses (see instructions) . . . . . . | 9 | | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees . . | 10 | | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . . | 12 | | | b | Other business property . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . . . | 13 | | | 21 | Repairs and maintenance . . | 21 | |
| | | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | | 23 | Taxes and licenses . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . . | 14 | | | 24 | Travel and meals: | | |
| | | | | | a | Travel . . . . . . . | 24a | |
| 15 | Insurance (other than health) . | 15 | | | b | Deductible meals (see instructions) . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | | 25 | Utilities . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . . . | 16b | | | 27a | Other expenses (from line 48) . | 27a | |
| 17 | Legal and professional services | 17 | | | b | Reserved for future use . . | 27b | |

| 28 | Total expenses before expenses for business use of home. Add lines 8 through 27a . . . . . . ▶ | 28 | |
|---|---|---|---|
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | 15,327 |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.<br>**Simplified method filers only:** Enter the total square footage of (a) your home: _____<br>and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**<br>• If a loss, you **must** go to line 32. } | 31 | 15,327 |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions.<br>• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**<br>• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. } | 32a [ ] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

For Paperwork Reduction Act Notice, see the separate instructions.     Schedule C (Form 1040) 2022
BCA

**SCHEDULE EIC**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Earned Income Credit
Qualifying Child Information

Complete and attach to Form 1040 or 1040-SR only if you have a qualifying child.
Go to *www.irs.gov/ScheduleEIC* for the latest information.

OMB No. 1545-0074

**2022**

Attachment
Sequence No. **43**

Name(s) shown on return
NAGI N QUHSHI & SENA A AL QUBLANI

Your social security number

If you are separated from your spouse, filing a separate return, and meet the requirements to claim the EIC (see instructions), check here ☐

***Before you begin:***
- See the instructions for Form 1040, line 27, to make sure that **(a)** you can take the EIC, and **(b)** you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 800-772-1213.
- If you have a child who meets the conditions to be your qualifying child for purposes of claiming the EIC, but that child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.



- *You can't claim the EIC for a child who didn't live with you for more than half of the year.*
- *If your child doesn't have an SSN as defined in the instructions for Form 1040, line 27, see the instructions.*
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See the instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

## Qualifying Child Information

| | | Child 1 | Child 2 | Child 3 |
|---|---|---|---|---|
| **1** | **Child's name** <br> If you have more than three qualifying children, you have to list only three to get the maximum credit. | First name  Last name <br> WSAM <br> AL-QUBLANI | First name  Last name <br> ANWAR N <br> QUHSHI | First name  Last name <br> OMAR N <br> AL QAHSHI |
| **2** | **Child's SSN** <br> The child must have an SSN as defined in the instructions for Form 1040, line 27, unless the child was born and died in 2022 or you are claiming the self-only EIC (see instructions). If your child was born and died in 2022 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records showing a live birth. | | | |
| **3** | **Child's year of birth** | Year _____ <br> *If born after 2003 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year _____ <br> *If born after 2003 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year _____ <br> *If born after 2003 and the child is younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4a** | Was the child under age 24 at the end of 2022, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. <br> *Go to line 5.* ☐ No. <br> *Go to line 4b.* | ☐ Yes. <br> *Go to line 5.* ☐ No. <br> *Go to line 4b.* | ☐ Yes. <br> *Go to line 5.* ☐ No. <br> *Go to line 4b.* |
| **b** | Was the child permanently and totally disabled during any part of 2022? | ☐ Yes. <br> *Go to line 5.* ☐ No. <br> The child is not a qualifying child. | ☐ Yes. <br> *Go to line 5.* ☐ No. <br> The child is not a qualifying child. | ☐ Yes. <br> *Go to line 5.* ☐ No. <br> The child is not a qualifying child. |
| **5** | **Child's relationship to you** <br> (for example, son, daughter, grandchild, niece, nephew, eligible foster child, etc.) | SON | SON | SON |
| **6** | **Number of months child lived with you in the United States during 2022** <br> • If the child lived with you for more than half of 2022 but less than 7 months, enter "7." <br> • If the child was born or died in 2022 and your home was the child's home for more than half the time he or she was alive during 2022, enter "12." | 12 months <br> *Do not enter more than 12 months.* | 12 months <br> *Do not enter more than 12 months.* | 12 months <br> *Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.
BCA

Schedule EIC (Form 1040) 2022

| SCHEDULE 8812<br>(Form 1040)<br><br>Department of the Treasury<br>Internal Revenue Service | **Credits for Qualifying Children<br>and Other Dependents**<br>Attach to Form 1040, 1040-SR, or 1040-NR.<br>Go to *www.irs.gov/Schedule8812* for instructions and the latest information. | OMB No. 1545-0074<br><br>**2022**<br>Attachment<br>Sequence No. 47 |
|---|---|---|

Name(s) shown on return: NAGI N QUHSHI & SENA A AL QUBLANI

Your social security number

| **Part I** | **Child Tax Credit and Credit for Other Dependents** | | | |
|---|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR . . . . . . . . . . . . | | **1** | 24,174 |
| 2a | Enter income from Puerto Rico that you excluded . . . . . . . . . . . . | **2a** | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 . . . . . . | **2b** | | |
| c | Enter the amount from line 15 of your Form 4563 . . . . . . . . . . | **2c** | | |
| d | Add lines 2a through 2c . . . . . . . . . . . . . . . . . . . | | **2d** | |
| 3 | Add lines 1 and 2d . . . . . . . . . . . . . . . . . . . . . | | **3** | 24,174 |
| 4 | Number of qualifying children under age 17 with the required social security number . . . . . | **4** | 3 | |
| 5 | Multiply line 4 by $2,000 . . . . . . . . . . . . . . . . . . . | | **5** | 6,000 |
| 6 | Number of other dependents, including any qualifying children who are not under age<br>17 or who do not have the required social security number . . . . . . . . . . . . . . | **6** | 1 | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident<br>alien. Also, do not include anyone you included on line 4. | | | |
| 7 | Multiply line 6 by $500 . . . . . . . . . . . . . . . . . . . . | | **7** | 500 |
| 8 | Add lines 5 and 7 . . . . . . . . . . . . . . . . . . . . . . | | **8** | 6,500 |
| 9 | Enter the amount shown below for your filing status.<br>• Married filing jointly—$400,000 }<br>• All other filing statuses—$200,000 } . . . . . . . . . . . . . . | | **9** | 400,000 |
| 10 | Subtract line 9 from line 3.<br>• If zero or less, enter -0-.<br>• If more than zero and not a multiple of $1,000, enter the next multiple of $1,000. For<br>example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. } | | **10** | |
| 11 | Multiply line 10 by 5% (0.05) . . . . . . . . . . . . . . . . . | | **11** | |
| 12 | Is the amount on line 8 more than the amount on line 11? . . . . . . . . . . . . . | | **12** | 6,500 |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit.<br>Skip Parts II-A and II-B. Enter -0- on lines 14 and 27.<br>☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | |
| 13 | Enter the amount from the **Credit Limit Worksheet A** . . . . . . . . . . . . . . . | | **13** | |
| 14 | Enter the smaller of line 12 or 13. **This is your child tax credit and credit for other dependents** . . . . . . .<br>Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19. | | **14** | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit**
on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27
(also complete Schedule 3, line 11) before completing Part II-A.

For Paperwork Reduction Act Notice, see your tax return instructions.                Schedule 8812 (Form 1040) 2022

BCA

| Form **8995** | **Qualified Business Income Deduction Simplified Computation** | OMB No. 1545-2294 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Attach to your tax return. Go to *www.irs.gov/Form8995* for instructions and the latest information. | **2022** Attachment Sequence No. **55** |

| Name(s) shown on return | Your taxpayer identification number |
|---|---|
| NAGI N QUHSHI & SENA A AL QUBLANI | |

**Note.** *You can claim the qualified business income deduction only if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*

*Use this form if your taxable income, before your qualified business income deduction, is at or below $170,050 ($340,100 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | CITY PLUS WHOLESALE CORP | 86-2958705 | 14,244 |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | | |
|---|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) . . . . . . . . . . . . . . . | 2 | 14,244 | |
| 3 | Qualified business net (loss) carryforward from the prior year . | 3 | ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- . . . | 4 | 14,244 | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) . . . . . . . | | | 5 | 2,849 |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) . . . . . . . . | 6 | | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year . . . . . . . . . . . . . . . | 7 | ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- . . . . . . . . . . | 8 | | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) . . . . . . . . | | | 9 | |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 . . . . . . | | | 10 | 2,849 |
| 11 | Taxable income before qualified business income deduction (see instructions) | 11 | -1,726 | |
| 12 | Net capital gain (see instructions) . . . . . . . | 12 | | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- . . . . | 13 | | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) . . . . . . . . | | | 14 | |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | | 15 | |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- . . | | | 16 | ( ) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- . . . | | | 17 | ( ) |

For Privacy Act and Paperwork Reduction Act Notice, see instructions.    Form **8995** (2022)

BCA

Page 2 of 4  IT-201 (2022)

**Your Social Security number**
616213653

## Federal income and adjustments

Whole dollars only

| | | | |
|---|---|---|---|
| 1 | Wages, salaries, tips, etc. | 1 | 9930.00 |
| 2 | Taxable interest income | 2 | .00 |
| 3 | Ordinary dividends | 3 | .00 |
| 4 | Taxable refunds, credits, or offsets of state and local income taxes *(also enter on line 25)* | 4 | .00 |
| 5 | Alimony received | 5 | .00 |
| 6 | Business income or loss *(submit a copy of federal Schedule C, Form 1040)* | 6 | 15327.00 |
| 7 | Capital gain or loss *(if required, submit a copy of federal Schedule D, Form 1040)* | 7 | .00 |
| 8 | Other gains or losses *(submit a copy of federal Form 4797)* | 8 | .00 |
| 9 | Taxable amount of IRA distributions. If received as a beneficiary, mark an *X* in the box... | 9 | .00 |
| 10 | Taxable amount of pensions and annuities. If received as a beneficiary, mark an *X* in the box | 10 | .00 |
| 11 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. *(submit copy of federal Schedule E, Form 1040)* | 11 | .00 |

| | | | | |
|---|---|---|---|---|
| 12 | Rental real estate included in line 11 | 12 | .00 | |
| 13 | Farm income or loss *(submit a copy of federal Schedule F, Form 1040)* | | 13 | .00 |
| 14 | Unemployment compensation | | 14 | .00 |
| 15 | Taxable amount of Social Security benefits *(also enter on line 27)* | | 15 | .00 |
| 16 | Other income *Identify:* | | 16 | .00 |
| 17 | **Add lines 1 through 11 and 13 through 16** | | 17 | 25257.00 |
| 18 | Total federal adjustments to income *Identify:* ONE-HALF SE TAX | | 18 | 1083.00 |
| 19 | **Federal adjusted gross income** *(subtract line 18 from line 17)* | | 19 | 24174.00 |
| 19a | Recomputed federal adjusted gross income *(see Line 19a worksheet)* | | 19a | 24174.00 |

## New York additions

| | | | |
|---|---|---|---|
| 20 | Interest income on state and local bonds and obligations *(but not those of NYS or its local governmen...* | 20 | .00 |
| 21 | Public employee 414(h) retirement contributions from your wage and tax statements | 21 | .00 |
| 22 | New York's 529 college savings program distributions | 22 | .00 |
| 23 | Other *(Form IT-225, line 9)* | 23 | .00 |
| 24 | Add lines 19a through 23 | 24 | 24174.00 |

## New York subtractions

| | | | | |
|---|---|---|---|---|
| 25 | Taxable refunds, credits, or offsets of state and local income taxes *(from line 4)* | 25 | .00 | |
| 26 | Pensions of NYS and local governments and the federal government... | 26 | .00 | |
| 27 | Taxable amount of Social Security benefits *(from line 15)* | 27 | .00 | |
| 28 | Interest income on U.S. government bonds | 28 | .00 | |
| 29 | Pension and annuity income exclusion | 29 | .00 | |
| 30 | New York's 529 college savings program deduction/earning | 30 | .00 | |
| 31 | Other *(Form IT-225, line 18)* | 31 | .00 | |
| 32 | Add lines 25 through 31 | | 32 | .00 |
| 33 | **New York adjusted gross income** *(subtract line 32 from line 24)* | | 33 | 24174.00 |

## Standard deduction or itemized deduction

| | | | |
|---|---|---|---|
| 34 | Enter your **standard deduction** or your **itemized deduction** *(from Form IT-196)* Mark an *X* in the appropriate box: [X] Standard  -or-  [ ] Itemized | 34 | 16050.00 |
| 35 | Subtract line 34 from line 33 *(if line 34 is more than line 33, leave blank)* | 35 | 8124.00 |
| 36 | Dependent exemptions *(enter the number of dependents listed in item H)* | 36 | 4 000.00 |
| 37 | **Taxable income** *(subtract line 36 from line 35)* | 37 | 4124.00 |

201002221045



NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

**Page 4 of 4  IT-201 (2022)**

Your Social Security number

| | | |
|---|---|---|
| 62  Enter amount from line 61 ........................................... | **62** | 192 .00 |

**Payments and refundable credits**

| | | |
|---|---|---|
| 63  Empire State child credit ............................................ | **63** | 660 .00 |
| 64  NYS/NYC child and dependent care credit .................. | **64** | .00 |
| 65  NYS earned income credit (EIC) ........................... EIC | **65** | 1981 .00 |
| 66  NYS noncustodial parent EIC .................................... | **66** | .00 |
| 67  Real property tax credit ........................................... | **67** | .00 |
| 68  College tuition credit .............................................. | **68** | .00 |
| 69  NYC school tax credit (fixed amount) *(also complete F on page 1)* | **69** | 125 .00 |
| 69a  NYC school tax credit (rate reduction amount) ........... | **69a** | 7 .00 |
| 70  NYC earned income credit ............................... EIC | **70** | 1040 .00 |
| 70a  This line intentionally left blank ............................... | **70a** | |
| 71  Other refundable credits *(Form IT-201-ATT, line 18)* ...... | **71** | .00 |
| 72  Total New York State tax withheld .............................. | **72** | 372 .00 |
| 73  Total New York City tax withheld ............................... | **73** | 262 .00 |
| 74  Total Yonkers tax withheld ...................................... | **74** | .00 |
| 75  Total estimated tax payments and amount paid with Form IT-370 ... | **75** | .00 |
| 76  **Total payments** *(add lines 63 through 75)* | **76** | 4447 .00 |

If applicable, complete Form(s) IT-2 and/or IT-1099-R and submit them with your return.
**Do not send federal Form W-2 with your return.**

**Your refund, amount you owe, and account information**

| | | |
|---|---|---|
| 77  **Amount overpaid** *(if line 76 is more than line 62, subtract line 62 from line 76)* .......... | **77** | 4255 .00 |
| 78  Amount of line 77 **available for refund** *(subtract line 79 from line 77)* .......... | **78** | 4255 .00 |
| **TIP:** Use this amount to check your refund status online. | | |
| 78a  Amount of line 78 that you want to deposit into a NYS 529 account *(Form IT-195, line 4) (also submit Form IT-195)* .. | **78a** | .00 |
| 78b  Total refund after NYS 529 account deposit *(subtract line 78a from line 78)* | **78b** | 4255 .00 |

Mark one refund choice:  [X] **direct deposit** to checking or savings account *(fill in line 83)*  -or-  [ ] **paper check**

Refund? Direct deposit is the easiest, fastest way to get your refund.

See instructions for payment options.

| | | |
|---|---|---|
| 79  Amount of line 77 that you want applied to your 2023 estimated tax *(see instructions)* .................................. | **79** | .00 |
| 80  Amount **you owe** *(if line 76 is less than line 62, subtract line 76 from line 62).* To pay by electronic funds withdrawal, mark an *X* in the box [ ] and fill in lines 83 and 84. If you pay by check or money order you **must** complete Form IT-201-V and mail it with your return .............. | **80** | .00 |

See instructions for the proper assembly of your return.

| | | |
|---|---|---|
| 81  Estimated tax penalty *(include this amount in line 80 or reduce the overpayment on line 77)* ............................ | **81** | .00 |
| 82  Other penalties and interest ..................................... | **82** | .00 |

83  Account information for direct deposit or electronic funds withdrawal .
If the funds for your payment (or refund) would come from (or go to) an account outside the U.S., mark an *X* in this box ........................ [ ]

83a  Account type:  [X] Personal checking  - or -  [ ] Personal savings  - or -  [ ] Business checking  - or -  [ ] Business savings

83b  Routing number   026013673      83c  Account number   4410573631

| | | |
|---|---|---|
| 84  Electronic funds withdrawal .................................. Date | Amount | .00 |

| Third-party designee? *(see instr.)* | Print designee's name | Designee's phone number | Personal identification number (PIN) |
|---|---|---|---|
| Yes [ ]  No [X] | Email: | | |

| ▼ **Paid preparer must complete** ▼ *(see instructions)* | Preparer's NYTPRIN 11121407 | NYTPRIN excl. code | ▼ **Taxpayer(s) must sign here** ▼ |
|---|---|---|---|
| Preparer's signature MOHAMMAD S ABULIBDA | Preparer's printed name MOHAMMAD S ABULIBDA | | Your signature |
| Firm's name *(or yours, if self-employed)* REEMA MULTI SERVICES | Preparer's PTIN or SSN P01201287 | | Your occupation MANAGER |
| Address 1151A BOSTON ROAD | Employer identification number 272722288 | | Spouse's signature and occupation *(if joint return)* HOUSE WIFE |
| BRONX NY 10456 | Date 03312023 | | Date | Daytime phone number 9174031550 |
| Email: REEMASERVICES@HOTMAIL.COM | | | Email: |

See instructions for where to mail your return.

201004221045

*(Right margin, vertical text):* NO HANDWRITTEN ENTRIES, OTHER THAN SIGNATURE, ON THIS FORM

IT-213 (2022) (Page 2)

## Compute credit

If you answered **Yes** to question 2, you must complete Worksheet A **or** B **and** Worksheet C in the instructions before you continue with line 6.

If you answered **No** to question 2, skip lines 6 through 12, and enter *0* on line 13; continue with line 14.

Whole dollars only

6 Enter the amount from Worksheet A, line 10 or Worksheet B, line 13 *(see instructions)* ...................... | 6 | .00

7 Enter your additional child tax credit amount from Worksheet C *(see instructions)* ............................... | 7 | 3000.00

8 Add lines 6 and 7 ..................................................................................... | 8 | 3000.00

If the amount on line 8 is zero, skip lines 9 through 12, and enter *0* on line 13; continue with line 14.
If the amount on line 8 is more than zero, continue with line 9.

9 Enter the number of children from line 4 .............................................. | 9 | 3

10 Divide line 8 by line 9 .................................................................... | 10 | 1000.00

11 Enter the number of children from line 5 .............................................. | 11 | 2

12 Multiply line 10 by line 11 ............................................................... | 12 | 2000.00

13 Multiply line 12 by 33% (.33) .......................................................... | 13 | 660.00

If you marked the *No* box on line 3, skip lines 14 and 15, and enter the amount from line 13 on line 16.
**All others continue with line 14.**

14 Enter the number of children from line 5 .............................................. | 14 | 2

15 Multiply line 14 by 100 ................................................................... | 15 | 200.00

16 Empire State child credit *(enter the amount from line 13 or line 15, whichever is greater)* ............................ | 16 | 660.00

If you filed a joint federal return but are required to file separate New York State returns, continue with lines 17 and 18. All others enter the line 16 amount on Form IT-201, line 63.

## Spouses required to file separate New York State returns *(see instructions)*

17 Enter the full-year resident spouse's share of the line 16 amount; **do not leave line 17 blank** .......... | 17 | .00
Enter here and on Form IT-201, line 63.

18 Enter the part-year resident or nonresident spouse's share of the line 16 amount;
**do not leave line 18 blank** ......................................................................... | 18 | .00
Enter the line 18 amount and code *213* on Form IT-203-ATT, line 12.

*NO HANDWRITTEN ENTRIES ON THIS FORM*

213002221045



IT-215 (2022) (Page 2)

## Part-year New York State resident earned income credit

**Lines 18 through 26 apply only to part-year New York State residents claiming the New York State earned income credit.**

| | | |
|---|---|---|
| 18 | Enter your New York State earned income credit *(from line 16 or line 17)* .............................................. | **18** .00 |
| 19 | Enter the amount from Form IT-203, line 42 ....................................................................................... | **19** .00 |
| | – If line 19 is equal to or more than line 18, **stop**. | |
| 20 | Subtract line 19 from line 18 ........................................................................................................... | **20** .00 |
| 21 | Enter the amount from Form IT-203-ATT, line 31 *(if you do not have to file Form IT-203-ATT, leave blank and continue on line 22 below.)* ... | **21** .00 |
| | – If Form IT-215, line 21, is equal to or more than Form IT-215, line 20, **stop. Do not continue with this computation.** Enter the amount from line 20 above on Form IT-203-ATT, line 32. | |
| | – If Form IT-215, line 21, is less than Form IT-215, line 20, enter the amount from line 20 above on Form IT-203-ATT, line 32, and continue on line 22 below. | |
| 22 | Subtract line 21 from line 20 ........................................................................................................... | **22** .00 |
| 23 | Amount from line 19, Column D, of *Part-year resident income allocation worksheet* , in Form IT-203-I. | |
| | – If you did not file NYS Form IT-558, enter this amount *(see instructions)* | |
| | – If you filed NYS Form IT-558, add to or subtract from this amount any amounts on line 2 and line 4 of *Line 19a New York State amount column worksheet,* in Form IT-203-I (that is related to your NYS resident period), and enter the result *(see instructions)* | **23** .00 |
| 24 | Enter the amount from Form IT-203, line 19a, *Federal amount* column .................... | **24** .00 |
| 25 | Divide line 23 by line 24 *(round the result to the fourth decimal place)*. This amount cannot exceed 100% (1.0000) *(see instr.)* | **25** |
| 26 | Multiply line 22 by line 25. Enter the result here and on Form IT-203-ATT, line 10. ................................ | **26** .00 |

## New York City earned income credit *(full-year and part-year New York City residents)*

| | | |
|---|---|---|
| 27 | Enter the amount from Worksheet C, here and on Form IT-201, line 70, or Form IT-203-ATT, line 11. ................................................................................................... | **27** 1040 .00 |
| | Part-year New York City residents must also complete line 28 below. | |
| 28 | Part-year New York City adjusted gross income Enter the amounts from Worksheet C, lines 6 and 7 ......................................... **28A** .00 | **28B** .00 |

## Worksheet B

| | | |
|---|---|---|
| 1 | New York State tax *(from Form IT-201, line 39, or Form IT-203, line 38)* ................................................. | **1** 165 .00 |
| 2 | Resident credit *(see instructions)* ....................................................... **2** .00 | |
| 3 | Accumulation distribution credit *(see instructions)* ................................. **3** .00 | |
| 4 | Add lines 2 and 3 .......................................................................................................................... | **4** .00 |
| 5 | Subtract line 4 from line 1. *(If line 4 is more than line 1, enter 0.)* Enter here and on line 13 on the front of this form. ...... | **5** 165 .00 |

*NO HANDWRITTEN ENTRIES ON THIS FORM*



215002221045



2022
Business tax Return
w/ w-2 Statements which
are in the TT's Possession

EXHIBIT D

Form **1120**

Department of the Treasury
Internal Revenue Service

# U.S. Corporation Income Tax Return

For calendar year 2022 or tax year beginning _____ , ending _____
Go to *www.irs.gov/Form1120* for instructions and the latest information.

OMB No. 1545-0123

**2022**

**A** Check if:

1a Consolidated return (attach Form 851) ☐
b Life/nonlife consolidated return . . ☐
2 Personal holding co. (attach Sch. PH) . ☐
3 Personal service corp. (see instructions) . ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

Name
CITY PLUS WHOLESALE CORP
Number, street, and room or suite no. If a P.O. box, see instructions.
170 W 233RD STREET
City or town          State          ZIP code
BRONX NY 10463
Foreign country name     Foreign province/state/county     Foreign postal code

**B** Employer Identification number

**C** Date incorporated

**D** Total assets (see instructions)
$                    0

**E** Check if: **(1)** ☐ Initial return **(2)** ☒ Final return **(3)** ☐ Name change **(4)** ☐ Address change

| | | | | |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales . . . . . . . | 1a | 990,000 | |
| | b | Returns and allowance . . . . . . . | 1b | | |
| | c | Balance. Subtract line 1b from line 1a . . . . . . | 1c | 990,000 |
| | 2 | Cost of goods sold (attach Form 1125-A) . . . . . . | 2 | 612,325 |
| | 3 | Gross profit. Subtract line 2 from line 1c . . . . . . | 3 | 377,675 |
| | 4 | Dividends and inclusions (Schedule C, line 23) . . . . . . | 4 | |
| | 5 | Interest . . . . . . . . . . . | 5 | |
| | 6 | Gross rents . . . . . . . . . . | 6 | |
| | 7 | Gross royalties . . . . . . . . . | 7 | |
| | 8 | Capital gain net income (attach Schedule D (Form 1120)) . . | 8 | |
| | 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . | 9 | |
| | 10 | Other income (see instructions—attach statement) . . . . . | 10 | |
| | 11 | **Total income.** Add lines 3 through 10 . . . . . . | 11 | 377,675 |

| | | | | |
|---|---|---|---|---|
| **Deductions (See instructions for limitations on deductions.)** | 12 | Compensation of officers (see instructions—attach Form 1125-E) . . | 12 | |
| | 13 | Salaries and wages (less employment credits) . . . . . | 13 | |
| | 14 | Repairs and maintenance . . . . . . . . | 14 | 10,320 |
| | 15 | Bad debts . . . . . . . . . . . | 15 | |
| | 16 | Rents . . . . . . . . . . . . | 16 | 204,000 |
| | 17 | Taxes and licenses . . . . . . . . . | 17 | |
| | 18 | Interest (see instructions) . . . . . . . . | 18 | |
| | 19 | Charitable contributions . . . . . . . . | 19 | |
| | 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | |
| | 21 | Depletion . . . . . . . . . . . | 21 | |
| | 22 | Advertising . . . . . . . . . . . | 22 | |
| | 23 | Pension, profit-sharing, etc., plans . . . . . . . | 23 | |
| | 24 | Employee benefit programs . . . . . . . . | 24 | |
| | 25 | Reserved for future use . . . . . . . . | 25 | |
| | 26 | Other deductions (attach statement) . . . . . . . | 26 | 167,482 |
| | 27 | **Total deductions.** Add lines 12 through 26 . . . . . | 27 | 381,802 |
| | 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11 . . . | 28 | -4,127 |
| | 29a | Net operating loss deduction (see instructions) . . . | 29a | | |
| | b | Special deductions (Schedule C, line 24) . . . | 29b | | |
| | c | Add lines 29a and 29b . . . . . . . . | 29c | |

| | | | | |
|---|---|---|---|---|
| **Tax, Refundable Credits, and Payments** | 30 | **Taxable income.** Subtract line 29c from line 28. See instructions | 30 | -4,127 |
| | 31 | Total tax (Schedule J, Part I, line 11) . . . . . . | 31 | |
| | 32 | Reserved for future use . . . . . . . . | 32 | |
| | 33 | Total payments and credits (Schedule J, Part III, line 23) . . | 33 | |
| | 34 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . ☐ | 34 | |
| | 35 | **Amount owed.** If line 33 is smaller than the total of lines 31 and 34, enter amount owed . | 35 | |
| | 36 | **Overpayment.** If line 33 is larger than the total of lines 31 and 34, enter amount overpaid . | 36 | |
| | 37 | Enter amount from line 36 you want: Credited to 2023 estimated tax _____ Refunded | 37 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Signature of officer          Date          Title

May the IRS discuss this return with the preparer shown below? See instructions. ☐ Yes ☒ No

## Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☒ if self-employed | PTIN |
| MOHAMMAD S ABULIB | MOHAMMAD S ABULIBDA | 02/16/2023 | | P01201287 |
| Firm's name | REEMA MULTI SERVICES | | Firm's EI | |
| Firm's address | 1151A BOSTON ROAD | | Phone no. | 718-328-4099 |
| City | BRONX | State NY | ZIP code | 10456- |

**For Paperwork Reduction Act Notice, see separate instructions.**

BCA

Form **1120** (2022)

Form 1120 (2022)  CITY PLUS WHOLESALE CORP     Page **3**

| Schedule J | Tax Computation and Payment (see instructions) | | |
|---|---|---|---|
| **Part I—Tax Computation** | | | |
| 1 | Check if the corporation is a member of a controlled group (attach Schedule O (Form 1120)). See instructions | | |
| 2 | Income tax. See instructions | 2 | |
| 3 | Base erosion minimum tax amount (attach Form 8991) | 3 | |
| 4 | Add lines 2 and 3 | 4 | |
| 5a | Foreign tax credit (attach Form 1118) | 5a | |
| b | Credit from Form 8834 (see instructions) | 5b | |
| c | General business credit (attach Form 3800) | 5c | |
| d | Credit for prior year minimum tax (attach Form 8827) | 5d | |
| e | Bond credits from Form 8912 | 5e | |
| 6 | Total credits. Add lines 5a through 5e | 6 | |
| 7 | Subtract line 6 from line 4 | 7 | |
| 8 | Personal holding company tax (attach Schedule PH (Form 1120)) | 8 | |
| 9a | Recapture of investment credit (attach Form 4255) | 9a | |
| b | Recapture of low-income housing credit (attach Form 8611) | 9b | |
| c | Interest due under the look-back method—completed long-term contracts (attach Form 8697) | 9c | |
| d | Interest due under the look-back method—income forecast method (attach Form 8866) | 9d | |
| e | Alternative tax on qualifying shipping activities (attach Form 8902) | 9e | |
| f | Interest/tax due under section 453A(c) and/or section 453(l) | 9f | |
| g | Other (see instructions—attach statement) | 9g | |
| 10 | **Total.** Add lines 9a through 9g | 10 | |
| 11 | **Total tax.** Add lines 7, 8, and 10. Enter here and on page 1, line 31 | 11 | |
| **Part II—Reserved For Future Use** | | | |
| 12 | Reserved for future use | 12 | |
| **Part III—Payments and Refundable Credits** | | | |
| 13 | 2021 overpayment credited to 2022 | 13 | |
| 14 | 2022 estimated tax payments | 14 | |
| 15 | 2022 refund applied for on Form 4466 | 15 | ( ) |
| 16 | Combine lines 13, 14, and 15 | 16 | |
| 17 | Tax deposited with Form 7004 | 17 | |
| 18 | Withholding (see instructions) | 18 | |
| 19 | **Total payments.** Add lines 16, 17, and 18 | 19 | |
| 20 | Refundable credits from: | | |
| a | Form 2439 | 20a | |
| b | Form 4136 | 20b | |
| c | Reserved for future use | 20c | |
| d | Other (attach statement—see instructions) | 20d | |
| 21 | **Total credits.** Add lines 20a through 20d | 21 | |
| 22 | Reserved for future use | 22 | |
| 23 | **Total payments and credits.** Add lines 19 and 21. Enter here and on page 1, line 33 | 23 | |

Form **1120** (2022)

Form 1120 (2022)    CITY PLUS WHOLESALE CORP    Page **6**

## Schedule L — Balance Sheets per Books

| | Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|---|
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | | | | |
| b | Less accumulated depreciation | ( ) | | ( ) | |
| 11a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 0 | | 0 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock: a Preferred stock | | | | |
| | b Common stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings—Appropriated (attach statement) | | | | |
| 25 | Retained earnings—Unappropriated | | −94,834 | | −98,961 |
| 26 | Adjustments to shareholders' equity (attach statement) | | | | |
| 27 | Less cost of treasury stock | | ( ) | | ( ) |
| 28 | Total liabilities and shareholders' equity | | −94,834 | | −98,961 |

## Schedule M-1 — Reconciliation of Income (Loss) per Books With Income per Return

Note: The corporation may be required to file Schedule M-3. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books | −4,127 | 7 | Income recorded on books this year not included on this return (itemize): Tax-exempt interest $ _____ | |
| 2 | Federal income tax per books | | | | |
| 3 | Excess of capital losses over capital gains | | | | |
| 4 | Income subject to tax not recorded on books this year (itemize): | | 8 | Deductions on this return not charged against book income this year (itemize): | |
| | | | a | Depreciation $ _____ | |
| 5 | Expenses recorded on books this year not deducted on this return (itemize): | | b | Charitable contributions $ _____ | |
| a | Depreciation $ _____ | | | | |
| b | Charitable contributions $ _____ | | | | |
| c | Travel and entertainment $ _____ | | 9 | Add lines 7 and 8 | |
| 6 | Add lines 1 through 5 | −4,127 | 10 | Income (page 1, line 28)—line 6 less line 9 | −4,127 |

## Schedule M-2 — Analysis of Unappropriated Retained Earnings per Books (Schedule L, Line 25)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Balance at beginning of year | −94,834 | 5 | Distributions: a Cash | |
| 2 | Net income (loss) per books | −4,127 | | b Stock | |
| 3 | Other increases (itemize): | | | c Property | |
| | | | 6 | Other decreases (itemize): | |
| | | | 7 | Add lines 5 and 6 | |
| 4 | Add lines 1, 2, and 3 | −98,961 | 8 | Balance at end of year (line 4 less line 7) | −98,961 |

Form **1120** (2022)

**US**                    **Electronic Filing Information**                    **2022**

| | |
|---|---|
| Name: CITY PLUS WHOLESALE CORP | Ell |

**PIN Information**                                        The date must be entered below. This is today's date: 03/09/2024

ERO's PIN . . . . . . . 84099    Enter 5 numbers, other than all zeros.         Date: 02/16/2023
Officer's PIN . . . . . 58705    Enter 5 numbers, other than all zeros.

I [X] authorize  [ ] do not authorize
ERO firm name . . . . REEMA MULTI SERVICES                                       to enter this PIN
as my signature on the corporation's 2022 electronically filed income tax return.

**Officer Information**
                                                                Telephone Numbers
Name . . . . NAGI QUHSHI                                        Home: _____
Email . . . . OMARQU12@GMAIL.COM                                Business: _____
                                                                Other: _____

Title of officer signing this return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . PRESIDENT

**Signing Officer Information**
Name . . . . NAGI        QUHSHI                                 SSN: 6

**Security Information**
Total prior year income from Form 1120, line 11 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

If checked, wages and salaries are claimed on this return . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Enter the number of W-2s issued . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

If checked, a deduction for officer's compensation is claimed on this return . . . . . . . . . . . . . . . . [ ]
Enter the number of officers who received compensation . . . . . . . . . . . . . . . . . . . . . . . . _____

Check the box below for each type of return that was filed during the year
Form 720 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 940 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 941 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 943 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 944 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 945 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 990 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Form 1042 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]

If checked, 2022 estimated tax payments are claimed on this return . . . . . . . . . . . . . . . . . . . . [ ]
For the first estimated tax payment for 2022, enter the date the first estimated tax payment was made . . . . . . . . . . . . . . . .
Check here if the first estimated tax payment was made via bank wire transfer . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Check here if the first estimated tax payment was made via cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Check here if the first estimated tax payment was made via check . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Check here if the first estimated tax payment was made via EFTPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
If the first estimated tax payment was made electronically, enter the last four digits of the account number used to make the estimated payment . . . . . . . . . . . . . . . . . . . _____
If the first estimated tax payment was made via EFTPS, enter the confirmation code received from EFTPS . . . . . . . . . . . . _____
If more than one estimated tax payment was made for 2022, for the last estimated tax payment,
enter the date the last estimated tax payment was made . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
Check here if the last estimated tax payment was made via bank wire transfer . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Check here if the last estimated tax payment was made via cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Check here if the last estimated tax payment was made via check . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
Check here if the last estimated tax payment was made via EFTPS . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ]
If the last estimated tax payment was made electronically, enter the last four digits of the account number used to make the estimated payment . . . . . . . . . . . . . . . . . . . _____
If the last estimated tax payment was made via EFTPS, enter the confirmation code received from EFTPS . . . . . . . . . . . . _____

Enter the physical address of the corporation . . . . . 170 W 233RD STREET
Zip code, city, state . . . . . . . . . . . . . . . . . . . . . BRONX           NY 10462

© 2022 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.                              US1120EF

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

# Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| CITY PLUS WHOLESALE CORP | - - |

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year . . . . . . . . . . . . . . . . . . . | 1 | |
| 2 | Purchases . . . . . . . . . . . . . . . . . . . . . . . . | 2 | 612,325 |
| 3 | Cost of labor . . . . . . . . . . . . . . . . . . . . . . | 3 | |
| 4 | Additional section 263A costs (attach schedule) . . . . . . . . . . . | 4 | |
| 5 | Other costs (attach schedule) . . . . . . . . . . . . . . . . | 5 | |
| 6 | **Total.** Add lines 1 through 5 . . . . . . . . . . . . . . . . | 6 | 612,325 |
| 7 | Inventory at end of year . . . . . . . . . . . . . . . . . . | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions . . . . . . . . . . . | 8 | 612,325 |

**9 a** Check all methods used for valuing closing inventory:

   (i) [X] Cost

   (ii) [ ] Lower of cost or market

   (iii) [ ] Other (Specify method used and attach explanation.) ▶ _____

**b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . ▶ [ ]

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . ▶ [ ]

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . | 9d | |

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions . . [ ] Yes  [X] No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [X] No

| **US** | **Detail Sheet** | **2022** |

**Name:** CITY PLUS WHOLESALE CORP

**Description:**

| Type | Amount |
| --- | --- |
| CASH DEBIT AND CRIDT | 990,000 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** .............................................................................. | 990,000 |

© 2022 Universal Tax Systems, Inc. and/or its affiliates and licensors. All rights reserved.

USWDET$1

| 22222 | VOID ☐ | **a** Employee's social security number | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|---|

**b** Employer identification number (EIN)

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |

**c** Employer's name, address, and ZIP code

CITY PLUS CASH AND CARRY CORP
531 TIFFANY ST

BRONX, NY 10474

| | |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |

**d** Control number

| 9 | 10 Dependent care benefits |
|---|---|

**e** Employee's first name and initial    Last name    Suff.

QUHSHI        NAGI

110 WEST 116TH STREET

APT 2A

NEW YORK, NY 10026

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| 14 Other | 12c |
| SDI    9.40 | |
| NYPFL   47.74 | 12d |

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | | | | | | NYC |

Form **W-2** Wage and Tax Statement
Copy C-For EMPLOYEE'S RECORDS
(See Notice to Employee on the back of Copy B.)

**2022**

Department of the Treasury—Internal Revenue Service
Safe, accurate,
FAST! Use    irs e-file

---

| 22222 | VOID ☐ | **a** Employee's social security number 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 | OMB No. 1545-0008 | This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it. |
|---|---|---|---|---|

**b** Employer identification number (EIN)

| | |
|---|---|
| 1 Wages, tips, other compensation | 2 Federal income tax withheld |

**c** Employer's name, address, and ZIP code

CITY PLUS CASH AND CARRY CORP
531 TIFFANY ST

BRONX, NY 10474

| | |
|---|---|
| 3 Social security wages | 4 Social security tax withheld |
| 5 Medicare wages and tips | 6 Medicare tax withheld |
| 7 Social security tips | 8 Allocated tips |

**d** Control number

| 9 | 10 Dependent care benefits |
|---|---|

**e** Employee's first name and initial    Last name    Suff.

YISELY        SOSA

574 E 138 ST

APT 1C

BRONX, NY 10454

| 11 Nonqualified plans | 12a See instructions for box 12 |
|---|---|
| 13 Statutory employee ☐  Retirement plan ☐  Third-party sick pay ☐ | 12b |
| 14 Other | 12c |
| SDI | |
| NYPFL | 12d |

**f** Employee's address and ZIP code

| 15 State | Employer's state ID number | 16 State wages, tips, etc. | 17 State income tax | 18 Local wages, tips, etc. | 19 Local income tax | 20 Locality name |
|---|---|---|---|---|---|---|
| NY | | | | | | NYC |

Form **W-2** Wage and Tax Statement
Copy C-For EMPLOYEE'S RECORDS
(See Notice to Employee on the back of Copy B.)

**2022**

Department of the Treasury—Internal Revenue Service
Safe, accurate,
FAST! Use    irs e-file

Quhshi v Hartford

From: Joseph Altman Esq. (altmanesq@aol.com)

To: mkomar@mbkklaw.com; mdriscoll@mbkklaw.com

Date: Friday, March 8, 2024 at 10:31 PM EST

Dear Counsellors: Annexed please find the 2023/2022 tax returns for City Plus and the 2022 personal return for the plaintiff; kindly review and contact me with any questions, thank you.

## LAW OFFICES of JOSEPH A. ALTMAN P.C.
### 654 North Terrace Avenue
### Fleetwood, New York 10552
### phone: 718-328-0422 / fax: 718-378-4898
### cell: 917-509-5454
Service of papers will not be accepted via fax and/or e- mail.

FREDERICK P. ALTMAN (1928-1997)
JOSEPH A. ALTMAN*
*member NY & NJ Bar

Thank you.

Very truly yours,

Joseph A. Altman, Esq.

Confidential Notice: This e-mail and any attached document(s) are intended only for the use of the individual or entity to whom or to which it is addressed and may contain information that is privileged, confidential, proprietary, trade secret and exempt from disclosure. If the reader of this message is not the intended recipient or an employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or reproduction of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately and discard the original message and any attachment(s).

----- Forwarded Message -----
**From:** "fax@altmanlaw.org" <fax@altmanlaw.org>
**To:** Joseph <altmanesq@aol.com>
**Sent:** Friday, March 8, 2024 at 10:26:17 PM EST
**Subject:** Message from "RNP583879265DCE"

This E-mail was sent from "RNP583879265DCE" (IM C4500).

Scan Date: 03.08.2024 23:00:25 (-0500)
Queries to: fax@altmanlaw.org

20240308230025957.pdf
7MB

STATE OF NEW YORK, COUNTY OF                                        SS:
I, the undersigned, an attorney admitted to practice in the courts of New York State,
_____ certification    certify that the within
by Attorney    has been compared by me with the original and found to be a true and complete copy.
_____ Attorney's    state that I am
affirmation    the attorney(s) of record for
action;    I have read the foregoing                                        in the within
to my knowledge, except as to the matters therein                          and know the contents thereof; the same is true
alleged to be on information and belief; and as to those matters I believe it to be true.
The reason this verification is made by me and not by

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
I affirm that the foregoing statements are true, under the penalties of perjury.

DATED:                                                            _____
                                                            The name signed must be printed beneath

STATE OF NEW YORK, COUNTY OF  Westchester                          SS:
I, the undersigned, being duly sworn, depose and say:
X    _individual    in the action; I have read the foregoing  **RESPONSE TO THE DEFENDANT HARTFORD UNDERWRITERS**
verification  **INSURANCE COMPANY'S REQUESTS FOR PRODUCTION OF DOCUMENTS**
and know the contents thereof; the same is true to my own  knowledge, except as to the matters therein stated to be alleged on
information and belief,  and as to those matters I believe it to be true.

The grounds of my belief as to all matters not stated upon my own knowledge are as follows:
Sworn to before me on the    day of    February, 2024
                                            **NAGI QUHSHI**

STATE OF NEW YORK, COUNTY OF WESTCHESTER    ss:    ( if more than one box is checked - indicate after names type of service used)
I, the undersigned, being sworn, say: I am not a party to the action, am over 18 years of age and reside at

The undersigned Attorney and Counselor-at-law, duly admitted to practice law  in the Courts of the State of New York, affirms,
under the penalty of perjury that:

On  4/ /24    I served the within  **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE
DEFENDANT HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS _FOR
PRODUCTION OF DOCUMENTS**
_____ service    by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and
by mail    custody of the U.S. Postal Service within the New York State addressed to

_____ Personal    by delivering a true copy of each personally to each person named below at the address indicated.  I know
service on    each person served to be the person mentioned and described in said papers  *as a party therein.*
an individual
_____ Service by    by transmitting a copy to the following persons by ___  FAX at the telephone number set forth after each name below
electronic    ____ E-Mail address set forth after each name below, which was designated by the attorney for such purpose,
means    and by by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody
of the U.S. Postal Service within the New York State  to the address set forth after each name.
_____ Overnight    by dispatching a copy by overnight delivery to each of the following persons at the last known address set forth after
Delivery    each name below.
Service

**MENZ BONNER KOMAR & KOENIGSBERG LLP**
*Attorneys for Defendant*
*Hartford Underwriters Insurance Company*
800 Westchester Avenue, Suite 641-N
Rye Brook, New York 10573
Tel.: (914) 949-0222
(mkomar@mbkklaw.com)
(mdriscoll@mbkklaw.com)

                                    _____
                                    Joseph A. Altman Esq.

Affirm on the
day of April, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x
NAGI QUHSHI

                             Plaintiffs,

CIVIL CASE NO:  <u>23-cv-7935(jpo)</u>

       -against-


THE HARTFORD UNDERWRITERS
INSURANCE COMPANY,

                       Defendants.
--------------------------------------------------------------------x

**PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT
HARTFORD  UNDERWRITERS INSURANCE COMPANY'S REQUESTS
FOR PRODUCTION OF DOCUMENTS**
Joseph A. Altman, P.C.

Attorney(s) for
Petitioner/Landlord
654 North Terrace Avenue
Fleetwood, New York 10552
718-328-0422

---

TO:

Attorney(s) for

Service of a copy of the within
is hereby admitted.

Dated:

---

PLEASE TAKE NOTICE:

• <u>NOTICE OF ENTRY</u>
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the
within named court on

Dated:
    Yours, etc.
    Attorney for

    Joseph A. Altman, P.C.
    654 North Terrace Avenue
    Fleetwood, New York, 10552

• <u>NOTICE OF SETTLEMENT</u>
that an order           of which the within
is a true copy        will be presented to the
Hon.           one of the judges of the
within named Court, at
on          at        M.
Dated:
    Yours, etc.
    Attorney for

Joseph A. Altman, P.C.
654 North Terrace Avenue
Fleetwood, New York, 10552

---

**ATTORNEY'S CERTIFICATION**

JOSEPH A. ALTMAN, ESQ. , an attorney duly admitted to the Courts of the state of New York, hereby
certifies that the annexed **PLAINTIFF'S SUPPLEMENTAL RESPONSE TO THE DEFENDANT
HARTFORD UNDERWRITERS INSURANCE COMPANY'S REQUESTS  FOR PRODUCTION
OF DOCUMENTS**  is to the best of my knowledge and upon information and belief, formed after an
inquiry reasonable under the circumstances, that the presentation of said papers or contentions therein are
not frivolous as defined in subsection (c) of section 130-1.1 of 22 NYCRR.

