# Exhibit M

Upgrade to Dropbox Business for additional storage, team management controls, and more.

**Compare plans**

JA Upgrade

Copy to Dropbox

**Download**

531 Tiffany St.- Nagi Quishi (Attorney File) / D. General / Pictures / Client Pictu

from Brian Evans (Eastern Public)

1d63dd28-e9b...
127.8 KB

5a3a4368-01c...
105.7 KB

5fa1d241-4d72...
159.6 KB

7e3e0cdf-e36c...
90.7 KB

51ecd71b-fda1-...
16 MB

90a4aadb-27f...
133.7 KB

9261af11-88d6...
111.5 KB

65710aa0-f763...
334.7 KB

47520388-237...
53.6 KB