UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

NAGI QUHSHI

Plaintiff(s)

- v -

THE HARTFORD UNDERWRITERS INSURANCE COMPANY

Defendant(s)

_____

**RULE 7.1 STATEMENT (SUPPLEMENT)**

1:23-cv-7935-DEH

Case Number

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for

Defendant Hartford Underwriters Insurance Company

(a private non-governmental party or intervenor) certifies the following:

**Part I**

Complete this portion in all cases.

Identify any corporate affiliates, subsidiaries, and/or parent corporation and any publicly held corporation owning 10% or more of the stock of any non-governmental corporate party or intervenor.  If there are no such corporations, the form shall so state.

Hartford Underwriters Insurance Company, a Connecticut corporation, is wholly owned by Hartford Fire Insurance Company, a Connecticut corporation.  Hartford Fire Insurance Company is a wholly owned subsidiary of The Hartford Insurance Group, Inc., a Delaware corporation.  The Hartford Insurance Group, Inc. ("HIG") is a publicly traded corporation that has no parent corporation.  According to a Schedule 13G/A filed with the U.S. Securities and Exchange Commission ("SEC") on December 6, 2024, BlackRock, Inc., 50 Hudson Yards, New York, NY 10001, beneficially owns 10.0% of the common stock of HIG. To the best of HIG's knowledge, no other publicly held corporation currently owns 10% or more of its stock. This statement is based solely on the absence of required filings with the SEC for investors acquiring an ownership interest of 10% or greater of HIG common stock and speaks solely as of today's date.

**Part II**

Complete this portion only if jurisdiction is based on diversity of citizenship under 28 U.S.C. § 1332(a).

Name and identify the citizenship of every individual or entity whose citizenship is attributed to that party or intervenor for purposes of establishing jurisdiction based upon diversity of citizenship (note: the citizenship of an L.L.C. is the citizenship of each of its members).

Hartford Underwriters Insurance Company is a Connecticut corporation with its principal place of business in Hartford, Connecticut.

04/03/2025
Date

/s/ Melissa K. Driscoll
Signature of Attorney

NY # 4294690
Attorney Bar Code

Note – This form is required to be filed when the action is filed in, or removed to, federal court, and when any later event occurs that could affect the court's jurisdiction under 28 U.S.C. § 1332(a).

Form Rule7_1.pdf  SDNY Web 12/2022