UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Quhshi,

Plaintiff(s),

v.

The Hartford Underwriters Insurance Company,

Defendant(s).

23-CV-7935 (DEH)

ORDER

DALE E. HO, United States District Judge:

In light of the Court's Opinion and Order dismissing this matter with prejudice, ECF No. 43, and the parties' stipulation with respect to attorney's fees, ECF No. 48, the Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated: September 8, 2026
New York, New York

DALE E. HO
United States District Judge