UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAGI QUHSHI,

Plaintiff,

against

THE HARTFORD UNDERWRITERS INSURANCE COMPANY,

Defendant.

23 Civ. 7935 (DEH) (KHP)

**ORDER AUTHORIZING DISBURSEMENT FROM CRIS**

Funds in the amount of **$12,500.00** were previously ordered deposited into the Court Court Registry Investment System (CRIS) by Order dated **October 23, 2025**. The funds plus any accrued interest in CRIS in this action shall be withdrawn and disbursed as follows:

1. The Clerk of Court shall deduct from the investment the authorized fee from the earned income, as authorized by the Judicial Conference and set by the Director of the Administrative Office.

2. The remaining funds on deposit in CRIS shall be disbursed to the following: **Defendant The Hartford Underwriters Insurance Company, through listed counsel.**

3. All disbursements of funds from this matter shall be made via Electronic Funds Transfer (EFT). Each payee will provide the Clerk's Office with their banking information by completing an AO-213P form and an IRS W9 form for tax reporting purposes. Payees should contact the court's Finance Department at (212) 805-0600 or nysd_finance_admin@nysd.uscourts.gov for instructions.

Dated: November 9, 2026
New York, New York

SO ORDERED:

Dale E. Ho
United States District Judge